1  C. Dennis Loomis (Bar No. 82359)
   BAKER & HOSTETLER LLP
2  11601 Wilshire Boulevard
   Suite 1400
3  Los Angeles, CA  90025
   Telephone: 310. 820.8800
4  Facsimile:  310.820.8859
   Email:      cdloomis@bakerlaw.com
5
   John R. Fornaciari (admitted *pro hac vice*)
6  BAKER & HOSTETLER LLP
   1050 Connecticut Ave. N.W., Suite 1100
7  Washington, D.C.  20036
   Telephone: 202.861.1500
8  Facsimile:  202.861.1783
   Email:      jfornaciari@bakerlaw.com
9
10 *Attorneys for Defendants*
   *Soshin Electric Co., Ltd. and*
11 *Soshin Electronics of America Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In RE CAPACITORS ANTITRUST LITIGATION,<br><br>This Document Relates to:<br><br>*Avnet, Inc. v. Hitachi Chem. Co., Ltd. et al.*, No. 17-cv-7046-JD<br>and<br>*Benchmark Elecs., Inc., et al. v. AVX Corp. et al.*, No. 3:17-cv-07047-JD | Case No. 17-md-2801<br><br>Hon. James Donato<br><br>**STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANT SOSHIN TO RESPOND TO COMPLAINTS OF AVNET AND BENCHMARK PLAINTIFFS** |

Undersigned counsel for Plaintiff Avnet, Inc. ("Avnet"), the Benchmark Electronics Plaintiffs ("Benchmark"), and Defendants Soshin Electric Co., Ltd. and Soshin Electronics of America, Inc. (collectively "Soshin") hereby stipulate as follows:

WHEREAS, Avnet filed its Amended Complaint on December 21, 2017, in the District of Arizona, and named Soshin among the Defendants; and Benchmark filed its Complaint on June 28, 2017, in the District of Arizona, and named Soshin among the Defendants;

WHEREAS, in anticipation of the consolidation and transfer of cases by the Judicial Panel

on Multidistrict Litigation, the parties previously stipulated to extend the deadlines for responding to the complaints in the Arizona cases, with the Arizona Court granting a stipulation setting February 5, 2008 as the deadline for responding to Benchmark's Complaint [Case 2:17-cv-02058-DJH, Dkt. No. 15] and this Court granting a stipulation setting February 5, 2018 as the deadline for responding to Avnet's Amended Complaint [Master Dkt. No. 1995];

WHEREAS, the undersigned counsel are engaged in discussions that may affect Soshin's responses to the Avnet and Benchmark Complaints, these discussions cannot reasonably be completed prior the current February 5 deadline for Soshin to respond to the Complaints, and the undersigned counsel expect efficiencies for the Court and the Parties may be achieved by allowing counsel time to complete their discussions prior to Soshin responding to the Complaints;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Avnet and Benchmark on the one hand, and Soshin on the other hand, as follows:

The deadline for Soshin to respond to Avnet's Amended Complaint and Benchmark's Complaint shall be extended by 45 days, until March 22, 2018.

DATED: February 2, 2018

| /s/Robert W. Turken | s/C. Dennis Loomis |
|---|---|
| Robert W. Turken (admitted *pro hac vice*) | C. Dennis Loomis (No. 82359) |
| Scott N. Wagner (admitted *pro hac vice*) | **BAKER & HOSTETLER LLP** |
| Lori P. Lustrin (admitted *pro hac vice*) | 11601 Wilshire Boulevard, Suite 1400 |
| Shalia M. Sakona (admitted *pro hac vice*) | Los Angeles, CA  90025 |
| Jerry R. Goldsmith (admitted *pro hac vice*) | Telephone:  310. 820.8800 |
| **BILZIN SUMBERG BAENA PRICE & AXELROD LLP** | Facsimile:   310.820.8859 |
| 1450 Brickell Ave., Suite 2300 | Email: cdloomis@bakerlaw.com |
| Miami, Florida 33131-3456 | |
| Telephone:  305-374-7580 | |
| Facsimile:  305-374-7593 | |
| Email: rturken@bilzin.com | |
| Email: swagner@bilzin.com | |
| Email: llustrin@bilzin.com | |
| Email: ssakona@bilzin.com | |
| Email: jgoldsmith@bilzin.com | |

| | |
|---|---|
| AND | AND |
| Amy Abdo (No. 016346) | John R. Fornaciari (admitted *pro hac vice*) |
| | **BAKER & HOSTETLER LLP** |
| **FENNEMORE CRAIG, P.C.** | 1050 Connecticut Ave., NW, Suite 1100 |
| 2394 E. Camelback Road, | Washington, DC  20026 |
| Suite 600 | Telephone: 202.861.1500 |
| Phoenix, AZ 85016-3429 | Facsimile:  202.861.1783 |
| Telephone: (602) 916-5000 | Email: jfornaciari@bakerlaw.com |
| Email: aabdo@fclaw.com | |
| | *Counsel for Defendants, Soshin Electric Co.,* |
| *Counsel for Avnet, Inc. and Benchmark Electronics Plaintiffs* | *Ltd. and Soshin Electronics of America, Inc.* |

- 3 -

CASE NO. 17-MD-2801
STIPULATION AMONG SOSHIN, AVNET, AND BENCHMARK REGARDING EXTENSION OF TIME