# Exhibit 1

# Joseph Saveri Law Firm, Inc.
# Exhibit 1

| Timekeeper | Professional Status | Total |
|---|---|---:|
| Joseph R Saveri | Partner | $ 1,038,923.00 |
| Joshua P Davis | Of Counsel | $ 924,267.50 |
| Andrew M Purdy | Associate | $ 529,943.00 |
| Demetrius Lambinos | Associate | $ 289,510.00 |
| Elissa Buchanan | Associate | $ 81,340.00 |
| James Dallal | Associate | $ 1,247,060.00 |
| Jiamie Chen | Associate | $ 91,410.00 |
| Kyla Gibboney | Associate | $ 1,953.00 |
| Matthew S Weiler | Associate | $ 3,202.50 |
| Nicomedes S Herrera | Associate | $ 695,796.00 |
| Ryan J McEwan | Associate | $ 102,850.00 |
| V Chai Oliver Prentice | Associate | $ 115,752.00 |
| Aoi Roberts | Contract Attorney | $ 62,300.00 |
| Ari Lehman | Contract Attorney | $ 323,837.50 |
| Brian Lowry | Contract Attorney | $ 120,820.00 |
| Christopher E Maggard | Contract Attorney | $ 28,800.00 |
| James C Macdonald | Contract Attorney | $ 13,090.00 |
| John A La Pietra | Contract Attorney | $ 730,485.00 |
| Julie Han | Contract Attorney | $ 781,300.00 |
| Misa Sugino | Contract Attorney | $ 255,430.00 |
| Mitsugo Hashimoto | Contract Attorney | $ 158,550.00 |
| Robert Dorsey | Contract Attorney | $ 112,093.75 |
| Benjamin Lang | ParaLegal | $ 409,265.00 |
| Chelsea M Forthuber | ParaLegal | $ 40,845.00 |
| Daniel VanDeMortel | ParaLegal | $ 140,607.00 |
| Jonathan W Fu | ParaLegal | $ 15,123.00 |
| Lawrence Teal | ParaLegal | $ 15,375.00 |
| Monica La | ParaLegal | $ 1,521.00 |
| Prem Lall | ParaLegal | $ 283,235.00 |
| Reed McCalmon | Office Manager | $ 4,025.00 |
| | **Total** | **$ 8,618,709.25** |