# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

---

Date: August 28, 2018                                                                 Judge: Hon. James Donato

Time: 11 Minutes

Case No.     **17-md-2801-JD**
Case Name    **In re Capacitors Antitrust Litigation (No. III)**

Attorney(s) for Plaintiff(s):     Eric Richard Lifvendahl (Flextronics) / James Dallal (DPPs)
Attorney(s) for Defendant(s):    Michael Tubach

Deputy Clerk: Lisa Clark

### PROCEEDINGS

Telephonic Discovery Hearing - Held

### NOTES AND ORDERS

At the parties' request (pursuant to ¶ 21 of the Court's Standing Order for Civil Discovery), the Court holds a teleconference to discuss an issue that has arisen during Flextronics' deposition of ROHM's 30(b)(6) witness.

The Court will issue an order.