Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re Capacitors Antitrust Litigation )
) Case No: 3:17-md-02801
)
Plaintiff(s), ) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
v. ) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)
)
)
Defendant(s). )

I, Ilana A. Drescher, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs AASI, Avnet, and Benchmark in the above-entitled action. My local co-counsel in this case is Judith A. Zahid, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1450 Brickell Avenue, Suite 2300<br>Miami, Florida  33131 | 44 Montgomery Street, Suite 3400<br>San Francisco, CA  94104 |
| MY TELEPHONE # OF RECORD:<br>(305) 350-2412 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 693-0700 |
| MY EMAIL ADDRESS OF RECORD:<br>idrescher@bilzin.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jzahid@zelle.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1009124.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 10/31/18

Ilana A. Drescher
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ilana A. Drescher is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/8/18

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                                                        *October 2012*