Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Joshua P. Davis (State Bar No. 193254)
Nicomedes S. Herrera (State Bar No. 275332)
James G. Dallal (State Bar No. 277826)
V Chai Oliver Prentice (State Bar No. 309807)
Kyle P. Quackenbush (State Bar No. 322401)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940
Email:     jsaveri@saverilawfirm.com
           swilliams@saverilawfirm.com
           jdavis@saverilawfirm.com
           nherrera@saverilawfirm.com
           jdallal@saverilawfirm.com
           vprentice@saverilawfirm.com
           kquackenbush@saverilawfirm.com

*Class Counsel for Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE CAPACITORS ANTITRUST LITIGATION** | Master File No. 3:17-md-02801-JD<br>Civil Action No. 3:14-cv-03264-JD |
| THIS DOCUMENT RELATES TO:<br>ALL DIRECT PURCHASER ACTIONS | **DPP'S NOTICE REGARDING MOTION TO UNSEAL CLASS CERTIFICATION (DKT. NO. 2239; 402)**<br><br>Date: January 17, 2019<br>Time: 10:00 am<br>Location: Courtroom 11, 19th Floor<br>         450 Golden Gate Ave.<br>         San Francisco, CA 94102 |

Master File No. 3:17-md-02801-JD

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on January 16, 2019, Defendants Shinyei, Taitsu and Matsuo withdrew their opposition to Direct Purchaser Plaintiffs' ("DDPs") Motion to Unseal (Dkt. No. 2239; 402). Also, Defendant Panasonic Corporation and DPPs have agreed to resolution of the issues presented in the motion to unseal between Panasonic and DPPs. DPPs agree that Table D.1 of the Johnson Report (Dkt. 1745-3 and Exhibit 154 to Dkt. No. 1781-3) and excerpts from the Nakatani deposition (Dkt. 1745-14) and Nishino deposition (Dkt. 1745-19) may remain under seal. All other documents at issue may be filed in the public docket. If there are any other changes to the positions set forth in the parties' briefs, DPPs will inform the Court at the outset of the hearing, scheduled for January 17, 2019 at 10:00 am.

Dated: January 16, 2019

Respectfully Submitted,
JOSEPH SAVERI LAW FIRM, INC.

By:  /s/ Kyle P. Quackenbush
     Kyle P. Quackenbush

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Joshua P. Davis (State Bar No. 193254)
Nicomedes S. Herrera (State Bar No. 275332)
James G. Dallal (State Bar No. 277826)
V Chai Oliver Prentice (State Bar No. 309807)
Kyle P. Quackenbush (State Bar No. 322401)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940

Class Counsel for Direct Purchaser Plaintiffs