UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
FEB 27 2019
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHIP-TECH, LTD.; et al., | No. 18-80174 |
| Plaintiffs-Respondents, | D.C. No. 3:17-md-02801-JD |
| and | Northern District of California, San Francisco |
| DIGI-KEY CORPORATION; et al., | ORDER |
| Plaintiffs, | |
| v. | |
| PANASONIC CORPORATION; et al., | |
| Defendants-Petitioners. | |

Before: CANBY and GRABER, Circuit Judges.

Petitioners' notice of filing the petition for permission to appeal under seal (Docket Entry No. 2) is construed as a notice of intent to file the petition for permission to appeal publicly. If no party files a motion to seal the petition for permission to appeal within 21 days after the filing of this order, the Clerk shall unseal the petition and file it publicly. *See* Interim Ninth Circuit Rule 27-13(f).

On December 11, 2018, at Docket Entry No. 6, respondents filed a notice of intent to file previously sealed documents publicly pursuant to Interim Ninth Circuit Rule 27-13(f), and submitted an answer to the petition for permission to appeal provisionally under seal. No other party has filed a motion to file or

KAM/MOATT

maintain these documents under seal. Therefore, the Clerk is directed to unseal the notice and the answer, and to file publicly the answer.

Petitioners' motion to for leave to file a reply (Docket Entry No. 7) is granted. The reply has been filed.

The court, in its discretion, denies the petition for permission to appeal the district court's November 14, 2018 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).