**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
Robert W. Turken (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
Lori P. Lustrin  (*pro hac vice*)
Shalia M. Sakona (*pro hac vice*)
Jerry R. Goldsmith (*pro hac vice*)
Ilana A. Drescher (*pro hac vice*)
1450 Brickell Avenue
Suite 2300
Miami, FL 33131-3456
Telephone: (305) 374-7580
Email: rturken@bilzin.com
Email: swagner@bilzin.com
Email: llustrin@bilzin.com
Email: ssakona@bilzin.com
Email: jgoldsmith@bilzin.com
Email: idrescher@bilzin.com

*Attorneys for Benchmark Electronics*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Capacitors Antitrust Litigation* | **Case No. 17-md-02801-JD** |
| *This document relates to:* <br><br> *Benchmark Electronics, Inc. et al. v. AVX Corp. et al.*, Case No. 17-cv-7047-JD | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

Plaintiffs Benchmark Electronics, Inc., Benchmark Electronics Huntsville, Inc., Benchmark Electronics Manufacturing Solutions (Moorpark), Inc., Benchmark Electronics Manufacturing Solutions, Inc., Benchmark Electronics Phoenix, Inc., Benchmark Electronics Tijuana, S. de R.L. de C.V. and Benchmark Electronics de Mexico S. de R.L. de C.V., (collectively, "Benchmark") and Defendants Panasonic Corporation; Panasonic Corporation of North America; SANYO Electric Co., Ltd.; SANYO North America Corporation (collectively, the "Panasonic and Sanyo Defendants"), by and through undersigned counsel, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the present action with prejudice and state as follows:

1.      Benchmark and the Panasonic and Sanyo Defendants seek the dismissal of this action against the Panasonic and Sanyo Defendants with prejudice.

2.      Benchmark and the Panasonic and Sanyo Defendants agree that each party shall bear its own costs, expenses, and attorneys' fees in connection with these actions.

3.      This stipulation does not affect the rights or claims of Benchmark against any other defendant or alleged co-conspirator in this litigation.

WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal With Prejudice against the Panasonic and Sanyo Defendants only.

| | |
|---|---|
| */s/ Scott N. Wagner*  | */s/ Jeffrey L. Kessler*  |
| Robert W. Turken (admitted *pro hac vice*) | Jeffrey L. Kessler (admitted *pro hac vice*) |
| Scott N. Wagner (admitted *pro hac vice*) | jkessler@winston.com |
| Lori P. Lustrin (admitted *pro hac vice*) | A. Paul Victor (admitted *pro hac vice*) |
| Shalia M. Sakona (admitted *pro hac vice*) | pvictor@winston.com |
| Jerry R. Goldsmith (admitted *pro hac vice*) | Molly M. Donovan (admitted *pro hac vice*) |
| Ilana A. Drescher (admitted *pro hac vice*) | mmdonovan@winston.com |
| **BILZIN SUMBERG BAENA PRICE &** | Sofia Arguello (admitted *pro hac vice*) |
| **AXELROD LLP** | sarguello@winston.com |
| 1450 Brickell Ave., Suite 2300 | WINSTON & STRAWN LLP |
| Miami, Florida 33131-3456 | 200 Park Avenue |
| Telephone:  305-374-7580 | New York, New York 10166 |
| rturken@bilzin.com | Telephone: (212) 294-4698 |
| swagner@bilzin.com | Facsimile: (212) 294-4700 |
| llustrin@bilzin.com | |
| ssakona@bilzin.com | Ian L. Papendick (SBN 275648) |

1

jgoldsmith@bilzin.com
idrescher@bilzin.com

2

*Counsel for Benchmark Electronics*

3

4

ipapendick@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 591-6905
Fax: (415) 591-1400

5

6

7

*Counsel for Defendants Panasonic
Corporation; Panasonic Corporation of North
America; SANYO Electric Co., Ltd.; SANYO
North America Corporation*

8

9

**ECF ATTESTATION**

10

I, Scott N. Wagner, an ECF User whose ID and Password are being used to file

11

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL.

12

In compliance with Civil Local Rule 5-1, I hereby attest that counsel for the Panasonic

13

and Sanyo Defendants has concurred in this filing.

14

15

DATED: April 4, 2019

16

By:___*/s/ Scott N. Wagner*___

17

Scott N. Wagner

18

19

20

21

22

23

24

25

26

27

28

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3   Dated: _____          _____

4                                               UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28