UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                                  General Court Number
Clerk of Court                                                                                      415-522-2000

April 26, 2019

RE: 17-md-02801-JD   Chip-Tech, Ltd. v. Panasonic Corporation

Default is entered as to Nissei Electronic Co., LTD and Toshin Kogyo, Ltd. on April 26, 2019.

Susan Y. Soong, Clerk

_____
by: Hilary Jackson
Case Systems Administrator
522-4261