Daniel A. Sasse (State Bar No. 236234)
    DSasse@crowell.com
Deborah E. Arbabi (State Bar No. 167275)
    DArbabi@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: 949.263.8400
Facsimile:  949.263.8414

*Attorneys for Settlement Class Members
Cisco Systems, Inc. and Aptiv Services US,
LLC fka Delphi Automotive LLP*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | Master File No. 3:17-md-02801-JD |
| THIS DOCUMENT RELATES TO:  ALL DIRECT PURCHASER ACTIONS | Case No. 3:14-cv-03264-JD<br><br>**NOTICE OF WITHDRAWAL OF APTIV AND CISCO'S OBJECTIONS TO DIRECT PURCHASER PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENTS WITH NICHICON AND RUBYCON AND DIRECT PURCHASER PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>Hon. James Donato<br><br>Courtroom 11, 19th Floor |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

NOTICE OF WITHDRAWAL OF APTIV AND CISCO'S OBJECTIONS
TO DPPS' MOTIONS FOR APPROVAL OF SETTLEMENT AND FEES;
MASTER FILE NO. 3:17-MD-02801-JD; CASE NO. 3:14-CV-03264-JD

Pursuant to the Stipulation filed by Settlement Class Members, Cisco Systems, Inc. and Aptiv Services US, LLC fka Delphi Automotive LLP ("Cisco and Aptiv") and Direct Purchaser Plaintiffs ("DPPs") on April 26, 2019 (ECF No. 539), Cisco and Aptiv, by and through their counsel, Crowell & Moring LLP, hereby provide notice that Cisco and Aptiv hereby withdraw their Objections (ECF No. 522) to DPPs' Motion for Final Approval of Class Action Settlements With Nichicon and Rubycon (ECF No. 497) and DPPs' Motion for Attorneys' Fees and Reimbursement of Expenses (ECF No. 498).

Dated: April 26, 2019                                      **CROWELL & MORING LLP**

                                                    By:    **/s/ Daniel A. Sasse**

                                                           Daniel A. Sasse

                                                           *Attorneys for Settlement Class Members Cisco Systems, Inc. and Aptiv Services US, LLC fka Delphi Automotive LLP*

CROWELL & MORING LLP
ATTORNEYS AT LAW

-2- NOTICE OF WITHDRAWAL OF APTIV AND CISCO'S OBJECTIONS TO DPPS' MOTIONS FOR APPROVAL OF SETTLEMENT AND FEES; MASTER FILE NO. 3:17-MD-02801-JD; CASE NO. 3:14-CV-03264-JD