1  CROWELL & MORING LLP
     Daniel A. Sasse (CSB No. 236234)
2    DSasse@crowell.com
     Deborah E. Arbabi (CSB No. 167275)
3    DArbabi@crowell.com
   3 Park Plaza, 20th Floor
4  Irvine, CA  92614-8505
   Telephone: 949.263.8400
5  Facsimile:  949.263.8414

6  *Attorneys for Settlement Class Members*
   *Cisco Systems, Inc. and Aptiv Services US,*
7  *LLC fka Delphi Automotive LLP*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | Master File No. 3:17-md-02801-JD |
| THIS DOCUMENT RELATES TO: ALL DIRECT PURCHASER ACTIONS | Case No. 3:14-cv-03264-JD |
| | **ADDENDUM TO CISCO AND APTIV'S MOTION FOR AN ORDER APPROVING THEIR SECOND-ROUND SETTLEMENT CLAIMS (ECF NO. 473) AMENDING EXHIBIT J SUBMITTED TO SPECIAL MASTER BLEICH** |
| | Hon. James Donato |
| | Courtroom 11, 19th Floor |

1  Pursuant to Special Master Bleich's instructions at the initial conference held on April 25,
2  2019 (*see* MDL Dkt. No. 532)[1], Settlement Class Member Cisco Systems, Inc. ("Cisco") hereby
3  files this Addendum to amend Exhibit J to Cisco and Aptiv's Motion for an Order Approving
4  Their Second-Round Settlement Claims.  (MDL Dkt. No. 472 (unredacted); MDL Dkt. No. 473
5  (redacted).)  The attached Amended Exhibit J is intended to replace MDL Docket Number 472-
6  11.  As discussed at the initial conference, the reason for the amendment is explained in footnote
7  3 of Cisco and Aptiv's Reply in Support of Their Motion for an Order Approving Their Second-
8  Round Settlement Claims (MDL Dkt. No. 496 at 8 n. 3), which states that Cisco has narrowed the
9  issue for the Court by agreeing to remove all of Flextronic International USA's purchases from
10 Cisco's second-round settlement claims.

11  Cisco files this Amended Exhibit J under seal pursuant to its Administrative Motion to
12 File Under Seal (MDL Dkt. No. 472) and the Court's Order granting Aptiv and Cisco's sealing
13 motion (MDL Dkt. No. 505) that applied to the original Exhibit J.

14  Cisco provided Special Master Bleich and Class Counsel with the unsealed version of this
15 document in the binder that Cisco and Aptiv provided at the initial conference, under Tab 88.

18  Dated:  April 29, 2019                    **CROWELL & MORING LLP**

20                                            By:   */s/ Daniel A. Sasse*
21                                                  Daniel A. Sasse
                                                    *Attorneys for Settlement Class Members*
22                                                  *Cisco Systems, Inc. and Aptiv Services US,*
                                                    *LLC fka Delphi Automotive LLP*

---

[1] Any citation to "MDL Dkt." refers to Case No. 17-md-02801.

CROWELL & MORING LLP
ATTORNEYS AT LAW

-2-

CISCO AND APTIV'S ADDENDUM
TO ECF NO. 473 AMENDING EXHIBIT J;
MASTER FILE NO. 3:17-md-02801-JD; CASE NO. 3:14-cv-03264-JD