# Exhibit J

AMENDED VERSION
DOCUMENT(S) SOUGHT TO BE SEALED