DAVID B. ESAU (FL Bar No. 485489)
(admitted *pro hac vice*)
desau@carltonfields.com
KRISTIN A. GORE (FL Bar No. 59090)
(admitted *pro hac vice*)
kgore@carltonfields.com
AMANDA R. JESTEADT (FL Bar No. 73149)
(admitted *pro hac vice*)
ajesteadt@carltonfields.com
CARLTON FIELDS JORDEN BURT, PA
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida  33401
Telephone:  (561) 659-7070
Facsimile: (561) 659-7368

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
*San Francisco*

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>--------------------------------------------------------<br><br>PLEXUS CORP.,<br><br>        Plaintiff(s),<br>    vs.<br><br>HITACHI CHEMICAL CO., LTD.; HITACHI AIC INC.; HITACHI CHEMICAL CO. AMERICA, LTD.; NIPPON CHEMI-CON CORPORATION; UNITED CHEMI-CON, INC.; RUBYCON CORPORATION; RUBYCON AMERICA INC.; MATSUO ELECTRIC CO., LTD.; TAITSU CORPORATION; TAITSU AMERICA, INC.; SHINYEI KAISHA; SHINYEI TECHNOLOGY CO., LTD.; SHINYEI CAPACITOR CO., LTD.; SHINYEI CORPORATION OF AMERICA, INC.; NITSUKO ELECTRONICS CORPORATION; NISSEI ELECTRIC CO., LTD.,<br><br>        Defendant(s). | Master File No. 3:17-md-2801-JD<br>Case No. 3:18-cv-02904-JD<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS, NIPPON CHEMI-CON CORPORATION; UNITED CHEMI-CON, INC.; SHINYEI KAISHA; SHINYEI TECHNOLOGY CO., LTD.; SHINYEI CAPACITOR CO., LTD.; and SHINYEI CORPORATION OF AMERICA, INC. |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, PLEXUS CORP. ("Plaintiff") and Defendants, NIPPON CHEMI-CON CORPORATION; UNITED CHEMI-CON, INC.; SHINYEI KAISHA; SHINYEI TECHNOLOGY CO., LTD.; SHINYEI CAPACITOR CO., LTD.; and SHINYEI CORPORATION OF AMERICA, INC. ("Defendants"), by and through their respective undersigned counsel, jointly stipulate for the dismissal of all claims asserted in this action against Defendants, including the claims in the Amended Complaint filed in this action on or about June 5, 2018, without prejudice, with each side to bear its own costs and attorneys' fees.

Wherefore, the parties respectfully request that this Court issue the [Proposed] Order of Dismissal.

IT IS SO STIPULATED.

Date: December 4, 2018

By:  /s/ Kristin A. Gore
    Kristin A. Gore
    (admitted *pro hac vice*)
    Florida Bar No. 59090
    Carlton Fields Jorden Burt, P.A.
    525 Okeechobee Boulevard
    Suite 1200
    West Palm Beach, Florida  33401
    kgore@carltonfields.com
    Telephone:  (561) 659-7070
    Facsimile: (561) 659-7368

*Counsel for Plaintiff Plexus Corp.*

By:  /s/Gaspare J. Bono
    Gaspare J. Bono
    Dentons US LLP
    1900 K Street NW
    Washington, DC 20006
    gap.bono@dentons.com
    Telephone: (202) 496-7308
    Facsimile:  (202) 496-7756

*Counsel for Shinyei Kaisha; Shinyei Technology Co., Ltd., Shinyei Capacitor Co., Ltd. & Shinyei Corporation of America, Inc.*

By:  /s/ Eric Sega
    Eric Sega
    Paul, Weiss, Rifkind, Wharton & Garrison LLP
    2001 K Street, NW
    Washington, DC 20006-1047
    esega@paulweiss.com
    Telephone:  (202) 223-7300
    Facsimile:  (202) 223-7420

*Counsel for Defendants Nippon Chemi-Con Corporation and United Chemi-Con, Inc.*

# [PROPOSED] ORDER

Pursuant to the stipulation and upon good cause, the Court ORDERS the following:

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, all claims asserted in the above-captioned action by Plaintiff, PLEXUS CORP. ("Plaintiff") against Defendants, NIPPON CHEMI-CON CORPORATION; UNITED CHEMI-CON, INC.; SHINYEI KAISHA; SHINYEI TECHNOLOGY CO., LTD.; SHINYEI CAPACITOR CO., LTD.; and SHINYEI CORPORATION OF AMERICA, INC. ("Defendants") are DISMISSED WITHOUT PREJUDICE, including the claims in the Amended Complaint filed in this action on or about June 5, 2018. Plaintiff and Defendants shall each bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: May 1, 2019

_____
**HONORABLE JAMES DONATO**
**UNITED STATES DISTRICT JUDGE**

## ATTESTATION

In accordance with Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, I, Kristin A. Gore, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: December 4, 2018

/s/ Kristin A. Gore
Kristin A. Gore

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 30, 2018, a copy of the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

**CARLTON FIELDS JORDEN BURT, P.A.**

By: /s/ Kristin A. Gore
DAVID B. ESAU
(admitted *pro hac vice*)
Florida Bar No. 485489
desau@carltonfields.com
KRISTIN A. GORE
(admitted *pro hac vice*)
Florida Bar No. 59090
kgore@carltonfields.com
AMANDA R. JESTEADT
(admitted *pro hac vice*)
Florida Bar No. 73149
ajesteadt@carltonfields.com
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Telephone: (561) 659-7070
Facsimile: (561) 659-7368
*Counsel for Plaintiff Plexus Corp.*