```
 1  DAVID B. ESAU (FL Bar No. 485489)
    (admitted pro hac vice)
 2  desau@carltonfields.com
    KRISTIN A. GORE (FL Bar No. 59090)
 3  (admitted pro hac vice)
    kgore@carltonfields.com
 4  AMANDA R. JESTEADT (FL Bar No. 73149)
    (admitted pro hac vice)
 5  ajesteadt@carltonfields.com
    CARLTON FIELDS JORDEN BURT, PA
 6  525 Okeechobee Boulevard, Suite 1200
    West Palm Beach, Florida  33401
 7  Telephone:  (561) 659-7070
    Facsimile: (561) 659-7368
 8
 9
    Counsel for Plaintiff
10
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
*San Francisco*

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>------------------------------------------------------<br><br>PLEXUS CORP.,<br><br>        Plaintiff(s),<br>  vs.<br><br>HITACHI CHEMICAL CO., LTD.; HITACHI AIC INC.; HITACHI CHEMICAL CO. AMERICA, LTD.; NIPPON CHEMI-CON CORPORATION; UNITED CHEMI-CON, INC.; RUBYCON CORPORATION; RUBYCON AMERICA INC.; MATSUO ELECTRIC CO., LTD.; TAITSU CORPORATION; TAITSU AMERICA, INC.; SHINYEI KAISHA; SHINYEI TECHNOLOGY CO., LTD.; SHINYEI CAPACITOR CO., LTD.; SHINYEI CORPORATION OF AMERICA, INC.; NITSUKO ELECTRONICS CORPORATION; NISSEI ELECTRIC CO., LTD.,<br><br>        Defendant(s). | Master File No. 3:17-md-2801-JD<br>Case No. 3:18-cv-02904-JD<br><br><br><br><br><br>AMENDED STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS, RUBYCON CORPORATION; RUBYCON AMERICA INC.; MATSUO ELECTRIC CO., LTD.; TAITSU CORPORATION; TAITSU AMERICA, INC. |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, PLEXUS CORP. ("Plaintiff") and Defendants, RUBYCON CORPORATION; RUBYCON AMERICA INC.; MATSUO ELECTRIC CO., LTD.; TAITSU CORPORATION; and TAITSU AMERICA, INC. ("Defendants"), by and through their respective undersigned counsel, jointly stipulate for the dismissal of all claims asserted in this action against Defendants, including the claims in the Amended Complaint filed in this action on or about June 5, 2018, without prejudice, with each side to bear its own costs and attorneys' fees.

Wherefore, the parties respectfully request that this Court issue the [Proposed] Order of Dismissal.

IT IS SO STIPULATED.

Date: December 17, 2018

By: /s/ Kristin A. Gore
Kristin A. Gore
(admitted *pro hac vice*)
Florida Bar No. 59090
Carlton Fields Jorden Burt, P.A.
525 Okeechobee Boulevard
Suite 1200
West Palm Beach, Florida  33401
kgore@carltonfields.com
Telephone:  (561) 659-7070
Facsimile: (561) 659-7368

*Counsel for Plaintiff Plexus Corp.*

By: /s/ Bonnie Lau
Bonnie Lau
Dentons US LLP
One Market Plaza, Spear Tower, 24th Floor San Francisco, CA 94105
bonnie.lau@dentons.com
Telephone: (415) 882-5083
Facsimile:  (415) 267-4198

*Counsel for Defendant, Matsuo Electric Co., Ltd.*

By: /s/ Aaron R. Gott
Jarod Bona
Aaron R. Gott
Bona Law PC
4275 Executive Square, #200
La Jolla, California 92037
jarod.bona@bonalawpc.com
aaron.gott@bonalawpc.com
Telephone: (858) 964-4589
Facsimile: (858) 964-2301

*Counsel for Taitsu Corporation & Taitsu America, Inc.*

By: /s/ Djordje Petkoski
Djordje Petkoski
Shearman & Sterling
401 9th Street, NW, Suite 800
Washington, DC  20004-2128
djordje.petkoski@shearman.com
Elizabeth.Vitt@Shearman.com
Telephone:  (202) 508-8000

*Counsel for Defendants Rubycon Corporation and Rubycon America Inc.*

# [PROPOSED] ORDER

Pursuant to the stipulation and upon good cause, the Court ORDERS the following:

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, all claims asserted in the above-captioned action by Plaintiff, PLEXUS CORP. ("Plaintiff") against Defendants, RUBYCON CORPORATION; RUBYCON AMERICA INC.; MATSUO ELECTRIC CO., LTD.; TAITSU CORPORATION; and TAITSU AMERICA, INC. ("Defendants") are DISMISSED WITHOUT PREJUDICE, including the claims in the Amended Complaint filed in this action on or about June 5, 2018.  Plaintiff and Defendants shall each bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: May 1, 2019

_____
**HONORABLE JAMES DONATO**
**UNITED STATES DISTRICT JUDGE**

## ATTESTATION

In accordance with Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, I, Kristin A. Gore, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: December 17, 2018

/s/ Kristin A. Gore
Kristin A. Gore

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 17, 2018, a copy of the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

**CARLTON FIELDS JORDEN BURT, P.A.**

By: /s/ Kristin A. Gore
DAVID B. ESAU
(admitted *pro hac vice*)
Florida Bar No. 485489
desau@carltonfields.com
KRISTIN A. GORE
(admitted *pro hac vice*)
Florida Bar No. 59090
kgore@carltonfields.com
AMANDA R. JESTEADT
(admitted *pro hac vice*)
Florida Bar No. 73149
ajesteadt@carltonfields.com
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida  33401
Telephone:  (561) 659-7070
Facsimile: (561) 659-7368
*Counsel for Plaintiff Plexus Corp.*