# Exhibit A

## Case Status by Defendant as of May 24, 2019

| Defendant | Direct Purchasers 17-md-02801 N.D. Cal. | Indirect Purchasers 17-md-02801 N.D. Cal. | Flex 15-02517 N.D. Cal. | AASI** 17-03472 N.D. Cal. | Benchmark** 17-07047 N.D. Cal. | Avnet** 17-07046 N.D. Cal. | Arrow 18-02657 N.D. Cal. | Plexus 18-02904 N.D. Cal. | Jaco 19-01902 N.D. Cal. |
|---|---|---|---|---|---|---|---|---|---|
| AVX | Active | Unnamed co-conspirator | Active | Active | Active | Not Named | Not Named | Not Named | Not Named |
| ELNA | Active | Settled in principle; preliminary approval to be submitted | Dismissed 5/1/19 | Active | Active | Active | Active | Not Named | Active |
| EPCOS/TDK | Dismissed 6/1/15 | Not Named | Not Named | Not Named | Not Named | Not Named | Not Named | Not Named | Not Named |
| Fujitsu | Settled / Dismissed 6/27/17 | Not Named | Dismissed 8/27/15 | Active | Active | Not Named | Not Named | Not Named | Not Named |
| Hitachi | Settled / Dismissed 9/21/18 | Settlement pending approval since October 2018* | Dismissed 8/6/18 | Active | Active | Active | Not Named | Dismissed 7/6/18 | Active |
| Holy Stone | Active | Settlement pending approval since October 2018* | Dismissed 5/1/19 | Active | Active | Active | Not Named | Not Named | Not Named |
| KEMET | Active | Unnamed co-conspirator | Dismissed 7/26/16 | Active | Active | Not Named | Not Named | Not Named | Not Named |
| Matsuo | Active | Settled in principle; preliminary approval to be submitted | Active | Active | Active | Active | Active | Dismissed 5/1/19 | Active |
| NEC TOKIN | Settled / Dismissed 6/27/17 | Settled / Dismissed 10/30/17 | Dismissed 10/24/16 | Active | Active | Not Named | Not Named | Not Named | Not Named |
| Nichicon / FPCAP | Settlement Pending | Settled in principle; preliminary approval to be submitted | Settled in principle | Active | Active | Active | Not Named | Not Named | Active |
| NCC / UCC | Active | Settlement pending approval since October 2018* | Active | Active | Active | Active | Active | Dismissed 5/1/19 | Active |
| Nissei | Active | Active | Active | Active | Active | Active | Default Entered | Dismissed 11/30/18 | Active |
| Nitsuko | Settled / Dismissed 6/27/17 | Settled / Dismissed 10/30/17 | Dismissed 1/23/17 | Dismissed 5/1/19 | Dismissed 5/1/19 | Dismissed 5/1/19 | Dismissed 9/25/18 | Dismissed 11/16/18 | Active |
| Okaya | Settled / Dismissed 6/27/17 | Settled / Dismissed 10/30/17 | Dismissed 5/1/17 | Active | Active | Active | Active | Not Named | Not Named |
| Panasonic / SANYO | Active | Settled in principle; preliminary approval to be submitted | Not Named | Dismissed 5/1/19 | Dismissed 5/1/19 | Not Named | Not Named | Not Named | Not Named |
| ROHM | Settled / Dismissed 6/27/17 | Not Named | Dismissed 5/1/19 | Active | Active | Not Named | Not Named | Not Named | Not Named |
| Rubycon | Settlement Pending | Settlement pending approval since October 2018* | Dismissed 5/1/19 | Active | Active | Active | Not Named | Dismissed 5/1/19 | Active |
| Shinyei | Active | Active | Active | Active | Active | Active | Active | Dismissed 5/1/19 | Active |
| American Shizuki Corp. | Dismissed 9/22/17 | Not Named | Dismissed 9/22/17 | Not Named | Not Named | Not Named | Not Named | Not Named | Not Named |
| Shizuki Electric | Active | Not Named | Dismissed 11/20/18 | Dismissed 5/1/19 | Dismissed 5/1/19 | Dismissed 5/1/19 | Active | Not Named | Not Named |
| Soshin | Settled / Dismissed 9/21/18 | Settlement pending approval since October 2018* | Dismissed 1/23/18 | Active | Active | Active | Active | Dismissed 7/6/18 | Active |
| Taitsu | Active | Active | Active | Active | Active | Active | Active | Dismissed 5/1/19 | Active |
| Toshin Kogyo | Default Entered | Default Entered | Default Entered | Active | Active | Active | Default Entered | Not Named | Active |
| Vishay Polytech | Active | Unnamed co-conspirator | Not Named | Active | Active | Not Named | Not Named | Not Named | Not Named |

\* Court indicated final approval appropriate but no order issued

\*\* Information obtained from available court records