UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE CAPACITORS ANTITRUST LITIGATION** ) ) ) ) ) This Document Relates to: ) ) Case Nos.: 3:14-cv-03264-JD, ) 3:17-cv-03472-JD, ) 3:17-cv-07046-JD, ) 3:17-cv-07047-JD, ) 3:18-cv-02657-JD. ) ) ) | MDL No. 2801<br><br>Master File No.: 3:17-md-02801-JD<br><br>**DECLARATION OF JUSTIN A. COHEN IN SUPPORT OF CERTAIN DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY OF DR. LESLIE M. MARX** |

I, Justin A. Cohen, declare as follows:

1. I am an attorney at Wilson Sonsini Goodrich & Rosati, P.C. and am counsel for Defendants Hitachi Chemical Co., Ltd., Hitachi Chemical Co. America, Ltd. and Hitachi AIC Inc. ("Hitachi Chemical") in the above-captioned litigation.

2. I am a member in good standing of the Bar of the State of New York and have been admitted *pro hac vice* in the above-captioned litigation. I am over 21 years of age and am not a party to this action.

3. This Declaration is based on personal knowledge, and if called to testify, I could and would do so competently as to the matters set forth herein. I submit this Declaration in support of Certain Defendants' Motion to Exclude Testimony of Dr. Leslie M. Marx.

4. Attached as **Exhibit A** is the Expert Report of Dr. Leslie M. Marx, dated November 30, 2018. This document is marked "Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order, so it is filed under seal in its entirety.

5. Attached as **Exhibit B** are excerpts from the Deposition Transcript of Dr. Leslie M. Marx, dated May 15, 2019. This transcript has been designated as "Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order, so it is filed under seal in its entirety.

6. Attached as **Exhibit C** is an excerpt from the Deposition Transcript of Dr. Frederick R. Warren-Boulton, dated June 4, 2019.

7. Attached as **Exhibit D** is the Expert Reply Report of Dr. Leslie M. Marx, dated April 19, 2019. This document is marked "Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order, so it is filed under seal in its entirety.

8. Attached as **Exhibit E** is an excerpt from the Deposition Transcript of Dr. Laila Haider, dated May 9, 2019. This transcript has been designated as "Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order, so it is filed under seal in its entirety.

9. Attached as **Exhibit F** is a document produced by the Rubycon Defendants and labeled RUB_000005690. This document is marked "Confidential" under the Stipulated Protective Order, so it is filed under seal in its entirety.

10. Attached as **Exhibit G** is a document produced by the Rubycon Defendants and labeled RUB_003456659. This document is marked "Confidential" under the Stipulated Protective Order, so it is filed under seal in its entirety.

I declare under the penalty of perjury, under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 14th day of June 2019 in New York, New York.

s/ *Justin A. Cohen*
Justin A. Cohen