1  Joseph R. Saveri (State Bar No. 130064)
   Steven N. Williams (State Bar No. 175489)
2  James G. Dallal (State Bar No. 277826)
   Kyle P. Quackenbush (State Bar No. 322401)
3  Anupama K. Reddy (State Bar No. 324873)
   JOSEPH SAVERI LAW FIRM, INC.
4  601 California Street, Suite 1000
   San Francisco, California 94108
5  Telephone:   (415) 500-6800
   Facsimile:    (415) 395-9940
6  Email:        jsaveri@saverilawfirm.com
                 swilliams@saverilawfirm.com
7                jdallal@saverilawfirm.com
                 kquackbush@saverilawfim.com
8                asatyasai@saverilawfirm.com

9  *Lead Counsel for Direct Purchaser Plaintiffs*

10

11            UNITED STATES DISTRICT COURT

12          NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  IN RE CAPACITORS ANTITRUST LITIGATION | Master File No. 3:17-md-02801-JD<br>Civil Action No. 3:14-cv-03264-JD |
| 14 | |
| 15  THIS DOCUMENT RELATES TO:<br>ALL DIRECT PURCHASER ACTIONS | **DECLARATION OF ANUPAMA K. REDDY IN SUPPORT OF DIRECT PURCHASER CLASS'S MOTION TO PARTIALLY EXCLUDE PROPOSED EXPERT TESTIMONY OF JANUSZ A. ORDOVER** |
| 16 | |
| 17 | |
| 18 | Hon. James Donato<br>Courtroom 11, 19th Floor<br>August 29, 2019<br>10:00 a.m. |
| 19 | |
| 20 | |

21

22

23

24

25

26

27

28

Master File No. 3:17-md-02801-JD
Civil Action No. 3:14-cv-03264-JD

DECLARATION OF ANUPAMA K. REDDY IN SUPPORT OF DIRECT PURCHASER CLASS'S MOTION TO
PARTIALLY EXCLUDE PROPOSED EXPERT TESTIMONY OF JANUSZ A. ORDOVER

I, Anupama K. Reddy, declare:

1.      I am an attorney licensed in the State of California and admitted to practice in the Northern District of California. I am an associate at the Joseph Saveri Law Firm, Inc., Lead Counsel for the Direct Purchaser Class ("Class") in this action. I make this Declaration in support of the Direct Purchaser Class's Motion to Partially Exclude Proposed Expert Testimony of Janusz A. Ordover.  I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify competently to them.

2.      Attached as Exhibit A is a true and correct copy of the expert report of Janusz A. Ordover dated February 22, 2019.

3.      Attached at Exhibit B is a true and correct copy of the plea agreement, by and between, the United States of America and Defendant Nippon Chemi-Con Corporation dated May 11, 2018.

4.      Attached as Exhibit C is a true and correct copy of the transcript of proceedings held before Hon. James Donato on October 3, 2018.

5.      Attached as Exhibit D is a true and correct copy of the deposition transcript of Janusz A. Ordover conducted on May 24, 2019. The relevant sections of this transcript that are referenced in the Motion are boxed.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. This declaration was executed in San Francisco, California on this 14th day of June, 2019.

By: */s/ Anupama K. Reddy*
Anupama K. Reddy

Master File No. 3:17-md-02801-JD
Civil Action No. 3:14-cv-03264-JD                    1

DECLARATION OF ANUPAMA K. REDDY IN SUPPORT OF DIRECT PURCHASER CLASS'S MOTION TO PARTIALLY EXCLUDE PROPOSED EXPERT TESTIMONY OF JANUSZ A. ORDOVER