**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
Robert W. Turken (admitted *pro hac vice*)
Scott N. Wagner (admitted *pro hac vice*)
Lori P. Lustrin (admitted *pro hac vice*)
Shalia M. Sakona (admitted *pro hac vice*)
Jerry R. Goldsmith (admitted *pro hac vice*)
Ilana A. Drescher (admitted *pro hac vice*)
1450 Brickell Avenue
Suite 2300
Miami, FL 33131-3456
Telephone: (305) 374-7580
Email: rturken@bilzin.com
Email: swagner@bilzin.com
Email: llustrin@bilzin.com
Email: ssakona@bilzin.com
Email: jgoldsmith@bilzin.com
Email: idrescher@bilzin.com

**FENNEMORE CRAIG, P.C.**
Amy Abdo (No. 016346)
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016-3429
Telephone: (602) 916-5000
Email: aabdo@fclaw.com

*Attorneys for Plaintiffs Jaco Electronics
and Vermont Street Acquisition*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Capacitors Antitrust Litigation* | MDL No. 17-md-02801-JD |
| *This document relates to:*<br><br>*Jaco Electronics, Inc. et al. v. Nippon Chemi-Con Co. et al.*, Case No. 19-cv-01902-JD | **STIPULATION AND [PROPOSED] ORDER REGARDING WAIVER OF SERVICE AND EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

1

Plaintiffs Jaco Electronics, Inc. and Vermont Street Acquisition, LLC (collectively, "Jaco" or "Plaintiffs") filed a complaint in the above-captioned case against Nippon Chemi-Con Corporation; United Chemi-Con, Inc.; Hitachi Chemical Co., Ltd.; Hitachi AIC, Inc.; Hitachi Chemical Co. America, Ltd.; Nichicon Corporation; Nichicon (America) Corporation; Rubycon Corporation; Rubycon America, Inc.; ELNA Co., Ltd.; ELNA America, Inc.; Matsuo Electric Co., Ltd.; TOSHIN KOGYO Co., Ltd.; Taitsu Corporation; Taitsu America, Inc.; Shinyei Kaisha; Shinyei Technology Co., Ltd.; Shinyei Capacitor Co., Ltd.; Shinyei Corporation of America, Inc.; Nissei Electric Co., Ltd.; Soshin Electric Co., Ltd.; and Soshin Electronics of America, Inc. (the "Stipulating Defendants") on March 13, 2019;

WHEREAS, Jaco wishes to avoid the burden and expense of serving process on the Stipulating Defendants;

WHEREAS, the Stipulation Defendants desire a reasonable amount of time to respond to the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Jaco and the Stipulating Defendants, as follows:

1. The Stipulating Defendants waive service of the Complaint under Federal Rule of Civil Procedure 4(d).  This stipulation does not constitute a waiver by the Stipulating Defendants of any other substantive or procedural defense.

2. The Stipulating Defendants shall file any pre-answer motions by June 21, 2019.

3. The Stipulating Defendants shall answer the Complaint on or before June 28, 2019.

4. Jaco and the Stipulating Defendants do not anticipate the need for significant discovery beyond that which has already occurred in the MDL and specifically agree that there shall be no additional fact discovery from the Stipulating Defendants, aside from limited Jaco-specific supplemental expert discovery and any discovery that may be required as a result of Jaco-specific defenses (Jaco will not duplicate discovery previously taken in the MDL) and has not been subject to discovery during any other stage of the litigation.

5. The Parties further agree that subject to any applicable protective orders, all discovery previously taken or received by the parties in *In re Capacitors Antitrust Litigation*, 17-md-2801, shall be usable in this case by the Defendants or Jaco during discovery, in pretrial motions, at trial, or for any other purpose to the same degree as if the discovery was taken in this case.

6. Attached as Exhibit A to this Stipulation is a proposed schedule for Jaco-specific discovery. The parties will make themselves available at the Court's convenience to discuss if requested.

DATED: June 3, 2019

*/s/ Chul Pak*
Chul Pak (*pro hac vice*)
Jeffrey C. Bank (*pro hac vice*)
Justin A. Cohen (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 497-7726
Facsimile: (212) 999-5899
Email: cpak@wsgr.com
jbank@wsgr.com
jcohen@wsgr.com

*Attorney for Defendants Hitachi Chemical Co., Ltd., Hitachi Chemical Co. America, Ltd. and Hitachi AIC, Inc.*

*/s/ Jarod M. Bona*
Jarod M. Bona
Aaron R. Gott
**BONA LAW PC**
4275 Executive Square, Suite 200
La Jolla, CA 92037
Telephone: (858) 964-4589
Facsimile: (858) 964-2301
jarod.bona@bonalawpc.com
aaron.gott@bonalawpc.com
*Counsel for Taitsu Corporation and Taitsu America, Inc.*

*/s/Robert W. Turken*
Robert W. Turken (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
Lori P. Lustrin (*pro hac vice*)
Shalia M. Sakona (*pro hac vice*)
Jerry R. Goldsmith (*pro hac vice*)
Ilana A. Drescher (*pro hac vice*)
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Facsimile: 305-374-7593
rturken@bilzin.com
swagner@bilzin.com
llustrin@bilzin.com
ssakona@bilzin.com
jgoldsmith@bilzin.com
idrescher@bilzin.com

AND

Amy Abdo (No. 016346)
**FENNEMORE CRAIG, P.C.**
2394 E. Camelback Road,
Suite 600
Phoenix, AZ 85016-3429
Telephone: (602) 916-5000
Email: aabdo@fclaw.com

