Sean P. Rodriguez (CA SBN 262437)
srodriguez@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000; Fax: (510) 574-1460

Stuart H. Singer (*pro hac vice*)
ssinger@bsfllp.com
Meredith L. Schultz (*pro hac vice*)
mschultz@bsfllp.com
Pascual Oliu (*pro hac vice*)
poliu@bsfllp.com
Corey P. Gray (*pro hac vice*)
cgray@bsfllp.com
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL  33301
Tel: (954) 356-0011; Fax: (954) 356-0022

Philip J. Iovieno (*pro hac vice*)
piovieno@bsfllp.com
Anne M. Nardacci (*pro hac vice*)
anardacci@bsfllp.com
BOIES SCHILLER FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Tel: (518) 434-0600; Fax: (202) 237-6131

William A. Isaacson (*pro hac vice*)
wisaacson@bsfllp.com
Kyle Smith (*pro hac vice*)
ksmith@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW
Washington, DC 20005
Tel: (202) 237-2727; Fax: (202) 237-6131

*Attorneys for Plaintiff Arrow Electronics, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ARROW ELECTRONICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ELNA CO., LTD.; ELNA AMERICA INC.; MATSUO ELECTRIC CO., LTD.; TOSHIN KOGYO., LTD.; OKAYA ELECTRIC INDUSTRIES CO., LTD.; OKAYA ELECTRIC AMERICA INC.; TAITSU CORPORATION; TAITSU AMERICA, INC.; SHINYEI KAISHA; SHINYEI TECHNOLOGY CO., LTD.; SHINYEI CAPACITOR CO., LTD.; SHINYEI CORPORATION OF AMERICA, INC.; NITSUKO ELECTRONICS CORPORATION; NISSEI ELECTRIC CO., LTD.; SHIZUKI ELECTRIC CO., INC.; SOSHIN ELECTRIC CO., LTD.; SOSHIN ELECTRONICS OF AMERICA, INC.; NIPPON CHEMI-CON CORPORATION; and UNITED CHEMI-CON, INC.,<br><br>Defendants. | Case Nos. 3:17-md-02801-JD<br>3:18-cv-02657-JD<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

1

Plaintiff Arrow Electronics, Inc. ("Arrow") and Defendants Okaya Electric Industries Co., Ltd. and Okaya Electric America, Inc. (together "Okaya") pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal of the present action with prejudice and state as follows:

1. Arrow and Okaya seek the dismissal of this action against Okaya with prejudice.

2. Arrow and Okaya agree that each party shall bear its own costs and attorneys' fees in connection with these actions.

3. This stipulation does not affect the rights or claims of Arrow against any other defendant or alleged co-conspirator in this litigation.

WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal against Okaya only.

**IT IS SO STIPULATED.**

DATED: June 11, 2019

By: /s/ *Meredith Schultz*
Stuart H. Singer (Admitted *Pro Hac Vice*)
Meredith Schultz (Admitted *Pro Hac Vice*)
Pascual Oliu (Admitted *Pro Hac Vice*)
Corey P. Gray (Admitted *Pro Hac Vice*)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022
Email: ssinger@bsfllp.com
         mschultz@bsfllp.com
         poliu@bsfllp.com

Philip J. Iovieno (Admitted *Pro Hac Vice*)
Anne M. Nardacci (Admitted *Pro Hac Vice*)
**BOIES SCHILLER FLEXNER LLP**
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com

By: /s/ *Darrell Prescott*
Darrell Prescott (Admitted *Pro Hac Vice*)
Darrell.prescott@bakermckenzie.com
Catherine Y. Stillman, State Bar No. 2542440
catherine.stillman@bakermckenzie.com
**BAKER & McKENZIE LLP**
452 Fifth Avenue
New York, NY 10018
Telephone: (212) 626 4476
Facsimile:  (212) 310 1637

Meghan E. Hausler (Admitted *Pro Hac Vice*)
meghan.hausler@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street
Suite 1500
Dallas, TX 75201
Telephone:  (214) 965 7219
Facsimile:   (214) 978 5937

anardacci@bsfllp.com

William A. Isaacson (Admitted *Pro Hac Vice*)
Kyle Smith (Admitted *Pro Hac Vice*)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave., NW
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com
ksmith@bsfllp.com

*Attorneys for Plaintiff, Arrow Electronics, Inc.*

Christina Wong, State Bar No. 288171
christina.wong@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: (415) 576 3022
Facsimile: (415) 576 3099

*Attorneys for Defendants*
*OKAYA ELECTRIC INDUSTRIES CO., LTD.*
*and OKAYA ELECTRIC AMERICA, INC.*

**ECF ATTESTATION**

I, Meredith Schultz, an ECF User whose ID and Password are being used to file the STIPULATION AND [PROPOSED] ORDER OF DISMISSAL.

In compliance with Civil Local Rule 5-1, I hereby attest that counsel for Okaya has concurred in this filing.

DATED: June 12, 2019

By: /s/ *Meredith Schultz*
Meredith Schultz

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 19, 2019

_____
UNITED STATES DISTRICT JUDGE