Sean P. Rodriguez (CA SBN 262437)
srodriguez@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000; Fax: (510) 574-1460

Stuart H. Singer (*pro hac vice*)
ssinger@bsfllp.com
Meredith L. Schultz (*pro hac vice*)
mschultz@bsfllp.com
Pascual Oliu (*pro hac vice*)
poliu@bsfllp.com
Corey P. Gray (*pro hac vice*)
cgray@bsfllp.com
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL  33301
Tel: (954) 356-0011; Fax: (954) 356-0022

Philip J. Iovieno (*pro hac vice*)
piovieno@bsfllp.com
Anne M. Nardacci (*pro hac vice*)
anardacci@bsfllp.com
BOIES SCHILLER FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Tel: (518) 434-0600; Fax: (202) 237-6131

William A. Isaacson (*pro hac vice*)
wisaacson@bsfllp.com
Kyle Smith (*pro hac vice*)
ksmith@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW
Washington, DC 20005
Tel: (202) 237-2727; Fax: (202) 237-6131

*Attorneys for Plaintiff Arrow Electronics, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ARROW ELECTRONICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ELNA CO., LTD.; ELNA AMERICA INC.; MATSUO ELECTRIC CO., LTD.; TOSHIN KOGYO., LTD.; OKAYA ELECTRIC INDUSTRIES CO., LTD.; OKAYA ELECTRIC AMERICA INC.; TAITSU CORPORATION; TAITSU AMERICA, INC.; SHINYEI KAISHA; SHINYEI TECHNOLOGY CO., LTD.; SHINYEI CAPACITOR CO., LTD.; SHINYEI CORPORATION OF AMERICA, INC.; NITSUKO ELECTRONICS CORPORATION; NISSEI ELECTRIC CO., LTD.; SHIZUKI ELECTRIC CO., INC.; SOSHIN ELECTRIC CO., LTD.; SOSHIN ELECTRONICS OF AMERICA, INC.; NIPPON CHEMI-CON CORPORATION; and UNITED CHEMI-CON, INC.,<br><br>Defendants. | Case Nos. 3:17-md-02801-JD<br>3:18-cv-02657-JD<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

Plaintiff Arrow Electronics, Inc. ("Arrow") and Defendant Shizuki Electric Co., Inc. ("Shizuki") pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal of the present action with prejudice and state as follows:

1. Arrow and Shizuki seek the dismissal of this action against Shizuki with prejudice.

2. Arrow and Shizuki agree that each party shall bear its own costs and attorneys' fees in connection with these actions.

3. This stipulation does not affect the rights or claims of Arrow against any other defendant or alleged co-conspirator in this litigation.

WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal against Shizuki only.

**IT IS SO STIPULATED**

DATED: July 2, 2019.

By: /s/ *Meredith Schultz*
Stuart H. Singer (Admitted *Pro Hac Vice*)
Meredith Schultz (Admitted *Pro Hac Vice*)
Pascual Oliu (Admitted *Pro Hac Vice*)
Corey P. Gray (Admitted *Pro Hac Vice*)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022
Email: ssinger@bsfllp.com
           mschultz@bsfllp.com
           poliu@bsfllp.com

Philip J. Iovieno (Admitted *Pro Hac Vice*)
Anne M. Nardacci (Admitted *Pro Hac Vice*)
**BOIES SCHILLER FLEXNER LLP**
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone:  (518) 434-0600

By: /s/ *Allison Ann Davis*
Allison A. Davis (State Bar No. 139203)
Sanjay M. Nangia (State Bar No. 264986)
**DAVIS WRIGHT TREMAINE LLP**
505 Montgomery Street, St. 800
San Francisco, CA 94111-6538
Telephone: (415) 276-6580
Facsimile:  (415) 276-6599
allisondavis@dwt.com;
sanjaynangia@dwt.com

Attorneys for Defendant
Shizuki Electric Co., Inc.

1  Facsimile: (518) 434-0665
   Email: piovieno@bsfllp.com
2           anardacci@bsfllp.com

3  William A. Isaacson (Admitted *Pro Hac*
       *Vice*)
4  Kyle Smith (Admitted *Pro Hac Vice*)
   **BOIES SCHILLER FLEXNER LLP**
5  1401 New York Ave., NW
   Washington, DC 20005
6  Telephone: (202) 237-2727
7  Facsimile: (202) 237-6131
   Email: wisaacson@bsfllp.com
8          ksmith@bsfllp.com

9  *Attorneys for Plaintiff, Arrow Electronics,*
10 *Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
Case Nos. 3:17-md-02801-JD
3:18-cv-02657-JD

**ECF ATTESTATION**

I, Meredith Schultz, an ECF User whose ID and Password are being used to file the STIPULATION AND [PROPOSED] ORDER OF DISMISSAL.

In compliance with Civil Local Rule 5-1, I hereby attest that counsel for Shizuki has concurred in this filing.

DATED: July 2, 2019.

By:   /s/ *Meredith Schultz*
      Meredith Schultz

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE