**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
Robert W. Turken (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
Lori P. Lustrin (*pro hac vice*)
Shalia M. Sakona (*pro hac vice*)
Jerry R. Goldsmith (*pro hac vice*)
1450 Brickell Avenue
Suite 2300
Miami, FL 33131-3456
Telephone: (305) 374-7580
Email: rturken@bilzin.com
Email: swagner@bilzin.com
Email: llustrin@bilzin.com
Email: ssakona@bilzin.com
Email: jgoldsmith@bilzin.com

*Attorneys for AASI*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Capacitors Antitrust Litigation* | **Case No. 17-md-02801-JD** |
| *This document relates to:* <br><br> *The AASI Beneficiaries' Trust, by and Through Kenneth A. Welt, Liquidating Trustee, v. AVX Corp. et al.*, Case No. 17-cv-03472 | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

Plaintiff, the AASI Beneficiaries' Trust, by and through Kenneth A. Welt, Liquidating Trustee ("AASI") and Defendant Fujitsu Limited ("Fujitsu") pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal of the present action with prejudice and state as follows:

1. AASI and Fujitsu seek the dismissal of this action against Fujitsu with prejudice.

2. AASI and Fujitsu agree that each party shall bear its own costs and attorneys' fees in connection with these actions.

3. This stipulation does not affect the rights or claims of AASI against any other defendant or alleged co-conspirator in this litigation.

WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal against Fujitsu only.

**IT IS SO STIPULATED**

Dated: July 3, 2019

| | |
|---|---|
| */s/ Scott N. Wagner* | */s/ Jeffrey A. Jaeckel* |
| Robert W. Turken (admitted *pro hac vice*) | Paul T. Friedman |
| Scott N. Wagner (admitted *pro hac vice*) | Ian K. Bausback |
| Lori P. Lustrin (admitted *pro hac vice*) | **MORRISON & FOERSTER LLP** |
| Shalia M. Sakona (admitted *pro hac vice*) | 425 Market Street |
| Jerry R. Goldsmith (admitted *pro hac vice*) | San Francisco, California 94105-2482 |
| **BILZIN SUMBERG BAENA PRICE & AXELROD LLP** | Telephone: 415.268.7000 |
| | Facsimile: 415.268.7522 |
| 1450 Brickell Ave., Suite 2300 | Email: PFriedman@mofo.com |
| Miami, Florida 33131-3456 | Email: IBausback@mofo.com |
| Telephone: 305-374-7580 | |
| Facsimile: 305-374-7593 | Jeffrey A. Jaeckel |
| rturken@bilzin.com | **MORRISON & FOERSTER LLP** |
| swagner@bilzin.com | 2000 Pennsylvania Avenue, NW Suite 6000 |
| llustrin@bilzin.com | Washington, District of Columbia 20006 |
| ssakona@bilzin.com | Telephone: 202.887.1500 |
| jgoldsmith@bilzin.com | Facsimile: 202.887.0763 |
| *Counsel for AASI* | Email: JJaeckel@mofo.com |
| | *Attorneys for Defendant Fujitsu Limited* |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
17-md-2801-JD

**ECF ATTESTATION**

I, Scott N. Wagner, an ECF User whose ID and Password are being used to file STIPULATION AND [PROPOSED] ORDER OF DISMISSAL.

In compliance with Civil Local Rule 5-1, I hereby attest that counsel for has concurred in this filing.

DATED: July 3, 2019

By:    */s/ Scott N. Wagner*
       Scott N. Wagner

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
17-md-2801-JD

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____        _____
                                                                                UNITED STATES DISTRICT JUDGE