Jeffrey A. LeVee (State Bar No. 125863)
jlevee@jonesday.com
Eric P. Enson (State Bar No. 204447)
epenson@jonesday.com
Kelly M. Ozurovich (State Bar No. 307563)
kozurovich@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071.2452
Telephone: +1.213.489.3939
Facsimile: +1.213.243.2539

John M. Majoras (Admitted *Pro Hac Vice*)
jmmajoras@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: +1.202.879.3939
Facsimile: +1.202.626.1700

Attorneys for Defendants
HOLYSTONE ENTERPRISE CO., LTD.,
MILESTONE GLOBAL TECHNOLOGY, INC.,
(D/B/A HOLYSTONE INTERNATIONAL), VISHAY
POLYTECH CO., LTD.

[ADDITIONAL COUNSEL LISTED ON
SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL DIRECT PURCHASER ACTIONS | Master File No. 17-md-02801-JD<br><br>**NOTICE OF FILING OF JOINT STATEMENT FOR CONCURRENT EXPERT WITNESS PROCEEDING**<br><br>**Date:** September 17, 2019<br>**Time:** 9:30 a.m.<br>**Judge:** Hon. James Donato<br>**Courtroom:** 11, 19th Floor |

In advance of the concurrent expert witness proceeding set by the Court in this action for Tuesday, September 17, 2019, at 9:30 a.m., and in response to this Court's Order Re Concurrent Expert Witness Proceeding (ECF No. 828, entered August 5, 2019), the parties submit attached as Exhibit 1 the Joint Statement of Dr. Haider, Dr. Singer, and Dr. McClave.

Dated: August 30, 2019

Respectfully submitted,

JONES DAY

By: */s/ Eric P. Enson*
    Eric P. Enson

Counsel for Defendant
HOLYSTONE ENTERPRISE CO., LTD., MILESTONE GLOBAL TECHNOLOGY, INC., (D/B/A HOLYSTONE INTERNATIONAL), VISHAY POLYTECH CO., LTD.

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
Bruce D. Sokler
Robert G. Kidwell
701 Pennsylvania Avenue NW, Suite 900
Washington, DC 20004
bdsokler@mintz.com
RGKidwell@mintz.com

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
Evan S. Nadel
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
enadel@mintz.com

By:     */s/ Bruce D. Sokler*

Attorneys for Defendant
AVX CORPORATION

| | |
|---|---|
| 1 | WILMER CUTLER PICKERING |
| 2 | HALE AND DORR LLP |
| | Heather S. Nyong'o |
| 3 | Chris Johnstone |
| | 950 Page Mill Road |
| 4 | Palo Alto, CA 94304 |
| | Heather.Nyongo@wilmerhale.com |
| 5 | Chris.Johnstone@wilmerhale.com |
| 6 | |
| | WILMER CUTLER PICKERING |
| 7 | HALE AND DORR LLP |
| | Thomas Mueller (*pro hac vice*) |
| 8 | Christopher Megaw (*pro hac vice*) |
| | Lauren Ige (*pro hac vice*) |
| 9 | 1875 Pennsylvania Ave NW |
| | Washington, DC 20006 |
| 10 | Thomas.Mueller@wilmerhale.com |
| | Chris.Megaw@wilmerhale.com |
| 11 | Lauren.Ige@wilmerhale.com |
| 12 | |
| | WILMER CUTLER PICKERING |
| 13 | HALE AND DORR LLP |
| | Margaret O'Grady (*pro hac vice*) |
| 14 | 60 State Street |
| | Boston, MA 02109 |
| 15 | Margaret.OGrady@wilmerhale.com |
| 16 | |
| | By: _____/s/ *Heather S. Nyong'o*_____ |
| 17 | |
| 18 | |
| | Attorneys for Defendants |
| 19 | ELNA CO., LTD. and ELNA AMERICA, INC. |
| 20 | |
| | PILLSBURY WINTHROP SHAW PITTMAN, LLP |
| 21 | ROXANE A. POLIDORA |
| | JACOB R. SORENSEN |
| 22 | LAURA C. HURTADO |
| | Four Embarcadero Center, 22nd Floor |
| 23 | San Francisco, CA 94111 |
| 24 | |
| | By: _____/s/ *Roxane A. Polidora*_____ |
| 25 | |
| | Attorneys for Defendants |
| 26 | KEMET CORPORATION and |
| | KEMET ELECTRONICS CORPORATION |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
| 2 | Bonnie Lau |
|   | blau@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, CA 94105-2482 |
|   | Telephone: (415) 268-7000 |
| 5 | Facsimile: (415) 268-7522 |
| 6 | By: _____ */s/ Bonnie Lau* _____ |
| 7 | |
| 8 | Attorneys for Defendants |
|   | MATSUO ELECTRIC CO., LTD. |

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Charles F. Rule
Joseph J. Bial
2001 K Street, NW
Washington, DC 20006-1047
rrule@paulweiss.com
jbial@paulweiss.com

KAUFHOLD GASKIN LLP
Steven Shea Kaufhold
388 Market St, Suite 1300
San Francisco, CA 94111
skaufhold@kaufholdgaskin.com

By: _____/s/ Joseph J. Bial_____

Attorneys for Defendants
NIPPON CHEMI-CON CORPORATION
and UNITED CHEMI-CON, INC.

DENTONS US LLP
Gaspare J. Bono
Claire Maddox
Leslie Barry
1900 K Street, NW
Washington, DC 20006
Email: gap.bono@dentons.com
claire.maddox@dentons.com
leslie.barry@dentons.com

DENTONS US LLP
Andrew S. Azarmi
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Email: andrew.azarmi@dentons.com

By: _____/s/ Gaspare J. Bono_____

Attorneys for Defendants
SHINYEI KAISHA, SHINYEI TECHNOLOGY CO.,
LTD., SHINYEI CAPACITOR CO., LTD. and
SHINYEI CORPORATION OF AMERICA, INC.

DAVIS WRIGHT TREMAINE LLP
Allison A. Davis
Sanjay M. Nangia
500 Montgomery Street, Suite 800
San Francisco, CA 94111
Email: allisondavis@dwt.com
      sanjaynangia@dwt.com

By:    */s/ Allison A. Davis*

Attorneys for Defendants
SHIZUKI ELECTRIC CO., INC.

BONA LAW PC
Jarod M. Bona
Aaron R. Gott
4275 Executive Square, Suite 200
La Jolla, CA 92037
Email: jarod.bona@bonalawpc.com
aaron.gott@bonalawpc.com

By:    */s/ Jarod M. Bona*

Attorneys for Defendants
TAITSU CORPORATION and TAITSU AMERICA, INC.

JOSEPH SAVERI LAW FIRM, INC.

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
James G. Dallal (State Bar No. 277826)
Anupama K. Reddy (State Bar No. 324873)
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940

By:    */s/ Joseph R. Saveri*
        Joseph R. Saveri

*Lead Counsel for the Direct Purchaser Class.*

**ECF ATTESTATION**

I, Eric P. Enson, am the ECF User whose ID and Password are being used to file NOTICE OF FILING OF JOINT STATEMENT FOR CONCURRENT EXPERT WITNESS PROCEEDING.

In compliance with Civil Local Rule 5-1, I hereby attest that counsel for Defendants have concurred in this filing.

DATED: August 30, 2019

By: */s/ Eric P. Enson*
Eric P. Enson