**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
Robert W. Turken (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
Lori P. Lustrin  (*pro hac vice*)
Shalia M. Sakona (*pro hac vice*)
Jerry R. Goldsmith (*pro hac vice*)
1450 Brickell Avenue
Suite 2300
Miami, FL 33131-3456
Telephone: (305) 374-7580
Email: rturken@bilzin.com
Email: swagner@bilzin.com
Email: llustrin@bilzin.com
Email: ssakona@bilzin.com
Email: jgoldsmith@bilzin.com

*Attorneys for Benchmark Electronics*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Capacitors Antitrust Litigation* | **Case No. 17-md-02801-JD** |
| This document relates to: | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| *Benchmark Electronics, Inc.; Benchmark Electronics Huntsville, Inc.; Benchmark Electronics Manufacturing Solutions (Moorpark), Inc.; Benchmark Electronics Manufacturing Solutions, Inc.; Benchmark Electronics Phoenix, Inc.; Benchmark Electronics Tijuana, S. de R.L. de C.V.; and Benchmark Electronics De Mexico S. de R.L. de C.V,* Case No. 17-cv-7047 | |

Plaintiff, Benchmark Electronics, Inc., Benchmark Electronics Huntsville, Inc., Benchmark Electronics Manufacturing Solutions (Moorpark), Inc., Benchmark Electronics Manufacturing Solutions, Inc., Benchmark Electronics Phoenix, Inc., Benchmark Electronics Tijuana, S. de R.L. de C.V. and Benchmark Electronics de Mexico S. de R.L. de C.V., (collectively, "Benchmark") and Defendant Fujitsu Limited ("Fujitsu") pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal of the present action with prejudice and state as follows:

1. Benchmark and Fujitsu seek the dismissal of this action against Fujitsu with prejudice.

2. Benchmark and Fujitsu agree that each party shall bear its own costs and attorneys' fees in connection with these actions.

3. This stipulation does not affect the rights or claims of Benchmark against any other defendant or alleged co-conspirator in this litigation.

WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal against Fujitsu only.

**IT IS SO STIPULATED**

Dated: September 5, 2019

| | |
|---|---|
| */s/ Scott N. Wagner* | */s/ Christine Wong* |
| Robert W. Turken (admitted *pro hac vice*) | Paul T. Friedman |
| Scott N. Wagner (admitted *pro hac vice*) | Christine Y. Wong |
| Lori P. Lustrin (admitted *pro hac vice*) | Ian K. Bausback |
| Shalia M. Sakona (admitted *pro hac vice*) | **MORRISON & FOERSTER LLP** |
| Jerry R. Goldsmith (admitted *pro hac vice*) | 425 Market Street |
| **BILZIN SUMBERG BAENA PRICE & AXELROD LLP** | San Francisco, California 94105-2482 |
| 1450 Brickell Ave., Suite 2300 | Telephone: 415.268.7000 |
| Miami, Florida 33131-3456 | Facsimile: 415.268.7522 |
| Telephone:  305-374-7580 | Email: PFriedman@mofo.com |
| Facsimile:  305-374-7593 | Email: ChristineWong@mofo.com |
| rturken@bilzin.com | Email: IBausback@mofo.com |
| swagner@bilzin.com | |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
17-md-2801-JD

llustrin@bilzin.com
ssakona@bilzin.com
jgoldsmith@bilzin.com

*Counsel for Benchmark Electronics*

Jeffrey A. Jaeckel
**MORRISON & FOERSTER LLP**
2000 Pennsylvania Avenue, NW Suite 6000
Washington, District of Columbia 20006
Telephone: 202.887.1500
Facsimile: 202.887.0763
Email: JJaeckel@mofo.com

*Counsel for Defendant Fujitsu Limited*

### ECF ATTESTATION

I, Scott N. Wagner, an ECF User whose ID and Password are being used to file this Stipulation and [Proposed] Order of Dismissal.

In compliance with Civil Local Rule 5-1, I hereby attest that counsel for has concurred in this filing.

DATED: September 5, 2019

By:   */s/ Scott N. Wagner*
      Scott N. Wagner

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
17-md-2801-JD

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____                    _____
                                                                                         UNITED STATES DISTRICT JUDGE