Exhibit 1

# Enson, Eric P.

| | |
|---|---|
| **From:** | Enson, Eric P. |
| **Sent:** | Tuesday, December 17, 2019 3:59 PM |
| **To:** | 'Joseph Saveri'; Anupama Reddy |
| **Cc:** | Steve Williams; Majoras, John M.; James Dallal; Deborah Pansby |
| **Subject:** | RE:  Capacitors - Trial Date |

Joe,

I left you a message about 30 minutes ago.  I need to speak with you about the Court's recent Order setting trial for March 2, 2020.  Please let me know when you can speak or give me a call.  Thank you.
Eric

Eric P. Enson
**JONES DAY® - One Firm Worldwide℠**
Los Angeles +1.213.243.2304
San Francisco +1.415.963.6994
Mobile +1.310.503.1774

**From:** Joseph Saveri <jsaveri@saverilawfirm.com>
**Sent:** Tuesday, December 17, 2019 2:17 PM
**To:** Enson, Eric P. <epenson@JonesDay.com>; Anupama Reddy <AReddy@saverilawfirm.com>
**Cc:** Steve Williams <SWilliams@saverilawfirm.com>; Majoras, John M. <jmmajoras@JonesDay.com>; James Dallal <jdallal@saverilawfirm.com>; Deborah Pansby <DPansby@saverilawfirm.com>
**Subject:** Re: Capacitors - Trial Date

Steve's in transit. I'm checking.

Joseph R. Saveri
Joseph Saveri Law Firm, Inc.

**From:** Enson, Eric P. <epenson@JonesDay.com>
**Sent:** Tuesday, December 17, 2019 2:00:02 PM
**To:** Anupama Reddy <AReddy@saverilawfirm.com>
**Cc:** Steve Williams <SWilliams@saverilawfirm.com>; Majoras, John M. <jmmajoras@JonesDay.com>; James Dallal <jdallal@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Deborah Pansby <DPansby@saverilawfirm.com>
**Subject:** RE: Capacitors - Trial Date

What time after 4 Pacific today can you speak about the court's recent order?

Eric P. Enson
**JONES DAY® - One Firm Worldwide℠**
Los Angeles +1.213.243.2304
San Francisco +1.415.963.6994
Mobile +1.310.503.1774

**From:** Enson, Eric P.
**Sent:** Tuesday, December 17, 2019 11:04 AM
**To:** 'Anupama Reddy' <AReddy@saverilawfirm.com>

**Cc:** Steve Williams <SWilliams@saverilawfirm.com>; Majoras, John M. <jmmajoras@jonesday.com>; James Dallal <jdallal@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Deborah Pansby <DPansby@saverilawfirm.com>
**Subject:** RE: Capacitors - Trial Date

Thanks.  We've revised just a bit based on your availability on July 20.  Redlines in the attached.  Are we authorized to file?  Thanks.

Eric P. Enson
**JONES DAY® - One Firm Worldwide℠**
Los Angeles +1.213.243.2304
San Francisco +1.415.963.6994
Mobile +1.310.503.1774

---

**From:** Anupama Reddy <AReddy@saverilawfirm.com>
**Sent:** Tuesday, December 17, 2019 8:02 AM
**To:** Enson, Eric P. <epenson@JonesDay.com>
**Cc:** Steve Williams <SWilliams@saverilawfirm.com>; Majoras, John M. <jmmajoras@JonesDay.com>; James Dallal <jdallal@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Deborah Pansby <DPansby@saverilawfirm.com>
**Subject:** RE: Capacitors - Trial Date


Eric,

We have filled out our portion in the attached joint statement regarding trial date.

