UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO THE DIRECT PURCHASER CLASS ACTION | Master File No. 3:14-cv-03264-JD<br><br>MDL Case No. 3:17-md-02801-JD<br><br>**JOINT PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS**<br><br>Date:        March 2, 2020<br>Time:       9:00 a.m.<br>Courtroom: 11, 19th Floor<br>Judge:      Hon. James Donato |
|---|---|

Pursuant to the Court's Standing Order and the Court's trial setting Order, ECF No. 1037, the parties respectfully submit the following Joint Proposed Jury Instructions and Verdict Forms, attached hereto as Exhibits 1 and 2.

Dated: January 21, 2020              /s/Joseph R. Saveri

　　　　　　　　　　　　　　　　　　Joseph R. Saveri
　　　　　　　　　　　　　　　　　　Steven N. Williams
　　　　　　　　　　　　　　　　　　James G. Dallal
　　　　　　　　　　　　　　　　　　Anupama K. Reddy
　　　　　　　　　　　　　　　　　　Christopher K.L. Young
　　　　　　　　　　　　　　　　　　**JOSEPH SAVERI LAW FIRM, INC.**
　　　　　　　　　　　　　　　　　　601 California Street, Suite 1000
　　　　　　　　　　　　　　　　　　San Francisco, California 94108

　　　　　　　　　　　　　　　　　　*Lead Counsel for the Direct Purchaser Class*

Dated: January 21, 2020              /s/ Jeffrey A. LeVee

　　　　　　　　　　　　　　　　　　Jeffrey A. LeVee
　　　　　　　　　　　　　　　　　　Eric P. Enson
　　　　　　　　　　　　　　　　　　Kelly M. Ozurovich
　　　　　　　　　　　　　　　　　　**JONES DAY**
　　　　　　　　　　　　　　　　　　555 South Flower Street, 50th Floor
　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071

　　　　　　　　　　　　　　　　　　*Counsel for Defendants Holy Stone Enterprise Co, Ltd., Holystone International, Milestone Global Technology, Inc., and Vishay Polytech Co., Ltd.*

| | | |
|---|---|---|
| 1 | Dated: January 21, 2020 | /s/ Bruce D. Sokler |

Bruce D. Sokler
Robert G. Kidwell
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
701 Pennsylvania Avenue NW, Suite 900
Washington, DC 20004

Evan S. Nadel
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
44 Montgomery Street, 36th Floor
San Francisco, CA 94104

*Counsel for Defendant AVX Corporation*

Dated: January 21, 2020           /s/ Heather S. Nyong'o

Heather S. Nyong'o (CA SBN 222202)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1 Front Street, Suite 3500
San Francisco, California 94111
heather.nyongo@wilmerhale.com

Thomas Mueller (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, DC 20006
thomas.mueller@wilmerhale.com

Chris Johnstone (CA SBN 242152)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
950 Page Mill Road
Palo Alto, CA 94304
chris.johnstone@wilmerhale.com
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Counsel for Defendants Elna Co., Ltd. and Elna America, Inc.*

| | | |
|---|---|---|
| 1 | Dated: January 21, 2020 | */s/ Charles F. Rule* |
| | | Charles F. Rule |
| | | Joseph J. Bial |
| | | Daniel J. Howley |
| | | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| | | 2001 K Street, NW |
| | | Washington, DC 20006-1047 |
| | | |
| | | Steven Shea Kaufhold |
| | | **KAUFHOLD GASKIN LLP** |
| | | 388 Market St, Suite 1300 |
| | | San Francisco, CA 94111 |
| | | |
| | | *Counsel for Defendants Nippon Chemi-Con Corporation and United Chemi-Con, Inc.* |
| 11 | Dated: January 21, 2020 | */s/ Bonnie Lau* |
| | | |
| | | Bonnie Lau (State Bar No. 246188) |
| | | blau@mofo.com |
| | | Stephen Kam (State Bar No. 327576) |
| | | stephenkam@mofo.com |
| | | **MORRISON & FOERSTER LLP** |
| | | 425 Market Street |
| | | San Francisco, California 94105-2482 |
| | | Telephone: (415) 268-7000 |
| | | Facsimile: (415) 268-7522 |
| | | |
| | | *Counsel for Defendant Matsuo Electric Co., Ltd.* |

Master File No. 3:14-cv-03264-JD
MDL Case No. 3:17-md-02801-JD

3

JOINT PRETRIAL STATEMENT

| | | |
|---|---|---|
| 1 | Dated: January 21, 2020 | /s/ Gaspare J. Bono |
| 2 | | Gaspare J. Bono |
| | | Claire Maddox |
| 3 | | Leslie Barry |
| 4 | | **DENTONS US LLP** |
| | | 1900 K Street, NW |
| 5 | | Washington, DC 20006 |

Andrew S. Azarmi
**DENTONS US LLP**
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105

*Counsel for Defendants Shinyei Kaisha,
Shinyei Technology Co., Ltd.,
Shinyei Capacitor Co., Ltd. and
Shinyei Corporation of America*

Dated: January 21, 2020     /s/ Jarod M. Bona

Jarod M. Bona
Aaron R. Gott
**BONA LAW PC**
4275 Executive Square, Suite 200
La Jolla, CA 92037

*Counsel for Defendants Taitsu Corporation
and Taitsu America, Inc.*

Pursuant to Civil Local Rule 5.1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  January 21, 2020     /s/ Joseph R. Saveri
                              Joseph R. Saveri