Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Joshua P. Davis (State Bar No. 193254)
James G. Dallal (State Bar No. 277826)
Anupama K. Reddy (State Bar No. 324873)
Christopher K.L. Young (State Bar No. 318371)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:    jsaveri@saverilawfirm.com
          swilliams@saverilawfirm.com
          jdavis@saverilawfirm.com
          jdallal@saverilawfirm.com
          areddy@saverilawfirm.com
          cyoung@saverilawfirm.com

*Class Counsel for Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>THE DIRECT PURCHASER CLASS ACTIONS | Master File No. 3:17-md-02801-JD<br>Case No. 3:14-cv-03264-JD<br><br>**DECLARATION OF STEVEN N. WILLIAMS IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**<br><br>Date:       February 13, 2020<br>Time:       1:30 PM<br>Judge:      Honorable James Donato<br>Courtroom:  11, 19th Floor |

I, Steven N. Williams, declare as follows:

1. I am counsel for Direct Purchaser Plaintiffs in this matter. I make this declaration in support of the Direct Purchaser Class's Request for Judicial Notice. If called as a witness, I could and would testify to the following based on my personal knowledge. I make this declaration pursuant to 28 U.S.C. § 1746.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Plea Agreement of settled Defendant Elna Co., Ltd. in *U.S. v. Elna Co., Ltd.*, No. 4:16-cr-00365-JD (CAND), Dkt. No. 40, filed on October 12, 2017. This Plea Agreement was previously filed in Master Docket No. 3:17-md-02801-JD (Dkt. No. 651-11).

3. Attached hereto as **Exhibit B** is a true and correct copy of the Judgment in a Criminal Case in *U.S. v. Elna Co., Ltd.*, No. 4:16-cr-00365-JD (CAND), Dkt. No. 59, filed on February 12, 2018.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Plea Agreement of settled Defendant Nichicon Corporation in *U.S. v. Nichicon Corporation,* No. 17-cr-00368-JD (CAND), Dkt. No. 19, filed on November 9, 2017. This Plea Agreement was previously filed in Master Docket No. 3:17-md-02801-JD (Dkt. No. 651-12).

5. Attached hereto as **Exhibit D** is a true and correct copy of the Judgment in a Criminal Case in *U.S. v. Nichicon Corporation,* No. 17-cr-00368-JD (CAND), Dkt. No. 41, filed on April 24, 2018.

6. Attached hereto as **Exhibit E** is a true and correct copy of the Plea Agreement of settled Defendant Rubycon Corporation in *U.S. v. Rubycon Corp.*, No. 4:16-cr-00367-JD (CAND), entered on October 12, 2016. This Plea Agreement was previously filed in Master Docket No. 3:17-md-02801-JD (Dkt. No. 651-13).

7. Attached hereto as **Exhibit F** is a true and correct copy of the Judgment in a Criminal Case in *U.S. v. Rubycon Corp.*, No. 4:16-cr-00367-JD (CAND), Dkt. No. 38, filed on February 3, 2017.

8. Attached hereto as **Exhibit G** is a true and correct copy of the Plea Agreement of current Defendant Nippon Chemi-Con Corporation in *U.S. v. Nippon Chemi-Con Corporation*, No. 4:17-cr-00540-JD (CAND), Dkt. No. 54, filed on May 31, 2018. This Plea Agreement was previously filed in Master Docket No. 3:17-md-02801-JD (Dkt. No. 651-14).

9. Attached hereto as **Exhibit H** is a true and correct copy of the Judgment in a Criminal Case in *U.S. v. Nippon Chemi-Con Corporation*, No. 4:17-cr-00540-JD (CAND), Dkt. No. 85, filed October 24, 2018.

10. Attached hereto as **Exhibit I** is a true and correct copy of the Plea Agreement of settled Defendant Hitachi Chemical Co., Ltd. in *U.S. v. Hitachi Chemical Co., Ltd.*, No. 4:16-cr-00180-JD (CAND), Dkt. No. 22, filed 06/10/16. This Plea Agreement was previously filed in Master Docket No. 3:17-md-02801-JD (Dkt. No. 676-4).

11. Attached hereto as **Exhibit J** is a true and correct copy of the Judgment in a Criminal Case in *U.S. v. Hitachi Chemical Co., Ltd.*, No. 4:16-cr-00180-JD (CAND), Dkt. No. 31, filed July 12, 2016.

12. Attached hereto as **Exhibit K** is a true and correct copy of the Plea Agreement of settled Defendant NEC TOKIN Corporation in *U.S. v. NEC TOKIN Corporation*, No. 3:15-cr-00426-JD, Dkt. No. 9-1, filed on January 5, 2016. This Plea Agreement was previously filed in Master Docket No. 3:17-md-02801-JD (Dkt. No. 679-3).

13. Attached hereto as **Exhibit L** is a true and correct copy of the Judgment in a Criminal Case in *U.S. v. NEC TOKIN Corporation*, No. 3:15-cr-00426-JD, Dkt. No. 20, filed January 25, 2016.

14. Attached hereto as **Exhibit M** is a true and correct copy of the Plea Agreement of current Defendant Holy Stone Holdings Co., Ltd. in *U.S. v. Holy Stone Holdings Co.*, Ltd., No. 4:16-cr-00366-JD, Dkt. No. 34, filed on October 12, 2017. This Plea Agreement was previously filed in Master Docket No. 3:17-md-02801-JD (Dkt. No. 679-3).

15. Attached hereto as **Exhibit N** is a true and correct copy of the Judgment in a Criminal Case in *U.S. v. Holy Stone Holdings Co.*, Ltd., No. 4:16-cr-00366-JD, Dkt. No. 52, filed February 12, 2018.

16. Attached hereto as **Exhibit O** is a true and correct copy of the Plea Agreement of current Defendant Matsuo Electric Company Limited in *U.S. v. Matsuo Electric Co. Ltd.*, No. 4:17-cr-00073-JD, Dkt. No. 35, filed on October 26, 2017. This Plea Agreement was previously filed in Master Docket No. 3:17-md-02801-JD (Dkt. No. 679-3).

2

Master File No. 3:17-md-02801-JD
Case No. 3:14-cv-03264-JD
DECLARATION OF STEVEN N. WILLIAMS IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE

17. Attached hereto as **Exhibit P** is a true and correct copy of the Judgment in a Criminal Case in *U.S. v. Matsuo Electric Co. Ltd.*, No. 4:17-cr-00073-JD, Dkt. No. 108, filed August 10, 2018.

18. Attached hereto as **Exhibit Q** is a true and correct copy of the Plea Agreement of Satoshi Okubo in *U.S. v. Satoshi Okubo*, No. 4:17-cr-00074-JD, Dkt. No. 10-2, filed April 11, 2017.

19. Attached hereto as **Exhibit R** is a true and correct copy of the Judgment in a Criminal Case in *U.S. v. Satoshi Okubo*, No. 4:17-cr-00074-JD, Dkt. No. 29, filed May 23, 2017.

20. Attached hereto as **Exhibit S** is a true and correct copy of the Plea Agreement of Tokuo Tatai in *U.S. v. Isawa et al.*, No. 15-CR-0163-JD, Dkt. No. 17, filed June 27, 2018.

21. Attached hereto as **Exhibit T** is a true and correct copy of the Judgment in a Criminal Case in *U.S. v. Isawa et al.*, No. 15-CR-0163-JD, Dkt. No. 31, filed October 24, 2018.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on February 6, 2020 at San Francisco, California.

                                */s/ Steven N. Williams*
                                  Steven N. Williams