UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | MDL Case No. 17-md-02801-JD <br><br> Case No. 14-cv-03264-JD <br><br> **PROPOSED VOIR DIRE** |

The Court will ask these voir dire questions based on the parties' proposed questions and the Court's practice. They are in addition to the standard background questions asked of each prospective juror. The parties are directed to file a joint list of the witnesses to be used for Question 3 by February 25, 2020. Any objections or concerns to the proposed voir dire will be taken up at the final pretrial conference on February 27, 2020.

**IT IS SO ORDERED.**

Dated: February 13, 2020

JAMES DONATO
United States District Judge

# VOIR DIRE QUESTIONS

1. Counsel for the plaintiffs will introduce themselves and their clients.
   a. Do you know any of the attorneys?
   b. Are you personally acquainted with an officer, director, or employee of any of those companies?
   c. Have you or anyone close to you had any financial dealings with any of those companies, including stock ownership?
2. Counsel for the defendants will introduce themselves and their clients.
   a. Do you know any of the attorneys?
   b. Are you personally acquainted with an officer, director, or employee of any of those companies?
   c. Have you or anyone close to you had any financial dealings with any of those companies, including stock ownership?
3. Here is a list of potential witness who may testify at trial. Do you know any of these people?
4. Do you have any education, training, or experience in the production or distribution of electronic products or devices?
5. Have you or anyone close to you ever worked in the capacitors industry?
6. Have you or anyone close to you ever been a member of a trade association?
7. Do you have any education, training, or experience in antitrust law?
8. Do you have any strong positive or negative opinions about antitrust law?
9. Have you or anyone close to you ever been involved in an antitrust investigation or enforcement action by a United States or overseas government entity?
10. Have you or anyone close to you ever been involved in any way with an antitrust matter or dispute?
11. Do you believe it is wrong for one company to sue another over antitrust issues?
12. Do you have any strong positive or negative opinions about class action lawsuits?
13. Have you or anyone close to you ever worked for a Japanese company?

14. Do you have any strong positive or negative opinions about Japanese companies?
15. Do you speak or read Japanese?
16. Have you or anyone close to you ever worked for the United States Department of Justice?
17. Have you or anyone close to you ever had any interaction with the United States Department of Justice?
18. Do you have any strong positive or negative opinions about the United States Department of Justice?
19. Have you or anyone close to you ever worked in any way in the criminal justice system?
20. Have you or anyone close to you ever appeared in court as a plaintiff or defendant, a witness, an expert, or a victim?
21. Have you read or heard anything about this case other than what you've heard here today?
22. Do you have any difficulty understanding English, or reading documents in English?
23. Is there anything I have not asked you about that you believe could affect your ability to be a fair and impartial juror?