Charles F. Rule (admitted *pro hac vice*)
Joseph J. Bial (admitted *pro hac vice*)
Eric R. Sega (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
rrule@paulweiss.com
jbial@paulweiss.com
esega@paulweiss.com

Roberto Finzi (admitted *pro hac vice*)
Farrah R. Berse (admitted *pro hac vice*)
Johan E. Tatoy (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
rfinzi@paulweiss.com
fberse@paulweiss.com
jtatoy@paulweiss.com

*Counsel for Defendant United Chemi-Con, Inc.*

Steven Kaufhold (SBN 157195)
KAUFHOLD GASKIN LLP
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone:  (415) 445-4621
Facsimile:  (415) 874-1071
skaufhold@kaufholdgaskin.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CAPACITORS ANTITRUST LITIGATION**<br><br>All Direct Purchaser Actions,<br>Case No. 3:14-cv-03264-JD | **UNITED CHEMI-CON, INC.'S PETITION FOR DISCLOSURE OF ▇▇▇▇▇▇▇ GRAND JURY TESTIMONY AND EXHIBITS**<br><br>Master Docket No.: 3:17-md-2801-JD<br><br>Date to Be Set by the Court<br>Time to Be Set by the Court<br>Courtroom 11<br>Hon. James Donato<br><br>Case Nos.: 3:14-cv-03264-JD |









UCC'S PETITION FOR DISCL. OF ⬛⬛⬛'S GJ TESTIMONY AND EXHIBITS
CASE NOS. 3:14-cv-03264-JD; 3:17-md-02801-JD
4

1

Dated:  February 14, 2020

2

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**

3

4

By:  /s/ Joseph J. Bial

5

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

6

Charles F. Rule (admitted *pro hac vice*)
Joseph J. Bial (admitted *pro hac vice*)

7

Eric R. Sega (admitted *pro hac vice*)

8

2001 K Street, NW
Washington, DC 20006

9

Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420

10

rrule@paulweiss.com
jbial@paulweiss.com

11

esega@paulweiss.com

12

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

13

Roberto Finzi (admitted *pro hac vice*)

14

Farrah R. Berse (admitted *pro hac vice*)
Johan E. Tatoy (admitted *pro hac vice*)

15

1285 Avenue of the Americas

16

New York, NY 10019
Telephone:  (212) 373-3000

17

Facsimile:  (212) 757-3990
rfinzi@paulweiss.com

18

fberse@paulweiss.com
jtatoy@paulweiss.com

19

20

KAUFHOLD GASKIN LLP
Steven Kaufhold (SBN 157195)

21

388 Market Street, Suite 1300
San Francisco, CA 94111

22

Telephone:  (415) 445-4621
Facsimile:  (415) 874-1071

23

skaufhold@kaufholdgaskin.com

24

*Counsel for Defendant United Chemi-Con, Inc.*

25

26

27

28

UCC'S PETITION FOR DISCL. OF ██████'S GJ TESTIMONY AND EXHIBITS
CASE NOS. 3:14-cv-03264-JD; 3:17-md-02801-JD

5