Daniel W. Fox (SBN 268757)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
daniel.fox@klgates.com

Michael E. Martinez (admitted *pro hac vice*)
Scott M. Mendel (admitted *pro hac vice*)
Steven M. Kowal (admitted *pro hac vice*)
Lauren N. Donahue (admitted *pro hac vice*)
Brian J. Smith (admitted *pro hac vice*)
**K&L GATES LLP**
70 West Madison Street, Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000
michael.martinez@klgates.com
scott.mendel@klgates.com
steven.kowal@klgates.com
lauren.donahue@klgates.com
brian.j.smith@klgates.com

*Counsel for Defendants*
*Nichicon (America) Corporation*
*Nichicon Corporation*

[COUNSEL FOR DIRECT PURCHASER PLAINTIFFS AND RUBYCON DEFENDANTS LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE CAPACITORS ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>*Direct Purchaser Plaintiffs Action,* 14-cv-03264-JD | Master File No. 2-17-md-02801-JD<br>Civil Action No. 3:14-cv-03264-JD<br><br>**DIRECT PURCHASER PLAINTIFFS AND NICHICON AND RUBYCON DEFENDANTS' LOCAL RULE 7-13 NOTICE REGARDING SUBMITTED PROPOSED ORDERS FOR FINAL APPROVAL OF SETTLEMENT AND FINAL JUDGMENT OF DISMISSAL** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 1, 2019, Direct Purchaser Plaintiffs ("Direct Purchaser Plaintiffs" or "DPPs") filed a Motion for Final Approval of Class Action Settlement with Defendants Nichicon[1] and Rubycon[2]. ECF No. 497. On May 6, 2019, DPPs filed a Reply in Further Support of Motion for Final Approval of Proposed Settlements with Defendants Nichicon and Rubycon. ECF No. 568. In their Reply, DPPs informed the Court that there were no objections to the settlements (ECF No. 568 at 4:10) and presented three proposed orders to the Court: (1) Proposed Order Granting Class Action Settlements with Nichicon and Rubycon Defendants (ECF No. 568-2); (2) Proposed Final Judgment of Dismissal with Prejudice as to Defendants Rubycon Corporation and Rubycon America Inc. (ECF No. 568-3); and (3) Proposed Final Judgment of Dismissal with Prejudice as to Defendants Nichicon Corporation and Nichicon (America) Corporation (ECF No. 568-4). On May 16, 2019, DPPs presented their Motion for Final Approval to the Court, and the Court granted the motion, stating that it would issue a written order. Minute Entry at ECF No. 597 ("Final approval is granted and the Court will issue a written order.") To date, the Court has not issued the written orders.

On March 1, 2019, DPPs filed a Motion for Attorneys' Fees and Reimbursement of Expenses in connection with DPPs' class action settlements with the Nichicon and Rubycon Defendants. ECF No. 498. On December 16, 2019, the Court granted DPPs' Motion for Attorneys' Fees and Reimbursement of Expenses and approved an award of $27,000,000 in attorneys' fees and $1,997,809.74 for the reimbursement of reasonably incurred litigation expenses. ECF No. 1036.

Pursuant to Local Rule 7-13, DPPs, Defendants Nichicon Corporation, Nichicon (America) Corporation, Rubycon Corporation and Rubycon America Inc. respectfully provide this notice to the Court that the following previously submitted proposed orders have been under submission for more than 120 days: (1) Proposed Order Granting Class Action Settlements with Nichicon and Rubycon Defendants (ECF No. 568-2), (2) Proposed Final Judgment of Dismissal with Prejudice as to

---

[1] Nichicon referred to both Nichicon Corporation and Nichicon (America) Corporation.
[2] Rubycon referred to both Rubycon Corporation and Rubycon America Inc.

1

Case Nos. 17-md-02801-JD, 3:14-cv-03264-JD
LOCAL RULE 7-13 NOTICE REGARDING SUBMITTED PROPOSED ORDERS FOR FINAL APPROVAL OF SETTLEMENT AND FINAL JUDGMENT OF DISMISSAL PURSUANT TO SETTLEMENT

1  Defendants Rubycon Corporation and Rubycon America Inc. (ECF No. 568-3), and (3) Proposed
2  Final Judgment of Dismissal with Prejudice as to Defendants Nichicon Corporation and Nichicon
3  (America) Corporation (ECF No. 568-4).  The Court orally granted DPPs' Motion for Final
4  Approval of Settlements with Defendants Nichicon and Rubycon on May 16, 2019 (ECF No. 597),
5  and therefore the parties respectfully request the Court to enter the written orders for final approval
6  of settlement and final judgments of dismissal as to Defendants Nichicon and Rubycon.  DPPs do
7  not object to the entry of these written orders.

