Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Joshua P. Davis (State Bar No. 193254)
James G. Dallal (State Bar No. 277826)
Anupama K. Reddy (State Bar No. 324873)
Christopher K.L. Young (State Bar No. 318371)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:    jsaveri@saverilawfirm.com
          swilliams@saverilawfirm.com
          jdavis@saverilawfirm.com
          jdallal@saverilawfirm.com
          areddy@saverilawfirm.com
          cyoung@saverilawfirm.com

*Counsel for Direct Purchaser Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>THE DIRECT PURCHASER CLASS ACTIONS | Master File No. 3:17-md-02801-JD<br>Case No. 3:14-cv-03264-JD<br><br>**DIRECT PURCHASER CLASS'S OPPOSITION TO NCC'S MOTION TO (I) ALLOW UCHIYAMA TO TESTIFY SUBSTANTIVELY AND (II) PRECLUDE EVIDENCE OF HIS PRIOR FIFTH AMENDMENT INVOCATION**<br><br>Date:      tbd<br>Time:      tbd<br>Judge:     Honorable James Donato<br>Courtroom: 11, 19th Floor |

Master File No. 3:17-md-02801-JD
Case No. 3:14-cv-03264-JD

DPC'S OPPOSITION TO NCC'S MOTION TO ALLOW UCHIYAMA TO (I) TESTIFY SUBSTANTIVELY AND
(II) PRECLUDE EVIDENCE OF HIS PRIOR FIFTH AMENDMENT INVOCATION

The trial of this matter begins on March 2, 2020. NCC's motion comes far too late. The Court's prior order allowing revocations of fifth amendment invocations was entered on January 15, 2020. Since then, the undersigned has spent eight days in depositions of revokers, with two more days of depositions this week. NCC could have brought this motion a long time ago. When NCC first raised this issue, it was immediately told that the Class did not agree and that NCC would have to seek an order for this relief. Why NCC chose to wait until now is known only by NCC, but it is too late now to slot in more depositions of fifth amendment invokers/revokers. Federal Rule of Civil Procedure 1; Federal Rule of Civil Procedure 16.

Dated: February 25, 2020

Respectfully Submitted,

JOSEPH SAVERI LAW FIRM, INC.

By:    */s/ Steven N. Williams*
      Steven N. Williams

Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Joshua P. Davis (State Bar No. 193254)
James G. Dallal (State Bar No. 277826)
Anupama K. Reddy (State Bar No. 324873)
Christopher K.L. Young (State Bar No. 318371)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940

*Counsel for Direct Purchaser Class*

Master File No. 3:17-md-02801-JD
Case No. 3:14-cv-03264-JD

1

DPC's Opposition to NCC's Motion to Allow Uchiyama to (i) testify substantively and (ii) preclude evidence of his Prior Fifth Amendment Invocation