Charles F. Rule (admitted *pro hac vice*)
Joseph J. Bial (admitted *pro hac vice*)
Eric R. Sega (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
rrule@paulweiss.com
jbial@paulweiss.com
esega@paulweiss.com

Roberto Finzi (admitted *pro hac vice*)
Farrah R. Berse (admitted *pro hac vice*)
Johan E. Tatoy (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
rfinzi@paulweiss.com
fberse@paulweiss.com
jtatoy@paulweiss.com

Steven Kaufhold (SBN 157195)
KAUFHOLD GASKIN LLP
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 445-4621
Facsimile: (415) 874-1071
skaufhold@kaufholdgaskin.com

*Counsel for Defendants Nippon Chemi-Con Corp. and United Chemi-Con, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE CAPACITORS ANTITRUST LITIGATION*<br><br>**THIS DOCUMENT RELATES TO:**<br><br>Direct Purchaser Plaintiffs Action,<br>Case No. 14-cv-03264-JD | MDL Case No. 17-md-02801-JD<br><br>Case No. 14-cv-03264-JD<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO BRING EQUIPMENT INTO COURTHOUSE FOR TRIAL** |

In accordance with Civil L.R. 7-11, Defendants' submit this administrative motion requesting permission to bring the following equipment into the courtroom (a) for testing on Thursday, February 27, 2020 at or after 11:00 a.m. and (b) for the duration of trial, commencing Monday, March 2, 2020 at 9:00 a.m.:

1. Laptops
2. Display monitor

3. Data, audio, video and power cables

4. VGA/HDMI switch and distribution amp

5. Printer

6. Tech table

7. Gaffers tape

8. Speakers

9. Laser Pointers

10. WiFi Hotspots

Respectfully submitted,

By: _____ /s/ Joseph J. Bial _____

Dated:  Feb. 25, 2020

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Charles F. Rule
Joseph J. Bial
2001 K Street, NW
Washington, DC 20006-1047
rrule@paulweiss.com
jbial@paulweiss.com

KAUFHOLD GASKIN LLP
Steven Shea Kaufhold
388 Market St, Suite 1300
San Francisco, CA 94111
skaufhold@kaufholdgaskin.com

Attorneys for Defendants
NIPPON CHEMI-CON CORPORATION and UNITED CHEMI-CON, INC.

Dated: Feb. 25, 2020

JONES DAY
Jeffrey A. LeVee
Eric P. Enson
Kelly M. Ozurovich
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
jlevee@jonesday.com
epenson@jonesday.com
kozurovich@jonesday.com

John M. Majoras
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
jmmajoras@jonesday.com

By: *\/s/ Eric P. Enson*

Attorneys for Defendants
HOLY STONE ENTERPRISE CO, LTD.,
MILESTONE GLOBAL TECHNOLOGY, INC., and
VISHAY POLYTECH CO., LTD.

Dated: Feb. 25, 2020

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
Bruce D. Sokler
Robert G. Kidwell
701 Pennsylvania Avenue NW, Suite 900
Washington, DC 20004
bdsokler@mintz.com
RGKidwell@mintz.com

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
Evan S. Nadel
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
enadel@mintz.com

By: */s/ Bruce D. Sokler*

Attorneys for Defendant
AVX CORPORATION

Dated: Feb. 25, 2020

    WILMER CUTLER PICKERING HALE AND DORR LLP
Heather S. Nyong'o
1 Front Street, Suite 3500
San Francisco, California 94111
Heather.Nyongo@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR LLP
Thomas Mueller (*pro hac vice*)
1875 Pennsylvania Ave NW
Washington, DC 20006
Thomas.Mueller@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR LLP
Chris Johnstone
950 Page Mill Road
Palo Alto, CA 94304
Chris.Johnstone@wilmerhale.com

By: _____*/s/ Heather S. Nyong'o*_____

Attorneys for Defendants
ELNA CO., LTD. and ELNA AMERICA, INC.

Dated: Feb. 25, 2020

MORRISON & FOERSTER LLP
Bonnie Lau
425 Market Street
San Francisco, CA 94105
blau@mofo.com

By: _____*/s/ Bonnie Lau*_____

Attorneys for Defendants
MATSUO ELECTRIC CO., LTD.

Case No. 14-cv-03264-JD     4     DEFENDANTS' ADMINISTRATIVE MOTION TO BRING EQUIPMENT INTO COURTHOUSE

Dated:  Feb. 25, 2020

        DENTONS US LLP
        Gaspare J. Bono
        Claire Maddox
        Leslie Barry
        1900 K Street, NW
        Washington, DC 20006
        Email: gap.bono@dentons.com
        claire.maddox@dentons.com
        leslie.barry@dentons.com

        DENTONS US LLP
        Andrew S. Azarmi
        One Market Plaza, Spear Tower, 24th Floor
        San Francisco, California 94105
        Email: andrew.azarmi@dentons.com

        By:  _____*/s/ Gaspare J. Bono*_____

Attorneys for Defendants
SHINYEI KAISHA, SHINYEI TECHNOLOGY CO., LTD., SHINYEI CAPACITOR CO., LTD. and SHINYEI CORPORATION OF AMERICA, INC.

Dated:  Feb. 25, 2020

        BONA LAW PC
        Jarod M. Bona
        Aaron R. Gott
        4275 Executive Square, Suite 200
        La Jolla, CA 92037
        Email: jarod.bona@bonalawpc.com
        aaron.gott@bonalawpc.com

        By:  _____*/s/ Jarod M. Bona*_____

Attorneys for Defendants
TAITSU CORPORATION and TAITSU AMERICA, INC.