Charles F. Rule (admitted *pro hac vice*)
Joseph J. Bial (admitted *pro hac vice*)
Eric R. Sega (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
rrule@paulweiss.com
jbial@paulweiss.com
esega@paulweiss.com

Roberto Finzi (admitted *pro hac vice*)
Farrah R. Berse (admitted *pro hac vice*)
Johan E. Tatoy (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
rfinzi@paulweiss.com
fberse@paulweiss.com
jtatoy@paulweiss.com

Steven Kaufhold (SBN 157195)
KAUFHOLD GASKIN LLP
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone:  (415) 445-4621
Facsimile:  (415) 874-1071
skaufhold@kaufholdgaskin.com

*Counsel for Defendant Nippon Chemi-Con Corp.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE CAPACITORS ANTITRUST LITIGATION**<br><br>All Direct Purchaser Actions,<br>Case No. 3:14-cv-03264-JD | **DEFENDANT NCC'S REPLY ISO MOTION TO (I) ALLOW UCHIYAMA TO TESTIFY SUBSTANTIVELY AND (II) PRECLUDE EVIDENCE OF HIS PRIOR INVOCATION OF FIFTH AMENDMENT RIGHTS**<br><br>Master Docket No.: 3:17-md-2801-JD<br><br>Date to Be Set by the Court<br>Time to Be Set by the Court<br>Courtroom 11<br>Hon. James Donato<br><br>Case No.: 3:14-cv-3264-JD |

Plaintiffs' opposition to NCC's motion fails to address the substantive arguments made by NCC. To be clear, NCC is not seeking to affirmatively present Mr. Uchiyama's testimony. NCC's point is simply that Plaintiffs cannot subpoena Mr. Uchiyama and then, upon learning that he would be willing to come testify substantively in response to Plaintiffs' questions, change their minds and simply use his prior Fifth Amendment invocations instead. That type of gamesmanship should not be permitted. Plaintiffs fail to address this argument completely and for that reason alone, NCC's motion should be granted.

As to DPPs' argument that this motion comes too late, the timeline is one of DPPs' creation. On January 17, 2020, DPPs first served the trial subpoena. On January 25, 2020, DPPs purported to withdraw it. Since then, the parties have been meeting and conferring about the issue and have been exchanging deposition designations and objections to the same. Now that the deposition designation process is complete and DPPs have made abundantly clear that they intend to play Mr. Uchiyama's Fifth Amendment invocations rather than calling him to testify live (as they said they intended to do just last month), NCC filed this motion.

For these reasons, and those set forth in the motion, NCC respectfully requests that the Court order that DPPs must either call Mr. Uchiyama live to testify substantively at trial, or forego use of his Fifth Amendment deposition.

| | |
|---|---|
| Dated:  February 25, 2020 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| | By:  /s/ Joseph J. Bial |
| | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Charles F. Rule (admitted *pro hac vice*)<br>Joseph J. Bial (admitted *pro hac vice*)<br>Eric R. Sega (admitted *pro hac vice*)<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone:  (202) 223-7300<br>Facsimile:  (202) 223-7420<br>rrule@paulweiss.com<br>jbial@paulweiss.com<br>esega@paulweiss.com |
| | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Roberto Finzi (admitted *pro hac vice*)<br>Farrah R. Berse (admitted *pro hac vice*)<br>Johan E. Tatoy (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone:  (212) 373-3000<br>Facsimile:  (212) 757-3990<br>rfinzi@paulweiss.com<br>fberse@paulweiss.com<br>jtatoy@paulweiss.com |
| | KAUFHOLD GASKIN LLP<br>Steven Kaufhold (SBN 157195)<br>388 Market Street, Suite 1300<br>San Francisco, CA 94111<br>Telephone:  (415) 445-4621<br>Facsimile:  (415) 874-1071<br>skaufhold@kaufholdgaskin.com |
| | *Counsel for Defendant Nippon Chemi-Con Corp.* |