UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | Master File No. 3:17-md-02801-JD<br>Civil Action No. 3:14-cv-03264-JD |
| THIS DOCUMENT RELATES TO THE DIRECT PURCHASER CLASS ACTION | **JOINT POTENTIAL WITNESS LIST AND ATTORNEY LIST**<br><br>Date:         February 27, 2020<br>Time:        11:00 a.m.<br>Judge:       Honorable James Donato<br>Courtroom:  11, 19th Floor |

Pursuant to the Court's Proposed Voir Dire Order, ECF No. 1130, the parties respectfully submit the following Joint Potential Witness List and Attorney List.

| | *In re Capacitors* – **Potential Witness List** | |
|---|---|---|
| 1. | Adcock, Laura | Walker Component Group |
| 2. | Akagi, Harumasa | Panasonic Corporation; AIS devision (Industrial Business Automotive and Industrial Systems Co.) |
| 3. | Arena, Vincent | Avnet Inc. |
| 4. | Barkal, Susan | KEMET Corporation |
| 5. | Bruorton, Jim | KEMET Corporation |
| 6. | Chen, Lee-Yi | Holy Stone |
| 7. | Collis, Peter | AVX Corporation |
| 8. | Cross, Matthew | Benchmark |
| 9. | Fay, Gerard | Sanmina Corporation |
| 10. | Fitzpatrick, Derrick | United Chemi-Con, Inc. |
| 11. | Fontecchio, Adam | Drexel University; Director, Center for Advancement of STEM Teaching and Learning Excellence |
| 12. | Fujisaku, Hiroshi | Hitachi Chemical and Hitachi AIC |
| 13. | Fukaumi, Takashi | Tokin Corporation/NEC Tokin Corporation |
| 14. | Gash, Jeffrey | JACO Electronics |
| 15. | Haider, Laila | Edgeworth Economics |
| 16. | Hausman, Jerry | Massachusetts Institute of Technology, Professor in Dept. of Economics |
| 17. | Hoey, Gordon | AVX Corporation |
| 18. | Homma, Tsutomu | Okaya Japan |
| 19. | Ide, Shoe | Rubycon Corporation |
| 20. | Ikazaki, Akihiko | Okaya Electric Industries Company |
| 21. | Imai, Hiroyuki | ELNA |
| 22. | Inoue, Nobuo | Nichicon Corporation |
| 23. | Inoue, Tomohiro | ELNA |
| 24. | Ishigami, Shinobu | Taitsu Corporation |
| 25. | Jablansky, John | All American |
| 26. | Johnson, Shell | Master Electronic |
| 27. | Jouflas, George | Holy Stone |
| 28. | Kakizaki, Noriaki | Nippon Chemi-Con, Co. |
| 29. | Kamioka, Takashi | Soshin |
| 30. | Kasuga, Norio | Rubycon Corporation |
| 31. | Kinoshita, Shin | ELNA |
| 32. | Kobayashi, Ken | Taitsu Corporation |
| 33. | Koga, Hiroyuki | Matsuo Electric Company |
| 34. | Komoda, Satoshi | Matsushita Electronics Components Corporation |
| 35. | Koyama, Yoshio | Shizuki Electric Company |
| 36. | Krzywinski, Gene | eIQ Energy |

