1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
10

11 | IN RE CAPACITORS ANTITRUST LITIGATION | Master File No. 3:17-md-02801-JD
12 | | Civil Action No. 3:14-cv-03264-JD
   | THIS DOCUMENT RELATES TO: THE DIRECT PURCHASER CLASS ACTION | ~~[PROPOSED]~~ ORDER AUTHORIZING PAYMENT OF SETTLEMENT ADMINISTRATION FEES AND EXPENSES

This matter is before the Court on the Direct Purchaser Class's Motion for Order Authorizing Payment of Settlement Administration Fees and Expenses (the "Motion"), MDL Dkt. No. 1084, in connection with the Class's settlements with defendants Hitachi Chemical Co., Ltd., Hitachi AIC, Inc., and Hitachi Chemical Co. America, Ltd.; and Soshin Electric Co., Ltd. and Soshin Electronics of America Inc. (the "Round 2 Settlements").

Having considered the Motion and the papers filed in support thereof, it is hereby ORDERED that:

1. The Class's Motion is GRANTED.

2. The Court authorizes payment from Round 2 Settlement funds to the claims administrator, Rust Consulting, Inc., in the amount of $253,729.70 for its professional fees and expenses in connection with administration of the Round 2 Settlements as well as residual efforts in support of prior settlements in accordance with the Court's orders and the terms of the settlement agreements.

Dated: February 26, 2020

_____
Judge James Donato
United States District Judge