In answering the following questions and completing this Verdict Form, you are to follow all instructions given in the Court's Final Jury Instructions.  Your answers to each question must be **unanimous**.  Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions.  You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

The following terms have the following meanings:

- "AVX" refers to AVX Corp.

- "ELNA" refers to ELNA Co. Ltd. and ELNA America Inc.

- "Fujitsu" refers to Fujitsu Limited.

- "Hitachi" refers to Hitachi Chemical Co, Ltd., Hitachi AIC Inc., and Hitachi Chemical Co. America, Ltd.

- "Holy Stone Enterprise" refers to Holy Stone Enterprise Co., Ltd.

- "Holy Stone International" refers to Milestone Global Technology, Inc.

- "KEMET" refers to KEMET Corp.

- "Matsuo" refers to Matsuo Electric Co., Ltd.

-  "NEC TOKIN" refers to NEC TOKIN Corp. and NEC TOKIN America, Inc.

- "NCC" refers to Nippon Chemi-Con Corp.

- "Nichicon" refers to Nichicon Corporation and Nichicon (America) Corporation.

- "Nissei" refers to Nissei Electric Co.

- "Nitsuko" refers to Nitsuko Electronics Corporation.

- "Okaya" refers to Okaya Electric Industries Co., Ltd. and Okaya Electric America, Inc.

- "Panasonic" refers to Panasonic Corporation, Panasonic Corporation of North America and SANYO Electric Co., Ltd.

- "ROHM" refers to ROHM Co., Ltd. and ROHM Semiconductor USA, Inc.

- "Rubycon" refers to Rubycon Corp. and Rubycon America.

- "Shinyei" refers to Shinyei Kaisha, Shinyei Technology Co., Ltd., Shinyei Capacitor Co., Ltd. and Shinyei Corp. of America.

- "Shizuki" refers to Shizuki Electric Co. Inc.

- "Soshin" refers to Soshin Electric Co., Ltd. and Soshin Electronics of America, Inc.

- "Taitsu" refers to Taitsu Corp. and Taitsu America, Inc.

- "Toshin Kogyo" refers to Toshin Kogyo Co. Ltd.

- "UCC" refers to United Chemi-Con Inc.

- "Vishay" refers to Vishay Polytech Co., Ltd.

We, the jury, unanimously find the following Special Verdict on the questions submitted to us:

> *Please answer the questions in the order presented. Each member of the jury should agree in order to answer the question.*

**Question 1**:  Did Plaintiffs meet their burden to prove the existence of "an overarching scheme [or conspiracy] to control and set the prices of their aluminum, tantalum and film capacitors sold to United States purchasers and purchasers worldwide" from January 1, 2002 until December 31, 2013 (as used herein, "the alleged Conspiracy")?

YES _____   NO _____

*If you answer "YES," proceed to Question 2. If you answer "NO," do not answer any*

*further questions, and have the foreperson sign and date this form.*

**Question 2**:  Did Plaintiffs meet their burden to prove that any of the following Defendants

knowingly participated in the alleged Conspiracy?

*Check YES or NO with respect to each Defendant.*

AVX

YES _____                    NO _____

ELNA

YES _____                    NO _____

Fujitsu

YES _____                    NO _____

Hitachi

YES _____                    NO _____

Holy Stone Enterprise

YES _____                    NO _____

Holy Stone International

YES _____                    NO _____

KEMET

YES _____                    NO _____

Matsuo

YES _____                    NO _____

NCC

YES _____          NO _____

NEC TOKIN

YES _____          NO _____

Nichicon

YES _____          NO _____

Nissei

YES _____          NO _____

Nitsuko

YES _____          NO _____

Okaya

YES _____          NO _____

Panasonic

YES _____          NO _____

ROHM

YES _____          NO _____

Rubycon

YES _____          NO _____

Shinyei

YES _____          NO _____

Shizuki

YES _____          NO _____

Soshin

YES _____          NO _____

Taitsu

          YES _____          NO _____

Toshin Kogyo

          YES _____          NO _____

UCC

          YES _____          NO _____

Vishay

          YES _____          NO _____

*If you answer "YES" for one or more Defendants, proceed to Question 3 and answer the remaining questions for those Defendants only. If you answer "NO" for all Defendants, do not answer any further questions, and have the foreperson sign and date this form.*

**Question 3**:  Did Plaintiffs meet their burden to prove that any of the following Defendants intended the alleged Conspiracy to have a direct, substantial, and reasonably foreseeable effect on aluminum, tantalum, and film capacitors sold in the United States, and that it did in fact have such a direct, substantial effect?

*Check YES or NO with respect to each Defendant.*

AVX

          YES _____          NO _____

ELNA

          YES _____          NO _____

Fujitsu

                YES _____             NO _____

Hitachi

                YES _____             NO _____

Holy Stone Enterprise

                YES _____             NO _____

Holy Stone International

                YES _____             NO _____

KEMET

                YES _____             NO _____

Matsuo

                YES _____             NO _____

NCC

                YES _____             NO _____

NEC TOKIN

                YES _____             NO _____

Nichicon

                YES _____             NO _____

Nissei

                YES _____             NO _____

Nitsuko

                YES _____             NO _____

Okaya

YES _____          NO _____

Panasonic

YES _____          NO _____

ROHM

YES _____          NO _____

Rubycon

YES _____          NO _____

Shinyei

YES _____          NO _____

Shizuki

YES _____          NO _____

Soshin

YES _____          NO _____

Taitsu

YES _____          NO _____

Toshin Kogyo

YES _____          NO _____

UCC

YES _____          NO _____

Vishay

YES _____          NO _____

*If you answer "YES" for one or more Defendants, proceed to Question 4 and answer*

*the remaining questions for those Defendants only. If you answer "NO" for all*

*Defendants, do not answer any further questions, and have the foreperson sign and date this form.*

**Question 4**:  Did Plaintiffs meet their burden to prove that all or nearly all class members paid higher prices than they otherwise would have paid for aluminum, tantalum, and film capacitors in the United States as a result of the alleged Conspiracy?

YES _____   NO _____

*If you answer "YES," proceed to Question 5. If you answer "NO," do not answer any further questions, and have the foreperson sign and date this form.*

**Question 5**:  Did Plaintiffs meet their burden to provide a reasonable, reliable and non-speculative basis to determine the amount of damages, if any, that were caused to each class member by the alleged Conspiracy?

YES _____   NO _____

*If you answer "YES," proceed to Question 6. If you answer "NO," do not answer any further questions, and have the foreperson sign and date this form.*

**Question 6**:  What amount of damages, if any, were caused to class members by the alleged Conspiracy for the time period July 18, 2010 to December 31, 2013?

$_____

*(Fill in dollar amount in U.S. Currency).*

*Please ensure that you have complied with the instructions in this form and answered all questions that these instructions directed you to complete. Then please have the foreperson sign and date this form below. After signing the form, please notify the Courtroom Deputy that a verdict has been reached.*

Date: _____, 2020                    Foreperson of the Jury


                                          _____