In answering the following questions and completing this Verdict Form, you are to follow all instructions given in the Court's Final Jury Instructions.  Your answers to each question must be **unanimous**.  Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions.  You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

The following terms have the following meanings:

- "AVX" refers to AVX Corp.
- "ELNA" refers to ELNA Co. Ltd. and ELNA America Inc.
- "Fujitsu" refers to Fujitsu Limited.
- "Hitachi" refers to Hitachi Chemical Co., Ltd., Hitachi AIC Inc., and Hitachi Chemical Co. America, Ltd.
- ~~"Holy Stone Enterprise Co., Ltd."~~"Holy Stone Enterprise" refers to Holy Stone Enterprise Co., Ltd~~.~~.
- "Holy Stone International" refers to Milestone Global Technology, Inc.
- "KEMET" refers to ~~Kemet~~KEMET Corp.
- "Matsuo" refers to Matsuo Electric Co., Ltd.
- ~~"Milestone Global Technology, Inc."~~"Holy Stone International" refers to ~~Milestone Global Technology, Inc.~~
- "NEC TOKIN" refers to NEC TOKIN Corp. and NEC TOKIN America, Inc.
- "NCC" refers to Nippon Chemi-Con Corp.
- "Nichicon" refers to Nichicon Corporation and Nichicon (America) Corporation.
- "Nissei" refers to Nissei Electric Co.
- "Nitsuko" refers to Nitsuko Electronics Corporation.

1

- "Okaya" refers to Okaya Electric Industries Co., Ltd. and Okaya Electric America, Inc.
- "Panasonic" refers to Panasonic Corporation, Panasonic Corporation of North America and SANYO Electric Co., Ltd.
- "ROHM" refers to ROHM Co., Ltd. and ROHM Semiconductor USA, Inc.
- "Rubycon" refers to Rubycon Corp. and Rubycon America.
- "Shinyei" refers to Shinyei Kaisha, Shinyei Technology Co., Ltd., Shinyei Capacitor Co., Ltd. and Shinyei Corp. of America.
- "Shizuki" refers to Shizuki Electric Co. Inc.
- "Soshin" refers to Soshin Electric Co., Ltd. and Soshin Electronics of America, Inc.
- "Taitsu" refers to Taitsu Corp. and Taitsu America, Inc.
- "Toshin Kogyo" refers to Toshin Kogyo Co. Ltd.
- "UCC" refers to United Chemi-Con Inc.
- "Vishay ~~Polytech Co., Ltd.~~" refers to Vishay Polytech Co., Ltd.

We, the jury, unanimously find the following Special Verdict on the questions submitted to us:

*Please answer the questions in the order presented. Each member of the jury should agree in order to answer the question.*

**Question 1**: Did Plaintiffs meet their burden to prove the existence of "an overarching scheme [or conspiracy] to control and set the prices of their aluminum, tantalum and film capacitors sold to United States purchasers and purchasers worldwide" from January 1, 2002 until December 31, 2013 (as used herein, "the alleged Conspiracy")?

2

YES _____    NO _____

> *If you answer "YES," proceed to Question 2. If you answer "NO," do not answer any further questions, and have the foreperson sign and date this form.*

**Question 2**: Did Plaintiffs meet their burden to prove that any of the following Defendants knowingly participated in the alleged Conspiracy?

> *Check YES or NO with respect to each Defendant.*

AVX

        YES _____        NO _____

ELNA

        YES _____        NO _____

Fujitsu

        YES _____        NO _____

Hitachi

        YES _____        NO _____

Holy Stone Enterprise ~~Co., Ltd.~~

        YES _____        NO _____

Holy Stone International

        YES _____        NO _____

KEMET

        YES _____        NO _____

Matsuo

        YES _____        NO _____

~~Milestone Global Technology, Inc.~~

~~YES _____      NO _____~~

NCC

        YES _____      NO _____

NEC TOKIN

        YES _____      NO _____

Nichicon

        YES _____      NO _____

Nissei

        YES _____      NO _____

Nitsuko

        YES _____      NO _____

Okaya

        YES _____      NO _____

Panasonic

        YES _____      NO _____

ROHM

        YES _____      NO _____

Rubycon

        YES _____      NO _____

Shinyei

        YES _____      NO _____

Shizuki

     <u>     YES     NO   </u>

<u>Soshin</u>

     <u>     YES     NO   </u>

Taitsu

     YES _____   NO _____

<u>Toshin Kogyo</u>

     <u>     YES     NO   </u>

UCC

     YES _____   NO _____

Vishay ~~Polytech Co., Ltd.~~

     YES _____   NO _____

*If you answer "YES" for one or more Defendants, proceed to Question 3 and answer the remaining questions for those Defendants only. If you answer "NO" for all Defendants, do not answer any further questions, and have the foreperson sign and date this form.*

**Question 3**:  Did Plaintiffs meet their burden to prove that any of the following Defendants intended the alleged Conspiracy to have a direct, substantial, and reasonably foreseeable effect on aluminum, tantalum, and film capacitors sold in the United States, and that it did in fact have such a direct, substantial effect?

