Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
James G. Dallal (State Bar No. 277826)
Joshua P. Davis (State Bar No. 193254)
Anupama K. Reddy (State Bar No. 324873)
Christopher K.L. Young (State Bar No. 318371)
**JOSEPH SAVERI LAW FIRM, INC.**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:  jsaveri@saverilawfirm.com
        swilliams@saverilawfirm.com
        jdallal@saverilawfirm.com
        jdavis@saverilawfirm.com
        areddy@saverilawfirm.com
        cyoung@saverilawfirm.com.com

*Lead Counsel for Direct Purchaser Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO THE DIRECT PURCHASER CLASS ACTION | Master File No. 3:17-md-02801-JD<br>Civil Action No. 3:14-cv-03264-JD<br><br>**DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF BRIEF RE: PLAINTIFFS' OPENING STATEMENT SLIDES**<br><br>Date:       March 3, 2020<br>Time:       8:30 a.m.<br>Courtroom:  11, 19th Floor<br>Judge:      Honorable James Donato |

I, Joseph R. Saveri, declare:

1. I am an attorney licensed in the State of California and admitted to practice in the Northern District of California. I am the founder of the Joseph Saveri Law Firm, Inc., Class Counsel for the Direct Purchaser Class (the "Class") in this action. I have handled this action since its inception. Unless otherwise indicated, I have personal knowledge of the facts set forth herein. If called as a witness, I could and would testify competently to them. I make this declaration pursuant to 28 U.S.C. § 1746.

2. This declaration is submitted in support of Brief Re: Plaintiffs' Opening Statement Slides.

3. Attached hereto is a true and correct copy of **Trial Exhibit 112**, bates numbered MATSUO 00000420 through MATSUO 00000422, produced by MATSUO ELECTRIC COMPANY LIMITED ("MATSUO") in this litigation, followed by a certified translation of the same document from Japanese to English, Bates numbered MATSUO 00000420-CT001 through MATSUO 00000420-CT003.

4. Attached hereto is a true and correct copy of **Trial Exhibit 117**, Bates numbered MATSUO 00000458 through MATSUO 00000465, produced by MATSUO in this litigation, followed by a certified translation of the same document from Japanese to English, Bates numbered MATSUO 00000458-CT001 through MATSUO 00000458-CT008.

5. Attached hereto is a true and correct copy of **Trial Exhibit 2397**, Bates numbered ELNA_NDCAL-00046868 through ELNA_NDCAL-00046870, produced by ELNA CO., LTD. and ELNA AMERICA, INC. (collectively "ELNA") in this litigation, followed by a certified translation of the same document from Japanese to English, Bates numbered ELNA_NDCAL-00046868_EN through ELNA_NDCAL-00046870_EN.

6. Attached hereto is a true and correct copy of **Trial Exhibit 8316**, Bates numbered RUB_003328943, produced by RUBYCON CORPORATION and RUBYCON AMERICA INC. (collectively "RUBYCON") in this litigation, followed by a certified translation of the same document from Japanese to English, Bates RUB_003328943_CT0001.

7. Attached hereto is a true and correct copy of **Trial Exhibit 8981**, Bates numbered MATSUO 00000951 through MATSUO 00000956, produced by MATSUO in this litigation, followed by a certified translation of the same document from Japanese to English, Bates numbered MATSUO 00000951-CT001 through MATSUO 00000951-CT006.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and to the best of my knowledge and that this declaration was executed in San Francisco, California on March 2, 2020.

By: _/s/ Joseph R. Saveri_
Joseph R. Saveri