3

| | |
|---|---|
| *s/Gaspare J. Bono* | *Counsel for Jaco Electronics and Vermont Street Acquisition* |
| Gaspare J. Bono | |
| **Dentons US LLP** | */s/ Joseph J. Bial* |
| 1900 K Street NW | Joseph J. Bial (*pro hac vice*) |
| Washington, DC 20006 | Eric Sega (*pro hac vice*) |
| gap.bono@dentons.com | **Paul, Weiss, Rifkind, Wharton &** |
| Telephone: (202) 496-7308 | **Garrison LLP** |
| Facsimile: (202) 496-7756 | 2001 K Street, NW |
| | Washington, DC 20006-1047 |
| *Counsel for Shinyei Kaisha; Shinyei Technology Co., Ltd., Shinyei Capacitor Co., Ltd. & Shinyei Corporation of America, Inc.* | esega@paulweiss.com |
| | Telephone: (202) 223-7300 |
| | Facsimile: (202) 223-7420 |
| | |
| | */s/ Steven Kaufhold* |
| */s/ Bonnie Lau* | **KAUFHOLD GASKIN LLP** |
| Bonnie Lau | 388 Market Street, Suite 1300 |
| **Dentons US LLP** | San Francisco, CA 94111 |
| One Market Plaza, Spear Tower, 24th Floor | Telephone: (415) 445-4621 |
| | Facsimile: (415) 874-1071 |
| San Francisco, CA 94105 | skaufhold@kaufholdgaskin.com |
| bonnie.lau@dentons.com | |
| Telephone: (415) 882-5083 | *Counsel for Nippon Chemi-Con Corporation and United Chemi-Con, Inc.* |
| Facsimile: (415) 267-4198 | |
| *Counsel for Matsuo Electric Co., Ltd.* | */s/ Michael E. Martinez* |
| | Michael E. Martinez (*pro hac vice*) |
| */s/ Djordje Petkoski* | Scott M. Mendel (*pro hac vice*) |
| Djordje Petkoski | Lauren Norris Donahue (*pro hac vice*) |
| **Shearman & Sterling** | Brian J. Smith (*pro hac vice*) |
| 401 9th Street, NW, Suite 800 | **K&L GATES LLP** |
| Washington, DC 20004-2128 | 70 West Madison Street, Suite 3100 |
| djordje.petkoski@shearman.com | Chicago, IL 60602 |
| Telephone: (202) 508-8000 | Telephone: (312) 807-4404 |
| | Facsimile: (312) 827-8116 |
| *Counsel for Rubycon Corporation and Rubycon America Inc.* | michael.martinez@klgates.com |
| | scott.mendel@klgates.com |
| | lauren.donahue@klgates.com |
| */s/ John R. Fornaciari* | brian.j.smith@klgates.com |
| John R. Fornaciari (*pro hac vice*) | |
| **BAKER & HOSTETLER LLP** | */s/ Daniel William Fox* |
| 1050 Connecticut Avenue, NW, Suite 1100 | Daniel William Fox |
| | **K&L GATES LLP** |
| Washington, DC 20026 | Four Embarcadero Center, Suite 1200 |
| Telephone: (202) 861-1500 | San Francisco, CA 94111 |
| Facsimile: (202) 861-1783 | Telephone: (415) 882-8200 |
| jfornaciari@bakerlaw.com | Facsimile: (415) 882-8220 |
| | daniel.fox@klgates.com |
| */s/ C. Dennis Loomis* | |

| | |
|---|---|
| C. Dennis Loomis<br>**BAKER & HOSTETLER LLP**<br>11601 Wilshire Boulevard,<br>Suite 1400<br>Los Angeles, CA 90025-0509<br>Telephone: (310) 820-8800<br>Facsimile: (310) 820-8859<br>cdloomis@bakerlaw.com<br><br>*Counsel for Defendants*<br>*Soshin Electric Co., Ltd. and*<br>*Soshin Electronics of America, Inc.* | *Counsel for Defendants Nichicon (America)*<br>*Corporation and Nichicon Corporation*<br><br>*/s/ Mark D. Flanagan*<br>Mark D. Flanagan<br>**WILMER CUTLER PICKERING**<br>**HALE AND DORR LLP**<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6047<br>Facsimile: (650) 858-6100<br>Mark.Flanagan@wilmerhale.com |
| */s/ Heather S. Nyong'o*<br>Heather S. Nyong'o<br>**WILMER CUTLER PICKERING**<br>**HALE AND DORR LLP**<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br>heather.nyong'o@wilmerhale.com<br><br>*Counsel for Defendants ELNA Co.*<br>*Ltd. and ELNA America Inc.* | */s/ Margaret E. O'Grady*<br>Margaret E. O'Grady (*pro hac vice*)<br>**WILMER CUTLER PICKERING**<br>**HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>Margaret.O'Grady@wilmerhale.com<br><br>*Counsel for Defendant Nissei Electric Co.,*<br>*Ltd.* |

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2 | Date: June 19, 2019          By: _____
                                      UNITED STATES DISTRICT COURT JUDGE

# EXHIBIT A

| Event | Deadline |
|---|---|
| Jaco document production substantially complete | June 14, 2019 |
| Defendants' deadline to file any pre-answer motions | June 21, 2019 |
| Defendants' deadline to file Answers | June 28, 2019 |
| Completion of depositions of Jaco employees | July 12, 2019 |
| Deadline for Plaintiffs to supplemental expert report with respect to Jaco only | July 12, 2019 |
| Deadline for Defendants to supplement expert reports with respect to Jaco only | August 7, 2019 |
| Deadline for Plaintiffs' Jaco-specific rebuttal expert report | August 30, 2019 |
| Putative summary judgment and other dispositive motions | Any arguments made will apply to Jaco unless supplementation is necessary |
| Putative Daubert Motions | Any Daubert rulings will apply to Jaco equally |