Thank you,

Anu

**Anupama Konteti Reddy**
*Associate Attorney*
**T** (415) 655-5975

---

**JOSEPH SAVERI**
LAW FIRM

---

**From:** Enson, Eric P. <epenson@JonesDay.com>
**Sent:** Friday, December 13, 2019 10:35 AM
**To:** Anupama Reddy <AReddy@saverilawfirm.com>
**Cc:** Steve Williams <SWilliams@saverilawfirm.com>; Majoras, John M. <jmmajoras@JonesDay.com>; James Dallal <jdallal@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Deborah Pansby <DPansby@saverilawfirm.com>
**Subject:** RE: Capacitors - Trial Date

All,
    Defendants' position is set forth in the attached joint statement regarding trial date.  Please fill in your portion.  I'd like to get it on file by Monday, if possible.  Thanks.
Eric

Eric P. Enson
**JONES DAY® - One Firm Worldwide℠**
Los Angeles +1.213.243.2304
San Francisco +1.415.963.6994
Mobile +1.310.503.1774

**From:** Enson, Eric P. <epenson@JonesDay.com>
**Sent:** Wednesday, December 11, 2019 7:24 AM
**To:** Anupama Reddy <AReddy@saverilawfirm.com>
**Cc:** Steve Williams <SWilliams@saverilawfirm.com>; Majoras, John M. <jmmajoras@JonesDay.com>; James Dallal <jdallal@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Deborah Pansby <DPansby@saverilawfirm.com>
**Subject:** RE: Capacitors - Trial Date

All,

Defendants agree with the July 27, 2020 trial date. But because Judge Donato requested that the parties provide two proposed trial dates, Defendants plan to inform the court that Defendants can begin trial on any date in July. We will also inform the court that the trial can begin no later than July 27 because of another trial in September. We will draft up a statement and send you a draft. I would like to get it on file this week. Thanks.
Eric

Sent with BlackBerry Work
(www.blackberry.com)

**From:** Anupama Reddy <AReddy@saverilawfirm.com>
**Date:** Friday, Dec 06, 2019, 11:29 AM
**To:** Enson, Eric P. <epenson@JonesDay.com>
**Cc:** Steve Williams <SWilliams@saverilawfirm.com>, Majoras, John M. <jmmajoras@JonesDay.com>, James Dallal <jdallal@saverilawfirm.com>, Joseph Saveri <jsaveri@saverilawfirm.com>, Deborah Pansby <DPansby@saverilawfirm.com>
**Subject:** RE: Capacitors - Trial Date

It might be easier if we have a dial in. Deborah will circulate one shortly. Thanks.

**From:** Enson, Eric P. <epenson@JonesDay.com>
**Sent:** Friday, December 06, 2019 11:27 AM
**To:** Anupama Reddy <AReddy@saverilawfirm.com>
**Cc:** Steve Williams <SWilliams@saverilawfirm.com>; Majoras, John M. <jmmajoras@JonesDay.com>; James Dallal <jdallal@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Deborah Pansby <DPansby@saverilawfirm.com>
**Subject:** RE: Capacitors - Trial Date

Yes.  I will be on my mobile or I can call your office.  Thx.

Eric P. Enson
**JONES DAY® - One Firm Worldwide℠**
Los Angeles +1.213.243.2304
San Francisco +1.415.963.6994
Mobile +1.310.503.1774

**From:** Anupama Reddy <AReddy@saverilawfirm.com>
**Sent:** Friday, December 6, 2019 11:06 AM

**To:** Enson, Eric P. <epenson@JonesDay.com>
**Cc:** Steve Williams <SWilliams@saverilawfirm.com>; Majoras, John M. <jmmajoras@JonesDay.com>; James Dallal <jdallal@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Deborah Pansby <DPansby@saverilawfirm.com>
**Subject:** RE: Capacitors - Trial Date

Hi Eric,

Are you available to speak with us at 4:30 p.m. today?