Respectfully Submitted,

Dated: February 20, 2020

*/s/ Michael E. Martinez*
Michael E. Martinez (admitted *pro hac vice*)
Scott M. Mendel (admitted *pro hac vice*)
Steven M. Kowal (admitted *pro hac vice*)
Lauren N. Donahue (admitted *pro hac vice*)
Brian J. Smith (admitted *pro hac vice*)
**K&L GATES LLP**
70 West Madison Street, Suite 3100
Chicago, IL  60602
Telephone:  (312) 372-1121
Facsimile:  (312) 827-8000
scott.mendel@klgates.com
steven.kowal@klgates.com
michael.martinez@klgates.com
lauren.donahue@klgates.com
brian.j.smith@klgates.com

Daniel W. Fox (SBN 268757)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA  94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
daniel.fox@klgates.com

Philip Van Der Weele (admitted *pro hac vice*)
**K&L GATES LLP**
One SW Columbia Street, Suite 1900
Portland, OR 97258
Telephone: (503) 228-3200
Facsimile: (503) 553-6227
phil.vanderweele@klgates.com

*Counsel for Defendants*
*Nichicon (America) Corporation*
*Nichicon Corporation*

2

Case Nos. 17-md-02801-JD, 3:14-cv-03264-JD
LOCAL RULE 7-13 NOTICE REGARDING SUBMITTED PROPOSED ORDERS FOR FINAL APPROVAL OF SETTLEMENT AND FINAL JUDGMENT OF DISMISSAL PURSUANT TO SETTLEMENT

|    |    |
|----|----|
| 1  | SHEARMAN & STERLING LLP |
| 2  | */s/ Djordje Petkoski* |
| 3  | Djordje Petkoski (admitted *pro hac vice*) |
|    | Shearman & Sterling LLP |
| 4  | 401 9th St. NW |
|    | Washington, DC 20004 |
| 5  | Telephone: 202.508.8000 |
|    | Facsimile: 202.508.8100 |
| 6  | djordje.petkoski@shearman.com |
| 7  |    |
|    | John Cove (SBN 212213) |
| 8  | Shearman & Sterling LLP |
|    | 535 Mission Street, 25th Floor |
| 9  | San Francisco, CA 94105-2997 |
|    | Telephone: 415.616.1100 |
| 10 | Facsimile: 415.616.1199 |
| 11 | john.cove@shearman.com |
| 12 | *Attorneys for Defendants Rubycon Corporation and Rubycon America Inc.* |
| 13 |    |
| 14 | JOSEPH SAVERI LAW FIRM, INC. |
| 15 | *By: /s/ Joseph R. Saveri* |
| 16 | Joseph R. Saveri (State Bar No. 130064) |
|    | Steven N. Williams (State Bar No. 175489) |
| 17 | James G. Dallal (State Bar No. 277826) |
|    | Anupama K. Reddy (State Bar No. 324873) |
| 18 | Christopher K.L. Young (State Bar No. 318371) |
| 19 | JOSEPH SAVERI LAW FIRM, INC. |
|    | 601 California Street, Suite 1000 |
| 20 | San Francisco, California 94108 |
|    | Telephone: (415) 500-6800 |
| 21 | Facsimile: (415) 395-9940 |
| 22 |    |
|    | *Lead Counsel for Direct Purchaser Plaintiff Class* |
| 23 |    |
| 24 |    |
| 25 |    |
| 26 |    |
| 27 |    |
| 28 |    |

3

Case Nos. 17-md-02801-JD, 3:14-cv-03264-JD
LOCAL RULE 7-13 NOTICE REGARDING SUBMITTED PROPOSED ORDERS FOR FINAL APPROVAL OF SETTLEMENT AND FINAL JUDGMENT OF DISMISSAL PURSUANT TO SETTLEMENT

**ATTESTATION STATEMENT**

Pursuant to Civil L.R. 5-1(i)(3), I attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 20, 2020

                                                  */s/ Michael E. Martinez*
                                                Michael E. Martinez (admitted *pro hac vice*)

4

Case Nos. 17-md-02801-JD, 3:14-cv-03264-JD
LOCAL RULE 7-13 NOTICE REGARDING SUBMITTED PROPOSED ORDERS FOR FINAL APPROVAL OF SETTLEMENT AND FINAL JUDGMENT OF DISMISSAL PURSUANT TO SETTLEMENT