| | | |
|---|---|---|
| 37. | Lane, Daniel | VAC Magnetics, LLC; AVX Corporation |
| 38. | Lou, Kay | Flextronics |
| 39. | Lubman, Barry | Chip-Tech |
| 40. | Ma, Shunpei | OHGA; Holy Stone Polytech Co. Limited |
| 41. | Magoncia, Larry | United Chemi-Con, Inc. |
| 42. | McClave, James | Info Tech, Inc. |
| 43. | Miller, William | Miltronics; Dependable Components Supply |
| 44. | Millman, William | AVX Corporation |
| 45. | Mitsuhori, Kazuhiko | Rubycon Corporation |
| 46. | Miyanishi, Akitsugu | Matsuo Electric Company |
| 47. | Miyata, Tomohiko | Matsuo Electric Company. |
| 48. | Mori, Sadaaki Mori | Hitachi Electric Company |
| 49. | Moriyama, Hiroyuki | ELNA |
| 50. | Morton, Michael | TTI, Inc. |
| 51. | Nakamura, Takashi | Nippon Chemi-Con, Co. |
| 52. | Nakatani, Jack | Panasonic Corporation |
| 53. | Nakayama, Akira | Rubycon Corporation |
| 54. | Nishizaka, Tadaaki | Panasonic Corporation |
| 55. | Ohashi, Takaaki | Sanyo Electric |
| 56. | Okubo, Satoshi | Matsuo Electric Company |
| 57. | Okumura, Takehisa | Shinyei Capacitor |
| 58. | Olita, Tony | United Chemi-Con, Inc. |
| 59. | Omiya, Shoji | Soshin |
| 60. | Ong, Kelvin | AVX Corporation |
| 61. | Ordover, Janusz | New York University; Compass Lexecon |
| 62. | Pastor, Vince | Arrow Electronics, Inc. |
| 63. | Patel, Biren | United Chemi-Con, Inc. |
| 64. | Russoniello, Joseph | Attorney with Brown George Ross; former US Attorney for Northern District of California; former Dean of San Francisco Law School. |
| 65. | Ryan, Shawn | Dependable Component Supply Corporation |
| 66. | Sarvis, Johnny | AVX Corporation |
| 67. | Sasaki, Masafumi | Rubycon Corporation |
| 68. | Sato, Hideaki | Tokin Corporation/NEC Tokin Corporation |
| 69. | Sato, Ken | Holy Stone Polytechnic/Hitachi AIC |
| 70. | Satoh, Yoshiya | Nitsuko Electronics Corporation |
| 71. | Shaghafi, Shabnam | Benchmark Electronics |
| 72. | Shimizu, Takumi | Matsuo Electric Company |
| 73. | Shinichi, Torii | Panasonic Industrial Components |
| 74. | Shiozaki, Masanobu | Nichicon Electric Company |
| 75. | Silverman, Robert Glenn | Chip-Tech |
| 76. | Simons, Spencer | Micro Technology Group, Inc. |
| 77. | Singer, Hal | Econ One Research |

Master File No. 3:17-md-02801-JD
Civil Action No. 3:14-cv-03264-JD                       2
JOINT POTENTIAL WITNESS LIST AND ATTORNEYS LIST

| | | |
|---|---|---|
| 78. | Smyth, Neil | AVX Corporation |
| 79. | Snail, Timothy | Charles River Associates |
| 80. | Sterrett, Kent | ELNA America |
| 81. | Stiroh, Lauren | NERA Economic Consulting |
| 82. | Takada, Shuji | Vishay/Holy Stone Polytech |
| 83. | Tatai, Tokuo | ELNA |
| 84. | Torii, Shinichi | SANYO Electronic |
| 85. | Trutna, Mark | Flextronics USA; Flextronics International, Ltd. |
| 86. | Uchiyama, Ikuo | Nippon Chemi-Con, Co. |
| 87. | Ulch, Michael | Interconnect Passive and Electromechanical (IP&E) |
| 88. | Walker, John | Walker Component Group |
| 89. | Warren- Boulton, Frederick | Ankura Consulting Group |
| 90. | Watlock, Steve | United Chemi-Con, Inc. |
| 91. | Wilcox, Jerald | Miltronics; Dependable Components Supply |
| 92. | Williams, Darrell | Charles River Associates |
| 93. | Wu, Lawrence | NERA Economic Consulting |
| 94. | Yoneyama, Tsuyoshi | Okaya Electric |
| 95. | Yoshida, Tadashi | Nichicon Corporation |

| *In re Capacitors* – Attorney List |
|---|
| Joseph R. Saveri |
| Steven N. Williams |
| Joshua P. Davis |
| James G. Dallal |
| Anupama K. Reddy |
| Christopher K. L.Young |
| Eric L. Cramer |
| Mark Suter |
| Austin B. Cohen |
| Charles Andrew Dirksen |
| Jordan Elias |
| Daniel Girard |
| Bonnie Lau |
| David Cross |
| Stephen Kam |
| Margaret Webb |
| Gaspare ("Gap") J. Bono |
| Claire M. Maddox |
| Leslie A. Barry |
| Jarod Bona |
| Aaron Gott |
| Alex Shear |
| Luke Hasskamp |

| *In re Capacitors* – Law Firm List |
|---|
| Joseph Saveri Law Firm |
| Berger Montague |
| Levin Sedran and Berman LLP |
| CERA LLP |
| Girard Sharp LLP |
| Dentons US LLP |
| Morrison & Foerster LLP |
| Bona Law |
| Paul, Weiss, Rifkind, Wharton & Garrison |
| WilmerHale |
| Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. |

Master File No. 3:17-md-02801-JD
Civil Action No. 3:14-cv-03264-JD

3

JOINT POTENTIAL WITNESS LIST AND ATTORNEYS LIST

| |
|---|
| Kristen Harris |
| Roberto Finzi |
| Joe Bial |
| Farrah Berse |
| Heather Nyong'o |
| Chris Johnstone |
| Dan Crump |
| Ralph Campillo |
| Alexandra Calistri |
| Robert Kidwell |
| Breton Leone-Quick |
| Evan Nadel |
| Shawn Skolky |
| Bruce Sokler |