  *Check YES or NO with respect to each Defendant.*

    <u>AVX      </u>

5

_____YES_____NO_____

ELNA

_____YES_____NO_____

Fujitsu

_____YES_____NO_____

Hitachi

_____YES_____NO_____

Holy Stone Enterprise

_____YES_____NO_____

Holy Stone International

_____YES_____NO_____

KEMET

_____YES_____NO_____

Matsuo

_____YES_____NO_____

NCC

_____YES_____NO_____

NEC TOKIN

_____YES_____NO_____

Nichicon

_____YES_____NO_____

Nissei

_____YES_____NO_____

Nitsuko

     YES_____   NO_____

Okaya

     YES_____   NO_____

Panasonic

     YES_____   NO_____

ROHM

     YES_____   NO_____

Rubycon

     YES_____   NO_____

Shinyei

     YES_____   NO_____

Shizuki

     YES_____   NO_____

Soshin

     YES_____   NO_____

Taitsu

     YES_____   NO_____

Toshin Kogyo

     YES_____   NO_____

UCC

     YES_____   NO_____

Vishay ~~Polytech Co., Ltd.~~

~~_____YES_____NO____~~

~~AVX_____~~

~~_____YES_____NO____~~

~~ELNA~~

~~_____YES_____NO____~~

~~Holy Stone Enterprise Co., Ltd.~~

~~_____YES_____NO____~~

~~Matsuo~~

~~_____YES_____NO____~~

~~Milestone Global Technology, Inc.~~

~~_____YES_____NO____~~

~~NCC~~

~~_____YES_____NO____~~

~~Shinyei~~

~~_____YES_____NO____~~

~~Taitsu~~

~~_____YES_____NO____~~

~~UCC_____~~

~~_____YES_____NO____~~

~~Vishay Polytech Co., Ltd.~~

~~_____YES_____NO____~~

> *If you answer "YES" for one or more Defendants, proceed to Question 4 and answer the remaining questions for those Defendants only. If you answer "NO" for all Defendants, do not answer any further questions, and have the foreperson sign and date this form.*

**Question 4**:  Did Plaintiffs meet their burden to prove that all or nearly all class members paid higher prices than they otherwise would have paid for aluminum, tantalum, and film capacitors in the United States as a result of the alleged Conspiracy?

YES _____    NO _____

> *If you answer "YES," proceed to Question 5. If you answer "NO," do not answer any further questions, and have the foreperson sign and date this form.*

**Question 5**:  Did Plaintiffs meet their burden to provide a reasonable, reliable and non-speculative basis to determine the amount of damages, if any, that were caused to each class member by the alleged Conspiracy?

YES _____    NO _____

> *If you answer "YES," proceed to Question 6. If you answer "NO," do not answer any further questions, and have the foreperson sign and date this form.*

**Question 6**:  What amount of damages, if any, were caused to class members by the alleged Conspiracy for the time period July 18, 2010 to December 31, 2013?

$_____

(*Fill in dollar amount in U.S. Currency*).    [Formatted: Indent: Left: 3"]

10

~~**Question 7**:  If you answer "YES" to Question 2 as to Defendants Holy Stone Enterprise Co., Ltd., Milestone Global Technology, Inc.,~~Holy Stone International ~~and/or Vishay Polytech Co., Ltd., did Plaintiffs meet their burden to prove that any of these entities joined the alleged Conspiracy, on or around April 2010, with full knowledge of what had occurred before and with an intent to pursue the same unlawful objective?~~

~~Holy Stone Enterprise Co., Ltd.~~

~~_____ YES _____          NO _____~~

~~Holy Stone International~~Milestone Global Technology, Inc.

~~_____ YES _____          NO _____~~

~~Vishay Polytech Co., Ltd.~~

~~_____ YES _____          NO _____~~

~~*If you answer "YES" as to any of these entities proceed to Question 8.  If you answer "NO" as to all of these entities, do not answer any further questions, and have the foreperson sign and date this form.*~~

~~**Question 8**:  If you answer "YES" to Question 2 as to Defendants Holy Stone Enterprise Co., Ltd., Milestone Global Technology, Inc~~Holy Stone International~~. and/or Vishay Polytech Co, Ltd., what amount of damages, if any, were caused to class members by the alleged Conspiracy between April 1, 2010 and July 18, 2010?~~

~~$_____~~

~~*(Fill in dollar amount in U.S. Currency)*.~~

11

*Please ensure that you have complied with the instructions in this form and answered all questions that these instructions directed you to complete. Then please have the foreperson sign and date this form below. After signing the form, please notify the Courtroom Deputy that a verdict has been reached.*

Date: _____, 2020                    Foreperson of the Jury

                                         _____