Thanks,

Anu

**Anupama Konteti Reddy**
*Associate Attorney*
**T** (415) 655-5975



**From:** Enson, Eric P. <epenson@JonesDay.com>
**Sent:** Thursday, December 05, 2019 1:09 PM
**To:** James Dallal <jdallal@saverilawfirm.com>; Joseph Saveri <jsaveri@saverilawfirm.com>; Anupama Reddy <AReddy@saverilawfirm.com>
**Cc:** Steve Williams <SWilliams@saverilawfirm.com>; Majoras, John M. <jmmajoras@JonesDay.com>
**Subject:** RE: Capacitors - Trial Date

All,
    I have now heard back from the defense group.  The conflict that one defendant had in July has been resolved.  So, Defendants would like to begin trial as early as possible in July because we do not know Judge Donato's August schedule and August is generally bad for a lot of people, including jurors.  Can we discuss today or tomorrow to try to address Joe's conflict?  Thanks.
Eric

Eric P. Enson
**JONES DAY® - One Firm Worldwide℠**
Los Angeles +1.213.243.2304
San Francisco +1.415.963.6994
Mobile +1.310.503.1774

**From:** James Dallal <jdallal@saverilawfirm.com>
**Sent:** Monday, November 25, 2019 5:28 PM
**To:** Joseph Saveri <jsaveri@saverilawfirm.com>; Enson, Eric P. <epenson@JonesDay.com>; Anupama Reddy <AReddy@saverilawfirm.com>
**Cc:** Steve Williams <SWilliams@saverilawfirm.com>
**Subject:** RE: Capacitors - Trial Date

Got it. Here goes.

**James**
**T** 415.500.6800 x803

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

# Exhibit 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE CAPACITORS ANTITRUST LITIGATION | Master File No. 3:14-cv-03264-JD<br>MDL No. 2801 |
|---|---|
| This Document Relates To:<br>DIRECT PURCHASER PLAINTIFFS ACTION | **JOINT STATEMENT REGARDING TRIAL DATE** |

1    Pursuant to the Court's November 7, 2019 Civil Minutes (ECF No. 999), the Direct
2    Purchaser Plaintiffs ("DPPs") and undersigned Defendants hereby submit this Joint
3    Statement Regarding Trial Date.

4    **I.    DPPs' Statement.**

5    Based on availability of trial counsel and witnesses, the first available date that the
6    Class is available for trial after June 1, 2020 is July 20, 2020 with an associated pretrial
7    conference date of June 22, 2020. In the alternative, the Class proposes a trial start date of
8    July 27, 2020 with an associated pretrial conference date of June 25, 2020.

9    Regarding trial length, the Class agrees with the Court, as laid out in the November
10   7, 2019 Civil Minutes (ECF No. 999), that trial should not exceed three to four weeks. The
11   Class understands that trial time will be split 50-50 between the plaintiffs and defendants.

12   Accordingly, the Class respectfully requests that the Court set aside three to four
13   weeks to complete trial in this matter.

14   **II.   Defendants' Statement.**

15   Defendants agree to, and prefer, DPPs' proposed trial date of July 20~~7~~, 2020
16   with~~and~~ a corresponding pretrial conference date of June 22~~5~~, 2020.  In the alternative, ~~But~~
17   Defendants agree to DPPs' alternative proposed trial date of ~~are able to begin trial on any~~
18   ~~date in~~ July 27, 2020 with a corresponding pretrial conference date of June 25, 2020~~. if the~~
19   ~~Court prefers an alternate date in July~~.  Defendants, however, respectfully request that trial
20   begin no later than July 27, 2020 because of at least one counsel's September 2020 trial
21   commitment in another matter.

22   Defendants continue to believe that trial will require at least five weeks for several
23   reasons.  First, seven Defendants remain in DPPs' case, some with unique evidence and
24   unique issues that will need to be presented.  Second, Defendants currently estimate that at
25   least fifteen percipient witnesses and seven expert witnesses, which include joint experts as
26   well as experts for individual Defendants, will testify live in Defendants' case.  Third, many
27
28
                                              - 1 -                      JOINT STATEMENT RE TRIAL DATE
                                                                                        MDL. NO. 2801