Dated: February 25, 2020   /s/ Joseph R. Saveri_____

Joseph R. Saveri
Steven N. Williams
James G. Dallal
Anupama K. Reddy
Christopher K.L. Young
**JOSEPH SAVERI LAW FIRM, INC**.
601 California Street, Suite 1000
San Francisco, California 94108

*Lead Counsel for the Direct Purchaser Class*

Dated: February 25, 2020   /s/ Jeffrey A. LeVee_____

Jeffrey A. LeVee
Eric P. Enson
Kelly M. Ozurovich
**JONES DAY**
555 South Flower Street, 50th Floor
Los Angeles, CA 90071

*Counsel for Defendants Holy Stone Enterprise Co, Ltd., Holystone International, Milestone Global Technology, Inc., and Vishay Polytech Co., Ltd.*

Master File No. 3:17-md-02801-JD
Civil Action No. 3:14-cv-03264-JD

4

JOINT POTENTIAL WITNESS LIST AND ATTORNEYS LIST

Dated: February 25, 2020            /s/ Bruce D. Sokler

Bruce D. Sokler
Robert G. Kidwell
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
701 Pennsylvania Avenue NW, Suite 900
Washington, DC 20004

Evan S. Nadel
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
44 Montgomery Street, 36th Floor
San Francisco, CA 94104

*Counsel for Defendant AVX Corporation*

Dated: February 25, 2020            /s/ Heather S. Nyong'o

Heather S. Nyong'o (CA SBN 222202)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1 Front Street, Suite 3500
San Francisco, California 94111
heather.nyongo@wilmerhale.com

Thomas Mueller (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, DC 20006
thomas.mueller@wilmerhale.com

Chris Johnstone (CA SBN 242152)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
950 Page Mill Road
Palo Alto, CA 94304
chris.johnstone@wilmerhale.com
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Counsel for Defendants Elna Co., Ltd. and Elna America, Inc.*

| | | |
|---|---|---|
| 1 | Dated: February 25, 2020 | */s/ Charles F. Rule* |
| 2 | | Charles F. Rule |
| 3 | | Joseph J. Bial |
| | | Daniel J. Howley |
| 4 | | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| 5 | | 2001 K Street, NW |
| 6 | | Washington, DC 20006-1047 |
| 7 | | Steven Shea Kaufhold |
| 8 | | **KAUFHOLD GASKIN LLP** |
| | | 388 Market St, Suite 1300 |
| 9 | | San Francisco, CA 94111 |
| 10 | | *Counsel for Defendants Nippon Chemi-Con Corporation and United Chemi-Con, Inc.* |
| 11 | | |
| 12 | Dated: February 25, 2020 | */s/ Bonnie Lau* |
| 13 | | Bonnie Lau (State Bar No. 246188) |
| 14 | | blau@mofo.com |
| | | Stephen Kam (State Bar No. 327576) |
| 15 | | stephenkam@mofo.com |
| 16 | | **MORRISON & FOERSTER LLP** |
| | | 425 Market Street |
| 17 | | San Francisco, California 94105-2482 |
| 18 | | Telephone: (415) 268-7000 |
| | | Facsimile: (415) 268-7522 |
| 19 | | *Counsel for Defendant Matsuo Electric Co., Ltd.* |

Master File No. 3:17-md-02801-JD
Civil Action No. 3:14-cv-03264-JD                                6
JOINT POTENTIAL WITNESS LIST AND ATTORNEYS LIST

Dated: February 25, 2020                    /s/ Gaspare J. Bono

> Gaspare J. Bono
> Claire Maddox
> Leslie Barry
> **DENTONS US LLP**
> 1900 K Street, NW
> Washington, DC 20006
>
> Andrew S. Azarmi
> **DENTONS US LLP**
> One Market Plaza, Spear Tower, 24th Floor
> San Francisco, California 94105
>
> *Counsel for Defendants Shinyei Kaisha,*
> *Shinyei Technology Co., Ltd.,*
> *Shinyei Capacitor Co., Ltd. and*
> *Shinyei Corporation of America*

Dated: February 25, 2020                    /s/ Jarod M. Bona

> Jarod M. Bona
> Aaron R. Gott
> **BONA LAW PC**
> 4275 Executive Square, Suite 200
> La Jolla, CA 92037
>
> *Counsel for Defendants Taitsu Corporation*
> *and Taitsu America, Inc.*

Pursuant to Civil Local Rule 5.1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 25, 2020                    /s/Joseph R. Saveri
                                            Joseph R. Saveri

---

Master File No. 3:17-md-02801-JD
Civil Action No. 3:14-cv-03264-JD                 7
JOINT POTENTIAL WITNESS LIST AND ATTORNEYS LIST