~~NAI-1510434933v1~~
NAI-1510504963v1

1  of Defendants' percipient witnesses will testify through a translator, which more than
2  doubles the amount of time that these witnesses will be on the stand.
3      A number of recent, similar antitrust trials in this District – each of which involved
4  far fewer defendants – required more or the same amount of time than what Defendants
5  estimate for this matter.  For example, the direct purchaser plaintiff trial in *In re: TFT-LCD*
6  *(Flat Panel) Antitrust Litigation*, 07-md-01827 (N.D. Cal.) (Illston, J.), involving only one
7  defendant, lasted six weeks.  Likewise, the single-plaintiff opt-out trial in *In re: TFT-LCD*
8  *(Flat Panel) Antitrust Litigation*, 07-md-01827 (N.D. Cal.) (Illston, J.), involving two
9  defendants, also ran for six weeks.  And trial in *In re Korean Ramen Antitrust Litigation*,
10 13-cv-4115 (N.D. Cal.) (Orrick, J.), involving only two defendants, lasted five weeks.
11     Accordingly, Defendants respectfully request that the Court set aside at least five
12 weeks to complete trial in this matter.
13 Dated: Dec. 1~~7~~6, 2019

14                    JOSEPH SAVERI LAW FIRM, INC.
                      Joseph R. Saveri
15                    Steven N. Williams
                      James G. Dallal
16                    Kyle P. Quackenbush
                      Anupama K. Reddy
17                    601 California Street, Suite 1000
18                    San Francisco, California 94108

19                    By: _____/s/ Joseph R. Saveri_____
20
21                    Lead Counsel for the Direct Purchaser Class
22
23
24
25
26
27
28
                              - 2 -                    JOINT STATEMENT RE TRIAL DATE
                                                             MDL. NO. 2801

~~NAI-1510434933v1~~
NAI-1510504963v1

1  Dated: Dec. 1~~7~~<ins>6</ins>, 2019

2                                            JONES DAY
Jeffrey A. LeVee
3  Eric P. Enson
Kelly M. Ozurovich
4  555 South Flower Street, 50th Floor
Los Angeles, CA 90071
5  jlevee@jonesday.com
epenson@jonesday.com
6  kozurovich@jonesday.com

7

8  John M. Majoras
51 Louisiana Avenue, N.W.
9  Washington, D.C. 20001-2113
jmmajoras@jonesday.com
10

   By: _____/s/ Eric P. Enson_____
11

12
   Attorneys for Defendants
13 HOLY STONE ENTERPRISE CO, LTD.,
   MILESTONE GLOBAL TECHNOLOGY, INC., and
14 VISHAY POLYTECH CO., LTD.

15 Dated: Dec. 1~~7~~<ins>6</ins>, 2019.

16 MINTZ LEVIN COHN FERRIS GLOVSKY AND
   POPEO P.C.
17 Bruce D. Sokler
   Robert G. Kidwell
18 701 Pennsylvania Avenue NW, Suite 900
   Washington, DC 20004
19 bdsokler@mintz.com
   RGKidwell@mintz.com
20

21 MINTZ LEVIN COHN FERRIS GLOVSKY AND
   POPEO P.C.
22 Evan S. Nadel
   44 Montgomery Street, 36th Floor
23 San Francisco, CA 94104
   enadel@mintz.com
24

25    By: _____/s/ Bruce D. Sokler_____

26

   Attorneys for Defendant
27 AVX CORPORATION

28

                - 3 -                      JOINT STATEMENT RE TRIAL DATE
                                                                 MDL. NO. 2801

~~NAI-1510434933v1~~
<ins>NAI-1510504963v1</ins>

1  Dated:  Dec. 1~~7~~6, 2019.

2
        WILMER CUTLER PICKERING HALE AND DORR LLP
3
        Heather S. Nyong'o
4
        1 Front Street, Suite 3500
        San Francisco, California 94111
5
        Heather.Nyongo@wilmerhale.com

6
        WILMER CUTLER PICKERING HALE AND DORR LLP
7
        Thomas Mueller (*pro hac vice*)
        1875 Pennsylvania Ave NW
8
        Washington, DC 20006
9
        Thomas.Mueller@wilmerhale.com

10
        WILMER CUTLER PICKERING HALE AND DORR LLP
11
        Chris Johnstone
12
        950 Page Mill Road
        Palo Alto, CA 94304
13
        Chris.Johnstone@wilmerhale.com

14
        By: _____/s/ Heather S. Nyong'o_____

15

16
        Attorneys for Defendants
        ELNA CO., LTD. and ELNA AMERICA, INC.

17
  Dated:  Dec. 1~~7~~6, 2019.
18

19
        MORRISON & FOERSTER LLP
        Bonnie Lau
20
        425 Market Street
        San Francisco, CA 94105
21
        blau@mofo.com

22

        By: _____/s/ Bonnie Lau_____
23

24
        Attorneys for Defendants
25
        MATSUO ELECTRIC CO., LTD.

26

27

28
        - 4 -        JOINT STATEMENT RE TRIAL DATE
                              MDL. NO. 2801

~~NAI-1510434933v1~~
NAI-1510504963v1

| | |
|---|---|
| 1 | Dated: Dec. 1~~7~~6, 2019. |
| 2 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 3 | Charles F. Rule |
| 4 | Joseph J. Bial |
| | 2001 K Street, NW |
| 5 | Washington, DC 20006-1047 |
| | rrule@paulweiss.com |
| 6 | jbial@paulweiss.com |
| 7 | |
| | KAUFHOLD GASKIN LLP |
| 8 | Steven Shea Kaufhold |
| | 388 Market St, Suite 1300 |
| 9 | San Francisco, CA 94111 |
| | skaufhold@kaufholdgaskin.com |
| 10 | |
| 11 | By: _____/s/ Joseph J. Bial_____ |
| 12 | |
| | Attorneys for Defendants |
| 13 | NIPPON CHEMI-CON CORPORATION and UNITED CHEMI-CON, INC. |
| 14 | Dated: Dec. 1~~7~~6, 2019. |
| 15 | DENTONS US LLP |
| | Gaspare J. Bono |
| 16 | Claire Maddox |
| 17 | Leslie Barry |
| | 1900 K Street, NW |
| 18 | Washington, DC 20006 |
| | Email: gap.bono@dentons.com |
| 19 | claire.maddox@dentons.com |
| | leslie.barry@dentons.com |
| 20 | |
| 21 | DENTONS US LLP |
| | Andrew S. Azarmi |
| 22 | One Market Plaza, Spear Tower, 24th Floor |
| | San Francisco, California 94105 |
| 23 | Email: andrew.azarmi@dentons.com |
| 24 | By: _____/s/ Gaspare J. Bono_____ |
| 25 | |
| 26 | Attorneys for Defendants |
| | SHINYEI KAISHA, SHINYEI TECHNOLOGY CO., |
| 27 | LTD., SHINYEI CAPACITOR CO., LTD. and |
| 28 | SHINYEI CORPORATION OF AMERICA, INC. |

- 5 - JOINT STATEMENT RE TRIAL DATE
MDL. NO. 2801

~~NAI-1510434933v1~~
NAI-1510504963v1

| | |
|---|---|
| 1 | |
| 2 | Dated:  Dec. 1~~7~~6, 2019. |
| 3 | BONA LAW PC<br>Jarod M. Bona |
| 4 | Aaron R. Gott<br>4275 Executive Square, Suite 200 |
| 5 | La Jolla, CA 92037<br>Email: jarod.bona@bonalawpc.com |
| 6 | aaron.gott@bonalawpc.com |
| 7 | By:  _____*/s/ Jarod M. Bona*_____ |
| 8 | |
| 9 | Attorneys for Defendants<br>TAITSU CORPORATION and TAITSU AMERICA, |
| 10 | INC. |

- 6 -          JOINT STATEMENT RE TRIAL DATE
                             MDL. NO. 2801

~~NAI-1510434933v1~~
NAI-1510504963v1