UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE CAPACITORS
ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

THE DIRECT PURCHASER
CLASS ACTION

Master File No. 3:17-md-02801-JD
Civil Action No. 3:14-cv-03264-JD

Date:          March 2, 2020
Time:          9:00 a.m.
Courtroom:     11, 19th Floor
Judge:         Honorable James Donato

# TRIAL EXHIBIT # 112

$Nu.22-①$

# 2009年2月12日　マーケット研究会　議事録

出席者：NEC（佐藤さん、伊達さんは欠席）、ニッケミ（大野さん、井沢さん）
　　　　エルナー（大久保さん）、ルビコン（井出さん、中山さん）、FMD（吉原さん）
　　　　＊　日立AIC欠席　　三洋　鳥井さん欠席

（打ち合わせ内容）

1.　各社報告　添付（発表内容　追記）

(1)　AVX：中国工場縮小　民生から産業に特化か（NEC情報）

(2)　ケメット：タンタル縮小（NEC情報）

(3)　ローム：半導体売るため、タンタルは＠＝0で提示した顧客がある（NEC情報）

(4)　NEC：富山工場はそのまま継続、電気二重層：兵庫からダイへ集約

(5)　三洋（鳥井さん欠席）

受注状況口頭発表（中山さんから）（07年下期比比較%）

|  |  | 1月 | 2月 | 3月 | 4月 |
|---|---|---|---|---|---|
| アルミ ALL | 数量 | 37 | 43 | 58 | — |
|  | 金額 | 30 | 42 | 57 | — |
| 04 | 数量 | 34 | 40 | 55 |  |
|  | 金額 | 34 | 40 | 55 |  |
| チップ | 数量 | 40 | 46 | 61 |  |
|  | 金額 | 31 | 44 | 59 |  |
| アルミ導電性 | 数量 | 45 | 43 | 51 |  |
|  | 金額 | 37 | 35 | 41 |  |
| タンタル導電性 | 数量 | 46 | 47 | 50 |  |
|  | 金額 | 38 | 39 | 42 |  |

（三洋コメント　2月ボトム　3月は期待値含む）

(6)　台湾PC状況（NEC情報）

PCノート在庫消化が進んでいるとの情報あるが、フォーキャストの反映なし。
コンパル生産アップの情報あるが（DEL向け受注）具体的には増加していない。
マザーボード向け　スポット短納期受注多く、定格によっては納期トラブル発生
ウィストロン：エーサー向け、旧正月明け向けに低水準だが受注がでてきた
　　　　（NECはウィストロン向けの売上げ増加している）

ASUS：部品在庫を多く持っている

(7)　FMD情報　　1月にPC（ディスクトップ）向け増加し始めた
　　　　　　　　アメリカPCはそれほど極端に減少していない

(8)　松下　SPキャップ情報（NEC情報）

2.5V330μF　6mΩ品　　12セント代（一般には13円～15円）
　　470μF　4.5mΩ品　　22～25セント



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT 112

CASE NO. MDL Case No. 17-md-02801-JD
Case No. 14-cv-03264-JD

DATE ENTERED

BY
DEPUTY CLERK

EXHIBIT
112
Okubo
5/26/2016 CAR

CONFIDENTIAL

No.22-②

（台湾は２７～２８セント）
＊ニッケミは１８円まで下がると予想していると井沢さんコメント
ＳＰ　６層品　材料費は７～８円と分析（ニッケミ）
ＳＰ　２層品　１３～１５円が普通に出てくる
２２０μＦ品　台湾では１２円代
(9)　ＭＬＣＣ情報　限界価格に至っている
三星がウォン安で２～３割安く価格提示
日本大手顧客にも価格提示している
(10)　ルビコン
ＡＶ機器の回復が一番早そうだが、産業機器は今年一杯ダメか？
ルビコン海外比率　５０％
(11)　ニチコン情報
ニチコンは商社経由で販売しているので統計上は国内で集計されている
円建てが６割の情報あり
(12)　ＦＭＤ　中国蘇州工場　1,600名⇒1000名へ縮小
(13)　ニッケミ
・１月がボトムか
・松下　デジカメを除き３月で在庫調整完了見込み
・車関係は09年一杯回復見込みなし
・テレビ　日系メーカーのヨーロッパ市場の在庫が進んでいない（他社との価格差）
・　　　中国製テレビ　５５インチで１３万円代
・ソニーテレビ　国内向けは半減　部品調達は１／４
・ソニーアルミ電解の為替換算は108.7円
セラミックメーカーへドル取引の要望があったようだ
・日立から　３月末から４月１日への支払い延伸要望があった。
（対応しない方針のコメント）
・導電性アルミ：海外向けが９割　国内はほとんどなし
(14)　エルナー
・試作基板　１月がボトム
＊試作向けに特化して販売、単価よい。　全体の売上げの65%が基板
・月あたり億単位で商売　納期対応（１week対応）して差別化している
・テレビの基板は４層が中心（ノイズが多くなっている）
２．社民会
今回は食事会を予定　エルナー青野社長が別途各社に案内する。
３．今後のM件スケジュール
2009年度 M研スケジュール
3/11，4/16(NCC)，5/21，6/18，7/16，8/21，9/17(NCC)，10/16，11/19，12/21（忘年会）
2010年度　1/21 2/ ，3/18　　　　　　　　　　　　　　　以上

　　　MATSUO 00000421

No.22 ③

マーケティング研究会報告　　（　　4　　）
＊番号をご記入ください。　　提出日 ： 2009年2月12日

2009年　2月

## 1.受注状況

・07/下を100として各月の状況を指数として表現する。

| | | | 07/下 | 08/上 | 11月 | 12月 | 1月 | 2月 | 3月 | 4月 | 08下予測 | 08下計画比 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| アルミ | AL全体 | 数量 | | | | | | | | | | |
| | | 金額 | | | | | | | | | | |
| | O4型 | 数量 | | | | | | | | | | |
| | | 金額 | | | | | | | | | | |
| | チップ | 数量 | | | | | | | | | | |
| | | 金額 | | | | | | | | | | |
| | スナップイン | 数量 | | | | | | | | | | |
| | | 金額 | | | | | | | | | | |
| | ネジ | 数量 | | | | | | | | | | |
| | | 金額 | | | | | | | | | | |
| | 導電性 | 数量 | | | | | | | | | | |
| | | 金額 | | | | | | | | | | |
| タンタル | マンガン | 数量 | 100% | 89% | 74% | 55% | 53% | 50% | 55% | 63% | | |
| | | 金額 | 100% | 92% | 74% | 54% | 60% | 48% | 58% | 67% | | |
| | 導電性 | 数量 | | | | | | | | | | |
| | | 金額 | | | | | | | | | | |

## 2.受注考察

(1) 受注実績分析
・車載関連　生産減少

(2) 今後の見通し
・車載関連　生産回復見えず
・2月稼働日関係で減少

## 3.機器生産動向トピックス

→ → →
・08/下予測は、07/下に対して表現。

| | 07/下 | 08上 | 08予測 | コメント |
|---|---|---|---|---|
| (1)薄型パネル | 100% | | | |
| (2)自動車 | 100% | | → | |
| (3)PC | 100% | | | |
| (4)記憶装置 | 100% | | → | |
| (5)事務機 | 100% | | | |
| (6)DSC動フォト | 100% | | → | |
| (7)家電 | 100% | | | |
| (8)携帯電話 | 100% | | → | |
| (9)モバイル通信 | 100% | | → | |
| (10)電源 | 100% | | | |
| (11)アミューズ | 100% | | | |
| (12)その他トピックス | 100% | | | |

MATSUO 00000422

MATSUO 00000420-CT001

[handwritten:] *No. 22-(1)*

February 12, 2009 Market Research Meeting Minutes

Attendants: NEC (Sato (Date was absent)), Nippon Chemi-Con (Ohno and Izawa), ELNA (Okubo),
Rubycon (Ide and Nakayama), FMD (Yoshihara)
* Hitachi AIC had no attendees, SANYO (Torii) was absent

(Discussions)
1. Report from each company: Attached (see the attachments for the content of each presentation)
   (1) AVX: Reduced the production capacity of the Chinese plant; will specialization from commercial to industrial occur? (Information from NEC)
   (2) Kemet: Reduced production of Ta capacitors (Information from NEC)
   (3) Rohm: Provided some customers with Ta capacitors at 0 JPY in order to sell semiconductor devices (Information from NEC)
   (4) NEC: The production capacity of the Toyama plant remains unchanged; electric double-layer capacitors: ended production at the Hyogo plant and brought production to Thailand.
   (5) SANYO (Mr. Torii absent)
       Sales statistics (presented by Mr. Nakayama) (as compared with the sales in the second half of 2007)

|  |  | January | February | March | April |
|---|---|---|---|---|---|
| All types of A1 capacitors | Quantity | 37 | 43 | 58 | - |
|  | Monetary value | 30 | 42 | 57 | - |
| 04 | Quantity | 34 | 40 | 55 |  |
|  | Monetary value | 34 | 40 | 55 |  |
| Chip capacitors | Quantity | 40 | 46 | 61 |  |
|  | Monetary value | 31 | 44 | 59 |  |
| Conductive polymer A1 capacitors | Quantity | 45 | 43 | 51 |  |
|  | Monetary value | 37 | 35 | 41 |  |
| Conductive polymer Ta capacitors | Quantity | 46 | 47 | 50 |  |
|  | Monetary value | 38 | 39 | 42 |  |

       (SANYO's comments: Sales bottomed in February; sales forecasted for March include the company's expected prices)

   (6) PC market in Taiwan (Information from NEC)
       It is alleged that the surplus stock of PC is decreasing, though it has yet to be reflected in the sales forecast. There was news that Compal increased production (to meet the demand from DEL), though capacity has not increased.
       Many capacitors for motherboards are sold on a spot sale basis with short turnaround times, which, depending on the rating, can cause issues in delivery
       Winstron: Regarding sales to Acer, although it was a low average, orders have come in with the start of the Lunar New Year
              (NEC sales to Winstron are increasing)
       ASUS: Large stock of parts
   (7) Information from FMD
       Sales of capacitors for PC (desktop) began to increase in January
       Sales of capacitors for American PC manufacturers have not decreased much
   (8) Matsushita's SP cap capacitor information (from NEC)
       2.5V 330 $\mu$ F 6m Ω: around 12 cents (normally 13-15 JPY)
       470 $\mu$ F 4.5m Ω: 22-25 cents

**CONFIDENTIAL**                                        MATSUO 00000420-CT001

MATSUO 00000420-CT002

[handwritten:] *No. 22-(2)*

(Taiwan: 27-28 cents)
* Mr. Izawa commented that he expects Nippon Chemi-Con to decrease to 18 JPY.
SP, 6-layer: Material costs are analyzed at 7-8 JPY (Nippon Chemi-Con)
SP, 2-layer: Material costs are usually between 13-15 JPY
220 $\mu$ F is around 12 JPY in Taiwan

(9) MLCC Information: The price is nearly marginal
Samsung: Offered 20-30% reduced prices taking advantage of the Won's depreciating value
Samsung also offered these prices to major Japanese customers

(10) Rubycon
Sales of capacitors for AV equipment may recover first; however, will industrial equipment recover within this year?
Rubycon's overseas sales account for 50% of the company's total sales

(11) Information from Nichicon
Nichicon is selling capacitors via trading firms so that all sales are calculated as domestic sales
It is alleged that Yen-denominated sales account for 60% of the company's total sales

(12) FMD's Suzhou (China) plant reduced capacity from 1,600 employees to 1,000 employees

(13) Nippon Chemi-Con
  - Sales bottomed in January?
  - Matsushita: Stock adjustment is slated to complete by March, with the exception of digital cameras
  - Sales of capacitors for automobiles are forecasted to remain sluggish until the end of 2009
  - TV: Japanese manufacturers' stock within the European market have yet to be adjusted to the proper level
    (Price difference from competitors)
  − Chinese-made televisions cost around 130,000 JPY for a 55-inch unit
  - Sony TV: Domestic sales reduced to half; purchase of parts reduced to a quarter [of the present level]
  - Selling price of Sony-made A1 electrolytic capacitors are 108.7 JPY at the current exchange rate
    It is alleged that Sony favored a dollar-based deal with a ceramic capacitor manufacturer
  - Hitachi requested that Nippon Chemi-Con delay payment from the end of March to April 1st.
    (Nippon Chemi-Con commented that they would not oblige)
  - Conductive polymer A1 capacitor: Export accounts for 90%; very few domestic sales

(14) ELNA
  - Prototype circuit boards: Sales of capacitors for prototype circuit boards bottomed in January
    * Specialized sales and the unit price for prototypes are best; sales of circuit boards account for 65% of the
      company's total sales.
  - Monthly sales: Over hundreds of millions of Yen; can meet requirements for delivery (one week) to differentiate
    from competitors
  - TV-boards are mainly the 4-layer types (Subject to noise)

2. Presidents Meeting
A dinner party is scheduled for the next meeting. Mr. Aono, president of ELNA, will send an invitation separately to notify
each company.
Schedule of Market Research Meeting in the upcoming months
2009 Market Research Schedule:
 March 11, April 16 (NCC), May 21, June 18, July 16, August 21, September 17 (NCC), October 16, November 19,
      December 21 (year-end party)
 2010: January 1, February XX, March 18

End of Document

**CONFIDENTIAL**                                                     **MATSUO 00000420-CT002**

MATSUO 00000420-CT003

[*handwritten*:] No. 22-(3)

Marketing Research Meeting Report   (   4   )

\* Please enter number.    **Submission date: 02/12/2009**

2009 February

## 1. Order status

\* Express the status for each month as an index, with the first half of 2007 as 100.

| | | | 2nd half/2007 | 1st half/2008 | Nov. | Dec. | Jan. | Feb. | Mar. | Apr. | Projected 2nd half/2008 | 2nd half/2008 Planned ratio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aluminum | AL overall | Qty. | | | | | | | | | | |
| | | Amount | | | | | | | | | | |
| | 04 model | Qty. | | | | | | | | | | |
| | | Amount | | | | | | | | | | |
| | Chip | Qty. | | | | | | | | | | |
| | | Amount | | | | | | | | | | |
| | Snap-in | Qty. | | | | | | | | | | |
| | | Amount | | | | | | | | | | |
| | Screw | Qty. | | | | | | | | | | |
| | | Amount | | | | | | | | | | |
| | Conductive | Qty. | | | | | | | | | | |
| | | Amount | | | | | | | | | | |
| Tantalum | Manganese | Qty. | 100% | 89% | 74% | 55% | 53% | 50% | 55% | 63% | | |
| | | Amount | 100% | 92% | 74% | 54% | 50% | 48% | 56% | 67% | | |
| | Conductive | Qty. | | | | | | | | | | |
| | | Amount | | | | | | | | | | |

## 2. Order observations

(1) Order performance analysis

    1. Automobile-related production is decreasing

(2) Projected Forecast

    1. There are no production recovery prospects for items related to in-vehicle equipment
    2. Decrease in working days for February

## 3. Device production trend topics

\* Express 2nd half/2008 projections relative to 2nd half/2007

| | 2nd half/2007 | 1st half/2008 | Proj. 2008 | | Comments |
|---|---|---|---|---|---|
| (1) Thin panels | 100% | | | | |
| (2) Automotive | 100% | | | ↘ | |
| (3) PC | 100% | | | | |
| (4) Storage devices | 100% | | | → | |
| (5) Office machines | 100% | | | | |
| (6) IDSC and other photo | 100% | | | → | |
| (7) Household electronics | 100% | | | | |
| (8) Cellular telephones | 100% | | | ↘ | |
| (9) Mobile communications | 100% | | | → | |
| (10) Power supply | 100% | | | | |
| (11) Amusement | 100% | | | | |
| (12) Other topics | 100% | | | | |

**CONFIDENTIAL**

**MATSUO 00000420-CT003**



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Magdalena Kawalkowski, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the below documents from Japanese into below.

**TransPerfect Project:** TPT764984
**File:** MATSUO 00000420
**Language:** English

Magdalena Kawalkowski

Sworn to before me this

Friday, November 20, 2015

Signature, Notary Public

SENIDA KULJANCIC
Notary Public - State of New York
No. 01KU6322856
Qualified in KING County
Commission Expires April 13, 2019

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | Master File No. 3:17-md-02801-JD Civil Action No. 3:14-cv-03264-JD |
| THIS DOCUMENT RELATES TO: | |
| THE DIRECT PURCHASER CLASS ACTION | Date:         March 2, 2020 Time:         9:00 a.m. Courtroom:    11, 19th Floor Judge:        Honorable James Donato |

11
12
13
14
15
16
17
18
19
20

# TRIAL EXHIBIT # 117

21
22
23
24
25
26
27
28

No.27 -①

2010.4.21



## 4月度マーケティング研究会報告

### NECトーキン
タンタルマンガンの状況。
- 台湾N-PC 1～2月生産まったく落ちず。 特にネットブックは145～150%の前年比伸張。

| 期間 | 10-12月 | 1-3月 | 4-6月 単位：M台 |
|---|---|---|---|
| 生産量 | 45M | 40M | 43M ⇒ 2010年全体で190～200M台いくかも。 |

　ケミコンよりアルミ高圧品(450Vφ12-18)はまったく需要に追いついてない。パソコン用ACアダプターの要求数量を入れられない。今年は ACアダプターがネックになる。
- マンガン汎用品市場より、AVX と KEMET が引き始めている。 その関係でマンガン市場もタイトが続いている。

- 安値品の価格是正を行っている。
- ソニーは下期の RFQ を出さないようだ、よってこちらから値上げ見積りを出したい。
- パナソニックについても、上期交渉で値上げは出来なかったが、下期は行う。

タンタルポリマーの状況
- タンタルポリマーは、三洋が高圧品(16-25V)の需要が伸びアップ・アップ状態。
Apple: 16V68uF、三星 LED-TV:20V22uF,20V33uF を使用。
- 三星電機がタンタルポリマーを本格的にやりだした。 D3-Vケースはやらずに S～A の小型に集中するらしい。 三洋と同じ電解重合方式で、近々に1億個/月の生産量を確保すると言っている。 三洋の技術が流れた恐れあり、特許等で押さえ込めないか。

### ルビコン
アルミ電解
- 小型リード品・大型スナップインとも高圧品を中心に間に合わない状況が続いている。
リード品：1ヶ月、スナップイン：1.5ヶ月近注残を持ってしまっている。 今後の販売状況不安で、設備投資は行わない。 材料も昨年来上がっており、赤字品の価格是正を積極的に行っている。
- アルミチップも汎用品は価格合わず、受注を絞り 付加価値が高い大型品へ生産をシフトしている。

アルミポリマー
- アルミ電解と比較し価格が合わず苦しんでいる。 PED の SP が市場価格を引っ張っており、とてもついてゆけない。 無理に追いかけることなく、合う物のみ受注している。

### 日本ケミコン
アルミ電解
- 高圧品を中心に、まったく受注に追いつけない。 スナップインやネジ端子品も赤字定格以外にも価格値上げの指示がでた。 赤字販売しているところには、納入を止めている。事実ミツミには納入を止め、資材も交渉テーブルに付くので納入再開を申し入れてきている。
- ソニーは LEDバックライトTV で、三星と同じく薄型を年末立上げ予定。 この為アルミ電解の細型品の需要が急激に上がった。現在 ルビコン・ケミコンしか供給できず。 φ10x50 450V47uF を 4-6本/台使用予定。 要求 15,000k 個の半分も供給できるか。
⇒ ソニーエナジーで当社に話が来ている LEDバックライト電源(JAH型)に絡み注意必要。

アルミポリマー
・D-PC 用でアルミ巻回ポリマーリード品の数量拡大。 インテルの新 GPU+チップセット、アルミ導電性必要数量が 40-50 個/台にもなる。

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT 117

CASE No. MDL Case No. 17-md-02801-JD
Case No. 14-cv-03264-JD
DATE ENTERED
BY
DEPUTY CLERK

**EXHIBIT**
**117**

Okubo

5/26/2016 CAR

CONFIDENTIAL

MATSUO 00000468

No.27-②

**松尾**
3月は宇宙向けが伸張し、販売を底上げた。 産業機器もやっと上がってきたが、トヨタの北米での
シェアーダウン影響が出てきた。
ヒューズは新しい話が多いが、タンタルは産業機器が中心で、各社の様子とはまったく違う。

トヨタが北米でシェアーを落としたが、GM・フォードと韓国ヒュンダイが伸ばしている。

**三洋**
- POS関係は、N－PC生産がよく高原横ばい、Apple向けが 4 月より1.5倍に上がり、生産き
  ゅうきゅう。
- 特にPED SPキャップとぶつかるD3・Vケース品は価格安いので、引いている。
  全体に価格の高いものを優先して供給している。
- POSの高圧品はLED－TVやAppleのN－PC関係で非常によく、生産きゅうきゅう。

**エルナー**
- 欧米の車載電装メーカーに引きが相変わらず強い。 北米ではGM・フォードが復調してきた。
- 欧州では納期にまったく合わなかったが、アイルランド火山の影響で顧客工場生産が止まり、
  一息つけた。

**その他情報交換**
タンタルポリマー 価格 16V33uF USDO.160
ニチコン CANON の価格値上げ A ケース:1.79→2.00→2.20→2.54 と 3 回上げた
オーストラリアのタンタル鉱山業者が鉱石値段を上げそうである
台湾の市場価格 6V47uF:3.50 円、 6V100uF: 6.00 円

CONFIDENTIAL

MATSUO 00000459

マーケティング研究会報告　　( NEC-T )　　　　No. 27

2010年　4月　　　　　　※番号をご記入ください。　　　　提出日：2010年4月21日

## 1.出荷、所要状況

・09/上を100として各月の状況を指数として表現する。

| | | | 09/上 | 09/下 | 1月 | 2月 | 3月 | 4月 | 5月 | 6月 | 10/上予測 | 10/上計画比 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| アルミ | AL全体 | 数量 | 100% | | | | | | | | | |
| | | 金額 | 100% | | | | | | | | | |
| | O4型 | 数量 | 100% | | | | | | | | | |
| | | 金額 | 100% | | | | | | | | | |
| | チップ | 数量 | 100% | | | | | | | | | |
| | | 金額 | 100% | | | | | | | | | |
| | スナップイン | 数量 | 100% | | | | | | | | | |
| | | 金額 | 100% | | | | | | | | | |
| | ネジ | 数量 | 100% | | | | | | | | | |
| | | 金額 | 100% | | | | | | | | | |
| | 導電性 | 数量 | 100% | | | | | | | | | |
| | | 金額 | 100% | | | | | | | | | |
| タンタル | マンガン | 数量 | 100% | 109% | 100% | 98% | 118% | 125% | 130% | 130% | 127% | |
| | | 金額 | 100% | 97% | 80% | 80% | 106% | 120% | 125% | 125% | 123% | |
| | 導電性 | 数量 | 100% | 109% | 100% | 115% | 125% | 140% | 140% | 150% | 145% | |
| | | 金額 | 100% | 86% | 97% | 113% | 130% | 145% | 145% | 145% | 138% | |

## 2.受注考察
(1)受注実績分析

(handwritten notes)

(2)今後の見通し

(handwritten notes)

## 3.機器生産動向トピックス

| | 09/上 | 10/上 | 10/下予測 | コメント |
|---|---|---|---|---|
| (1)薄型パネル | 100% | | | |
| (2)自動車 | 100% | | | 10/08 Aula |
| (3)PC | 100% | | | 28/33 V LCD→TV  33 V |
| (4)記憶装置 | 100% | | | |
| (5)事務機 | 100% | | | |
| (6)DSC携帯フォト | 100% | | | |
| (7)家電 | 100% | | | |
| (8)携帯電話 | 100% | | | |
| (9)モバイル通信 | 100% | | | |
| (10)電源 | 100% | | | |
| (11)アミューズ | 100% | | | |
| (12)その他トピックス | 100% | | | |

CONFIDENTIAL

MATSUO 00000460

マーケティング研究会報告　( ﾊﾋﾞｼﾞｮﾝ ) 　No.27-④

※番号をご記入ください。　　　提出日：2010年 4月 21日

2010年　4月

## 1.受注状況

・09/上を100%として各月の状況を報告として整理する。

| | | | 09下 | 09下 | 1月 | 2月 | 3月 | 4月 | 5月 | 6月 | 10上予測 | 10上計画比 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| アルミ | AL全体 | 数量 | 100% | 105% | 107% | 102% | 105% | 110% | 102% | 101% | 102% | |
| | | 金額 | 100% | 110% | 117% | 111% | 111% | 116% | 112% | 112% | 111% | |
| | O4型 | 数量 | 100% | 106% | 108% | 103% | 108% | 113% | 105% | 104% | 104% | |
| | | 金額 | 100% | 114% | 123% | 113% | 115% | 120% | 117% | 117% | 117% | |
| | チップ | 数量 | 100% | 102% | 102% | 101% | 90% | 90% | 88% | 86% | 86% | |
| | | 金額 | 100% | 102% | 101% | 104% | 101% | 111% | 90% | 91% | 93% | |
| | スナップイン | 数量 | 100% | 94% | 86% | 89% | 99% | 98% | 95% | 107% | 104% | |
| | | 金額 | 100% | 104% | 112% | 108% | 107% | 112% | 108% | 110% | 107% | |
| | ネジ | 数量 | 100% | 97% | 95% | 101% | 86% | 84% | 85% | 73% | 82% | |
| | | 金額 | 100% | 83% | 94% | 82% | 73% | 84% | 82% | 76% | 81% | |
| | 導電性 | 数量 | 100% | 101% | 96% | 104% | 122% | 123% | 124% | 121% | 103% | |
| | | 金額 | 100% | 106% | 106% | 106% | 133% | 130% | 130% | 128% | 111% | |
| タンタル | マンガン | 数量 | 100% | | | | | | | | | |
| | | 金額 | 100% | | | | | | | | | |
| | 導電性 | 数量 | 100% | | | | | | | | | |
| | | 金額 | 100% | | | | | | | | | |

## 2.受注考察

（1）受注実績分析

09/上を基準として累計したが、AL全体の受注は6月以降も旺盛である。

特にO4型及びスナップインについては注残を抱えており、受注調整を実施。

またチップについては、汎用品生産を中止し、大型品生産へ移行しており、この影響がでている。

O4：　10日以上
6月：　1.5日以上

（2）今後の要望等

新興国向けの輸出量が増加しているが、もし新興国が金融引き締めに転けば一時的に世界景気が減速する可能性も秘めている。そこで成長産業への設備投資と資源高への対応が必要となる。

## 3.機器生産動向トピックス

・10/上予測は、09/上に対して整理願います。

| | | 09/下 | 10/上予測 | コメント |
|---|---|---|---|---|
| (1)薄型パネル | 100% | → | → | |
| (2)自動車 | | ↗ | ↗ | |
| (3)PC | | | | |
| (4)記憶装置 | 100% | | | |
| (5)車載機 | 100% | | | |
| (6)DSC等ﾌﾗｯｼｭ | | → | → | |
| (7)家電 | | | | |
| (8)携帯電話 | 100% | | | |
| (9)モバイル通信 | 100% | | | |
| (10)電源 | 100% | → | → | |
| (11)ｱﾐｭｰｽﾞ | 100% | | | |
| (12)その他トピックス | | | | |

CONFIDENTIAL

MATSUO 00000461

マーケティング研究会報告　　　ダイコン　　　　　　　　　　　　No.27-①

2010年　4月

提出日：2010年4月21日

・09/下期を100として各月の状況を指数として表現する。

| | | | 08/下 | 09/上 | 1月 | 2月 | 3月 | 4月 | 5月 | 6月 | 09下 | 09/下<br>計画比 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| アルカ | AL全体 | 数量 | 300% | 143% | 138% | 140% | 170% | 197% | 172% | 173% | 167% | |
| | | 金額 | 100% | 113% | 132% | 132% | 174% | 145% | 148% | 151% | 132% | |
| | D4型 | 数量 | 300% | 147% | 168% | 153% | 147% | 168% | 164% | 178% | 160% | |
| | | 金額 | 450% | 122% | 140% | 122% | 160% | 144% | 148% | 175% | 137% | |
| | チップ | 数量 | 190% | 127% | 141% | 134% | 155% | 151% | 181% | | 189% | |
| | | 金額 | 97% | 121% | 131% | 121% | 130% | 132% | 130% | 133% | 127% | |
| | スナップイン | 数量 | 189% | 114% | 137% | 124% | 149% | 132% | 130% | | 103% | |
| | | 金額 | 180% | 108% | 122% | 120% | 138% | 147% | 142% | 180% | | |
| | ネジ | 数量 | 100% | 62% | 113% | 107% | 187% | 121% | 132% | 182% | 107% | |
| | | 金額 | 100% | 71% | 84% | 84% | 100% | 114% | 115% | 179% | 86% | |
| | 導電性 | 数量 | 206% | 234% | 214% | 232% | 274% | 287% | 207% | | 237% | |
| | | 金額 | 148% | 153% | 152% | 173% | 184% | 188% | | 109% | | |
| タンタル | マンガン | 数量 | 180% | | | | | | | | | |
| | | 金額 | 19% | | | | | | | | | |
| | 静電性 | 数量 | 76% | | | | | | | | | |
| | | 金額 | 180% | | | | | | | | | |

## 2.受注考察
(1)受注実績分析

（本文手書き・判読困難）

## 3.機種生産動向トピックス

・09/下予算は、偶/下に対して、下期課題とします。

| | 09下 | 09/上 | 09/下予算 | コメント |
|---|---|---|---|---|
| (1)産業パネル | 100% | | → | |
| (2)自販機 | 100% | | → | |
| (3)PC | 100% | | → | |
| (4)記憶装置 | 100% | | → | |
| (5)電源装置 | 100% | | → | |
| (6)DC-DCコンバ | 100% | | → | |
| (7)電源 | 100% | | → | |
| (8) 電脳 | 100% | | → | |
| (9)モバイル通信 | 100% | | → | |
| (10)車載 | 100% | | → | |
| (11)アミューズ | 100% | | → | |
| (12)その他トピックス | 100% | | → | |

（以下手書きメモ）

CONFIDENTIAL

MATSUO 00000462

マーケティング研究会報告　（　松尾　）　　　　　　　No.27-⑤
＊番号をご記入ください。　　　提出日 ： 2010年4月21日

2010年　4月

## 1.受注状況

・09/上を100として各月の状況を指数として表現する。

| | | | 09/上 | 09/下 | 1月 | 2月 | 3月 | 4月 | 5月 | 6月 | 10上予測 | 10上計画比 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| アルミ | AL全体 | 数量 | | | | | | | | | | |
| | | 金額 | | | | | | | | | | |
| | O4型 | 数量 | | | | | | | | | | |
| | | 金額 | | | | | | | | | | |
| | チップ | 数量 | | | | | | | | | | |
| | | 金額 | | | | | | | | | | |
| | スナップイン | 数量 | | | | | | | | | | |
| | | 金額 | | | | | | | | | | |
| | ネジ | 数量 | | | | | | | | | | |
| | | 金額 | | | | | | | | | | |
| | 導電性 | 数量 | | | | | | | | | | |
| | | 金額 | | | | | | | | | | |
| タンタル | マンガン | 数量 | 100% | 106% | 98% | 92% | 108% | 100% | 98% | 103% | 105% | |
| | | 金額 | 100% | 103% | 98% | 89% | 111% | 103% | 100% | 105% | 108% | |
| | 導電性 | 数量 | | | | | | | | | | |
| | | 金額 | | | | | | | | | | |

## 2.受注考察

（1）受注実績分析
・車載関連 トヨタ向け 4月以降▲10%へフォーキャストダウン。トヨタ系北米の販売調整。
・産業機器向け(設備関連)にやっと動きが出てきた。

（2）今後の見通し

## 3.機器生産動向トピックス

→　→　→

・09/下予測は、08/上に対して表現。

| | 08/上 | 09/上 | 09予測 | コ　ー　メ　ン　ト |
|---|---|---|---|---|
| (1)液晶パネル | 100% | | | |
| (2)自動車 | 100% | → | → | |
| (3)PC | 100% | | | |
| (4)記憶装置 | 100% | → | | |
| (5)事務機 | 100% | | | |
| (6)DSC数フォト | 100% | → | | |
| (7)家電 | 100% | | | |
| (8)携帯電話 | 100% | → | | |
| (9)モバイル通信 | 100% | → | | |
| (10)電源 | 100% | | | |
| (11)アミューズ | 100% | | | |
| (12)その他トピックス | 100% | | | |

CONFIDENTIAL

MATSUO 00000463

マーケティング研究会報告　（　三洋　）　No.27-⑦
＊番号をご記入ください。　提出日 ： 2010年 4月 21日

2010年　4月

## 1.受注状況

・09／上を100として各月の状況を指数として表現する。

| | | | 09／上 | 09下 | 1月 | 2月 | 3月 | 4月 | 5月 | 6月 | 10/上予測 | 10/上計画比 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| アルミ | AL全体 | 数量 | 100% | 19% | 7% | 4% | 2% | | | | | |
| | | 金額 | 100% | 19% | 7% | 4% | 2% | | | | | |
| | O4型 | 数量 | 100% | 16% | 4% | 1% | 0% | | | | | |
| | | 金額 | 100% | 17% | 5% | 2% | 0% | | | | | |
| | チップ | 数量 | 100% | 22% | 10% | 7% | 5% | | | | | |
| | | 金額 | 100% | 21% | 8% | 6% | 4% | | | | | |
| | スナップイン | 数量 | 100% | | | | | | | | | |
| | | 金額 | 100% | | | | | | | | | |
| | ネジ | 数量 | 100% | | | | | | | | | |
| | | 金額 | 100% | | | | | | | | | |
| | 導電性 | 数量 | 150% | 109% | 110% | 101% | 107% | 119% | 116% | 121% | | |
| | | 金額 | 100% | 113% | 116% | 108% | 112% | 122% | 122% | 127% | | |
| タンタル | マンガン | 数量 | 760% | | | | | | | | | |
| | | 金額 | 380% | | | | | | | | | |
| | 導電性 | 数量 | 100% | 89% | 84% | 76% | 89% | 110% | 107% | 107% | | |
| | | 金額 | 100% | 93% | 90% | 82% | 96% | 119% | 117% | 117% | | |

## 2.受注考察

(1)受注実績分析

NBのQ1は、旧正月での大きな落ち込みも無く好調だが、取り込み過多、部品不足、人員不足など
不透明要素多く、先々が読みにくい状況は変らない。

_[手書き]_

(2)今後の見通し

需要調整はあるかもしれないが、逼迫状況は当面継続すると思われる。

_[手書き]_

## 3.機器生産動向トピックス

・09上予測は、08/上に対して表現願います。

| | 08／上 | 08／下 | 09／上予測 | コメント |
|---|---|---|---|---|
| (1)薄型パネル | 100% | → | → | |
| (2)自動車 | 100% | ↗ | ↗ | |
| (3)PC | 100% | ↗ | → | |
| (4)記憶装置 | 100% | ↗ | ↘ | |
| (5)事務機 | 100% | | | |
| (6)DSC他フォト | 100% | → | ↗ | |
| (7)家電 | 100% | | | |
| (8)携帯電話 | 100% | ↘ | ↗ | |
| (9)モバイル通信 | 100% | | | |
| (10)電源 | 100% | | | |
| (11)アミューズ | 100% | ↗ | | |
| (12)その他トピックス | 100% | | | |

CONFIDENTIAL

マーケティング研究会報告 　（　　7　　） No.27-④

2010年 4月 　　エルナー

提出日 ： 2010年4月21日

## 1.受注状況

| | | | 09/下 | 09/上 | 1月 | 2月 | 3月 | 4月 | 5月 | 6月 | 09下予測 | 09下計画比 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| アルミ | AL全体 | 数量 | 100% | 114% | 113% | 111% | 148% | 125% | 125% | 125% | 125% | |
| | | 金額 | 100% | 115% | 124% | 125% | 153% | 143% | 143% | 142% | 132% | |
| | 04型 | 数量 | 100% | 112% | 122% | 113% | 140% | 131% | 131% | 129% | 126% | |
| | | 金額 | 100% | 112% | 126% | 123% | 142% | 138% | 138% | 136% | 131% | |
| | チップ | 数量 | 100% | 116% | 105% | 107% | 151% | 116% | 117% | 119% | 122% | |
| | | 金額 | 100% | 118% | 119% | 122% | 162% | 138% | 140% | 142% | 131% | |
| | スナップイン | 数量 | 100% | 105% | 125% | 101% | 108% | 106% | 130% | 120% | 103% | |
| | | 金額 | 100% | 114% | 140% | 114% | 112% | 118% | 146% | 139% | 107% | |
| | ネジ | 数量 | 100% | | | | | | | | | |
| | | 金額 | 100% | | | | | | | | | |
| | 導電性 | 数量 | 100% | 135% | 169% | 398% | 400% | 429% | 389% | 422% | 265% | |
| | | 金額 | 100% | 122% | 139% | 286% | 315% | 345% | 321% | 354% | 183% | |
| タンタル | マンガン | 数量 | 100% | 28% | 10% | 21% | 16% | 18% | 8% | 9% | 14% | |
| | | 金額 | 100% | 38% | 14% | 28% | 20% | 20% | 11% | 11% | 19% | |
| | 導電性 | 数量 | 100% | | | | | | | | | |
| | | 金額 | 100% | | | | | | | | | |

まだはこのままいいのでは！

## 2.受注考察

(1) 受注実績分析
　　サイズに関係なく平均してFULL生産。
　　一時的ではあるが欧州において車の生産がアイスランド火山灰によりライン停止により工場一巡。

(2) 今後の見通し
　　今後の予測として、波はあるがこのまま維持するのではないか。

ベネ�ズエル　　アイスランド、ハンガリー

## 3.機器生産動向トピックス

| | 09/下 | 09/上 | 09/下予測 | |
|---|---|---|---|---|
| (1)薄型パネル | 100% | ↗ | | |
| (2)自動車 | 100% | → | → | 以前好調維持。新興国の車販売好調 |
| (3)PC | 100% | → | ↗ | |
| (4)記憶装置 | 100% | | | |
| (5)事務機 | 100% | | | |
| (6)DSC他フォト | 100% | → | | |
| (7)家電 | 100% | | | |
| (8)携帯電話 | 100% | ↗ | → | 韓国勢好調。 |
| (9)モバイル通信 | 100% | | | |
| (10)電源 | 100% | | | |
| (11)アミューズ | 100% | → | | |
| (12)その他トピックス | 100% | | | |

CONFIDENTIAL

MATSUO 00000465



**TRANSPERFECT**

City of New York, State of New York. County of New York

I, Magdalena Kawalkowski, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the below documents from Japanese into below.

**TransPerfect Project: TPT764984**
**File: MATSUO 00000458**
**Language: English**

Magdalena Kawalkowski

Sworn to before me this

Friday, November 20, 2015

Signature, Notary Public

SENIDA KULJANCIC
Notary Public - State of New York
No. 01KU6322856
Qualified in KING County
Commission Expires April 13, 2019

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

MATSUO 00000458-CT001
[handwritten text indicated in italics]

*No. 27-1*

April Marketing Research Meeting Report

April 21, 2010

*Sales Manager
of East Japan
April 23, 2010
Okubo*

### NEC TOKIN
Market situation for tantalum manganese
- Taiwan N-PC January-February: Production did not drop at all. Netbooks in particular increased by 145-150% compared with last year.

| Periods (months): | 10-12 | 1-3 | 4-6 | Unit: M (million) units |
|---|---|---|---|---|
| Production volume (million):45 | | 40 | 43 | =>Total for 2010 may reach 190-200 M units |

  Chemi-Con reports: Aluminum high pressure product (450V $\Phi$ 12-18) has not caught up with demand at all. Unable to supply requested quantity of AC adapters for PCs. This year, AC adapters could be a bottleneck.
- AVX and KEMETT are beginning to withdraw from the market for general-purpose manganese products. As a result, the manganese market has continued to be tight.

- We are correcting the prices of cheap products.
  Sony seems not to be issuing an RFQ for the second half, so we want to send estimates with increased prices.
- For Panasonic, we could not increase prices in negotiations for the first half, but we will for the second half.
Market situation for tantalum polymer
- Sanyo is struggling in the supply of tantalum polymer as demand for high pressure (16 to 25V) products has increased.
  Apple uses 16V 68uF and Samsung LED-TV uses 20V 22uF and 20V 33uF.
- Samsung Electronic-Mechanics has started full-blown production of tantalum polymer. It seems that they will not produce D3-V cases but will focus on small types of S-A. Their production method is electrolytic polymerization, the same as Sanyo, and they said they will secure production of 100 million pieces per month.
  Sanyo's technology may have been leaked. We wonder if patents etc. could block it.

Rubycon
Aluminum electrolysis
- Deliveries have been late for both small-sized lead products and large-sized snap-in products, especially the high pressure types of such products.
  Backlogs of orders: lead articles; one month, snap-in products 1.5 months. No capital investment is planned due to anxiety over future sales situations. As prices for materials have increased since last year, we are positively trying to correct the prices of loss-making products.
- In aluminum chips, general-purpose items do not suit us price-wise, so we are squeezing orders for such items and shifting production to large-seize products of high added value.
Aluminum polymer
- We are suffering from buyers not meeting our prices, unlike aluminum electrolysis, PED SP is the price leader and we really cannot follow. Thus, we are accepting orders only if our price is met, without chasing after inquiries.

Nippon Chemi-Con
Aluminium electrolysis
- Production cannot keep up with orders received at all for high pressure products in particular. Instructions have been received for snap-in products and screw terminal products to raise prices generally, not just for loss-making ratings. We have stopped deliveries to loss-making customers. In fact, we discontinued deliveries to Mitsumi, but it has requested the resumption of deliveries mentioning they are ready for price negotiations
- Sony plans to launch an LED backlight TV with a flat screen like Samsung, at the end of the year, which has made demand for thin-type aluminum electrolysis increase rapidly. At the moment, only Rubycon and Chemi-Con can supply this product. They are planning to use 4-6 pieces $\Phi$10x50 450 V 47uF per unit. There is a question whether even half of the requested quantity of 15,000k could be supplied.
  => Attention needs to be paid in relation to the LED backlight power source (JAH type) that Sony Energy Devices is talking about with our company.

Aluminum polymer

**CONFIDENTIAL**

**MATSUO 00000458-CT001**

MATSUO 00000458-CT002

*No. 27-2*

- The quantity of aluminum wound polymer lead products has increased for D-PC. Intel's new CPU + chip set necessary quantity of conductive aluminum items will be 40-50 pieces per unit

Matsuo
Space-related orders increased during March, which boosted sales. Industrial machines have increased at last. However, the impact of Toyota's decreased share in North America has started to appear.
There is a lot of new talk about fuses, whereas tantalum is mostly for industrial machinery, which differs from the situations at other companies.

While Toyota has lost its share in North America, GM, ford and South Korea's Hyundai are increasing their shares.

Sanyo
- In POS-related products, N-PC production is good and has leveled off on a plateau. Orders from Apple have increased by 50% from April on, making production very tight.
- We are backing out of D3-V case products due to their low prices, which compete with PED SP Cap in particular. We are supplying products prioritizing high-priced ones overall.
- POS high pressure products are selling very well thanks to LED-TV and Apple's N-PC, which is making production very tight.

ELNA.
- Inquiries continue to be strong from automotive electric component manufactures in Europe and the United States. In North America, GM and Ford have recovered.
- It was not at all possible to make deliveries on time in Europe, but a volcanic emption in Ireland shut down our customers' plants, which gave us some more time.

Other information exchange
Tantalum polymer: Price 16V 33uF US$0.160
Nichicon: Increased prices for Canon. A case has been increased three times as 1.79 -> 2.00 -> 2.20 -> 2.54.
Australian tantalum mine owners seem likely to increase ore prices
Market prices in Taiwan 6V 47uF: ¥3.50, 6V 100uF: ¥6.00.

**CONFIDENTIAL**

MATSUO 00000458-CT002

MATSUO 00000458-CT003
[handwritten text indicated in italics]

No. 27-3

*NEC-T*

Marketing Study Meeting Report          (          1          )

FY 2010 |April|                    *Enter the number.                    Submitted on: April 21, 2010

1. Orders received status

*The status of each month is expressed as an index, with the 2009/1st Half as 100.

| | | | 2009/1st Half | 2009/2nd Half | Jan | Feb | Mar | Apr | May | Jun | 2010/1st Half Forecast | 2010/1st Half Compared to the past year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aluminum | Overall AL | Volume | 100% | | | | | | | | | |
| | | Amount | 100% | | | | | | | | | |
| | 04 Type | Volume | 100% | | | | | | | | | |
| | | Amount | 100% | | | | | | | | | |
| | Chip | Volume | 100% | | | | | | | | | |
| | | Amount | 100% | | | | | | | | | |
| | Snap-in | Volume | 100% | | | | | | | | | |
| | | Amount | 100% | | | | | | | | | |
| | Screw | Volume | 100% | | | | | | | | | |
| | | Amount | 100% | | | | | | | | | |
| | Dielectric Property | Volume | 100% | | | | | | | | | |
| | | Amount | 100% | | | | | | | | | |
| Tantalum | Manganese | Volume | 100% | 100% | 100% | 98% | 113% | 133% | 130% | 130% | 127% | |
| | | Amount | 100% | 87% | 98% | 90% | 100% | 120% | 125% | 125% | 127% | |
| | Dielectric Property | Volume | 100% | 100% | 180% | 218% | 127% | 148% | 148% | 180% | 149% | |
| | | Amount | 100% | 98% | 88% | 97% | 113% | 130% | 130% | 148% | 130% | |

2. Orders received Examination                    *Led by polymer high voltage products. Sanyo increased 16-25V.*

(1) Orders received Results Analysis          *Samsung polymer electrolytic polymerization) changing to miniaturization same as Sanyo.   [illegible]*

There was no dreaded second bottom for the demand in 2009/2nd Half, and the orders received result significantly exceeded the same period in the previous year. Even after Apr 2010, flat TV, and mobile phone production continued to be good, and tight supply and demand situation continues.

| | Oct/Dec | Jan-Mar | Apr-Jun | |
|---|---|---|---|---|
| *Taiwan Note   No decrease at all for Jan-Feb.  N-PC* | *45* | *40* | *43* | *[illegible] 200* |
| *Net books had an increase by 145-150%.* | | | | |

(2) Future prospects
*KEMET has stopped.*

*SONY will not issue RFQ, either.*
*We will increase the price for Panasonics in 2nd half.  AVX, and Nichicon increased the price as well.*

*It seems to go up due to [illegible]*                    *Can we prevent it by patent?*

3. Equipment production trend t   *|→ | → | ↗ t*

*Please express 2010/2nd Half forecast against 2009/2nd Half.*

| | 2009/2nd Half | 2010/1st Half | 2010/2nd Forecast | Comment |
|---|---|---|---|---|
| (1) Flat Panel | 100% | | | |
| (2) Automobile | 100% | | | |
| (3) PC | 100% | | → | |
| (4) Memory Device | 100% | | | |
| (5) Office Equipment | 100% | | | |
| (6) DSC, Etc. Photo | 100% | | → | |
| (7) Home Electric | 100% | | ↑ | |
| (8) Mobile Phone | 100% | | ↗ | → |
| (9) Mobile Communication | 100% | | | |
| (10) Power Source | 100% | | | |
| (11) Amusement | 100% | | ↗ | → |
| (12) Other Topics | 100% | | | |

CONFIDENTIAL

MATSUO 00000458-CT003

MATSUO 00000458-CT004
[handwritten text indicated in italics]

*No. 27-4*

### *Rubicon*

Marketing Study Meeting Report ( 2 )

FY 2010 | April |                     *Enter the number.*                    Submitted on: April 21, 2010

## 1. Orders Received Status

*The status of each month is expressed as an index, with the 2009/1st Half as 100.*

| | | | 2009/1st Half | 2009/2nd Half | Jan | Feb | Mar | Apr | May | Jun | 2010/1st Half Forecast | 2010/1st Half Compared to budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aluminum | Overall AL | Volume | | 100% | 107% | 103% | 102% | 118% | 106% | 101% | 107% | |
| | | Amount | | 110% | 117% | 111% | 111% | 119% | 117% | 112% | 117% | |
| | 04 Type | Volume | | 104% | 110% | 107% | 106% | 112% | 106% | 104% | 104% | |
| | | Amount | | 114% | 122% | 117% | 116% | 120% | 117% | 117% | 117% | |
| | Chip | Volume | | 102% | 105% | 101% | 90% | 90% | 86% | 86% | 88% | |
| | | Amount | | 102% | 101% | 104% | 101% | 101% | 80% | 91% | 83% | |
| | Snap-in | Volume | | 84% | 88% | 86% | 94% | 94% | 97% | 107% | 104% | |
| | | Amount | | 104% | 117% | 108% | 107% | 112% | 108% | 116% | 107% | |
| | Screw | Volume | | 87% | 86% | 101% | 94% | 84% | 86% | 79% | 62% | |
| | | Amount | | 83% | 84% | 83% | 79% | 64% | 87% | 78% | 61% | |
| | Dielectric Property | Volume | | 101% | 98% | 104% | 123% | 122% | 126% | 121% | 102% | |
| | | Amount | | 108% | 108% | 108% | 125% | 130% | 130% | 129% | 111% | |
| Tantalum | Manganese | Volume | | | | | | | | | | |
| | | Amount | | | | | | | | | | |
| | Dielectric Property | Volume | | | | | | | | | | |
| | | Amount | | | | | | *It is not in accord with [illegible]* | | | | |

## 2. Orders received Examination

*After April, the effect of the price increase by Japanese companies will show up.*

### (1) Orders received Results Analysis

It was aggregated based on 2009/1st half. Overall AL orders received continues to be vigorous even after May.
We have a backlog of orders especially for 04 model and snap-in, hence we adjusted the orders received.
In addition, for the chip, we suspended the general purpose product production, and transitioned to large size model production, and this impact has shown up.

*Withdrawn due to the unmatched price.*

*04: 10AV/ 1st Half*
*69: 1.5 AV/1st Half    The material price started to rise. We are correcting the price for [illegible] products.*

### (2) Future prospects

While the volume of export to newly emerging countries has increased, if the emerging countries were to move towards monetary tightening, the global economy might slow-down temporarily. Therefore, we need capital investment to the growing industries and respond to the natural resource price hike.

## 3. Equipment production trend topics

*Please express 2010/1st Half forecast against 2010/1st Half.*

| | 2009/1st Half | 2009/2nd Half | 2010/1st Forecast | Comment |
|---|---|---|---|---|
| (1) Flat Panel | | | | |
| (2) Automobile | | | | |
| (3) PC | | | | |
| (4) Memory Device | | | | |
| (5) Office Equipment | | | | |
| (6) DSC, Etc. Photo | | | | |
| (7) Home Electric | | | | |
| (8) Mobile Phone | | | | |
| (9) Mobile Communication | | | | |
| (10) Power Source | | | | |
| (11) Amusement | | | | |
| (12) Other Topics | | | | |

**CONFIDENTIAL**

**MATSUO 00000458-CT004**

MATSUO 00000458-CT005

Marketing Study Meeting Report      *Chemi-Con* (     3     )

FY2010 [April]     *Enter the number.           Submitted on: April 21, 2010

*The status of each month is expressed as an index, with the 2008/2nd Half as 100.

| | | | 2008/2nd Half | 2009/1st Half | Jun | Feb | Mar | Apr | May | Jun | 2009/2nd Half Forecast | 2009/2nd Half Compared to the plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aluminum | Overall AL | Volume | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | | *illegible* | *illegible* |
| | | Amount | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | | *illegible* | *illegible* |
| | 04 Type | Volume | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | | *illegible* | *illegible* |
| | | Amount | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | | *illegible* | *illegible* |
| | Chip | Volume | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | | *illegible* | *illegible* |
| | | Amount | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | | *illegible* | *illegible* |
| | Snap-in | Volume | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | | *illegible* | *illegible* |
| | | Amount | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | | *illegible* | *illegible* |
| | Screw | Volume | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | | *illegible* | *illegible* |
| | | Amount | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | | *illegible* | *illegible* |
| | Dielectric property | Volume | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | | *illegible* | |
| | | Amount | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | *illegible* | | *illegible* | |
| Tantalum | Manganese | Volume | *illegible* | | | | | | | | | |
| | | Amount | *illegible* | | | | | | | | | |
| | Dielectric property | Volume | *illegible* | | | | | | | | | |
| | | Amount | *illegible* | | | | | | | | | |

## 2. Orders received examination

*The volume increased for the current chipset for D-PC. [illegible] 500 mil/unit)*

### (1) Orders received Results Analysis

The economic recession, due to simultaneous global falling stock prices and financial instability stemming from the U.S. Subprime loan problem, started to show a bright sign mainly in East Asia thanks to the inventory adjustment progress, etc.

Japan: While the domestic economy continues to recover, materials price hike risk rose. As for the financial policy, additional monetary ease measures are being sought while deflation continues. The long-term interest is transitioning in a tax saving manner, for the time being.

USA: Supported by the inventory restoration, and export expansion move, corporate division recovery has progressed. As a result, employment environment has stabilized, and the income has mildly recovered, and in addition, consumption trends increased due to [illegible] effect, pushing the individual consumption beyond the expectation.

EU: The economy and commodity price trend for Jan-Mar period is expected to remain in low growth continuing from the Oct-Dec period, due to the cold wave, and a partial policy [illegible]. However, the business sentiment in March has significantly recovered, and the economic recovery trend continues.

Asia: The economic policy effect continues to be felt, and the export of IT related products had a good pace. Thanks to the effect from tax cut, and subsidies, individual consumption has mildly increased. China continues its high growth.

### (2) Future prospects

Japan: While the civilian demand is pushed by the FY2010 "Child allowance", etc., the public demand fell due to "waste cut", leading the domestic demand to zero growth. Meanwhile, exports has an increased undertone due to the impact mainly in Asia where the economic recovery continues.

USA: The economic demand recovery is slow, and disinflation has progressed, for the time being it is offset by the financial policy and financial aspects, hence, the economic growth rate is not expected to reach a rapid deceleration.

EU: Employment slow-down pressure still remains, and the recovery is extremely slow. Households are expected to have a tendency to suppress consumption with unstable employment in the background.

Asia: While the effects from economic measures will be weakened, and growth speed will slow down, global demand for IT-related products is expected to continue increasing, and exports maintain a positive growth. The civilian demand is expected to independently recover.

## 3. Equipment production trend topics

*Please express 2009/2nd Half forecast against 2008/2nd Half.*

| | 2008/2nd Half | 2009/1st Half | 2009/2nd Half Forecast | Comment |
|---|---|---|---|---|
| (1) Flat Panel | *illegible* | | | Although the volume increase is not as expected, the replacement demand due to the change to flat TV, and digitalization, mainly in the advanced countries has not changed. According to JEITA (Japan) demand forecast, the global demand in 2013 will hit 227, 270,000 units. Demand stimulation rules by country is: Japan 3%, China 18%, USA 17%, Western Europe 18%, Other 43%. |
| (2) Automobile | *illegible* | | | The U.S. new car sales volume in 2009 significantly dropped, which was surpassed by China for the first time. The U.S. new car sales volume in 2009 was about 10,640,000 units, declined by 21.2% compared to the previous year. On the other hand, China sold 12 million cars at mostly by November, 2009. As for the Japanese major automobile manufacturer, Nissan surpassed Toyota, and became No.1 in the Chinese automobile market for the first time in a Japanese scenario. |
| (3) PC | *illegible* | | | According to the U.S. Deploy Search, the global Intra PC sales in 2009 will hit 5129 billion, declined by 7% compared to the previous year. Although the growth of the net book shipment volume was outstanding, expanding the Note PC, it is not imposed to be enough to offset the decrease of products other than the net book. The price will transition in a downward trend in overall market in the future. |
| (4) Memory device | *illegible* | | | |
| (5) Office equipment | *illegible* | | | |
| (6) DSC, dia. photo | *illegible* | | | Camera & Imaging Products Association (CIPA,) statement of "Digital Still Camera Production Shipment Result Table" for January, 2010 is: CIPA statistics participating corporations on March 1, 2010. According to these statistics, total number of production in January was 6,567,330 units, 92.4% compared to previous month, dropping production volume for 2 consecutive months, however it significantly exceeded the volume in last January (3,784,786 units) at year-on-year ratio 176.3%. |
| (7) Home electric | *illegible* | | | Demand to natural resource industries is steady, on the other hand, due to deterioration in air conditioner sales in EU, no big growth can be expected overall |
| (8) Mobile phone | *illegible* | | | |
| (9) Mobile communication | *illegible* | | | |
| (10) Power source | *illegible* | | | Due to deterioration of corporate earnings, and decline of the general consumer buying motive, it is declining mainly in the capital investment sector. |
| (11) Amusement | *illegible* | | | |
| (12) Other topics | *illegible* | | | |

Delivery deadline has not been met at all. Apple, power source group, EMS

Orders received/ Shipments   103-104 continues

Large size Proudfizer, screws 1   We received an instruction to increase the price. *Stop the defeat)*

Sell to those where 750M - 1000$ profit can be made.

Proudfizer total greater or equal to 2007

Screw will be 400 → up to 300

[illegible]

4-6 pieces /unit

6% too/60 increase in the future.

Sony 150/kts/month Panasonic 100 [illegible]

5/10 Account settlement announcement

CONFIDENTIAL             MATSUO 00000458-CT005

MATSUO 00000458-CT006

*No. 27-6*

*Matsuo*

Marketing Study Meeting Report          (          4          )
FY 2010 [April]                          *Enter the number.                 Submitted on: April 21, 2010

1. Orders received Status                                          *The status of each month is expressed as an index, with the 2009/1ˢᵗ Half as 100.

| | | | 2009/1ˢᵗ Half | 2009/2ⁿᵈ Half | Jan | Feb | Mar | Apr | May | Jun | 2010/1ˢᵗ Half Forecast | 2010/1ˢᵗ Half compared to the plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aluminum | Overall AL | Volume | | | | | | | | | | |
| | | Amount | | | | | | | | | | |
| | G4 Type | Volume | | | | | | | | | | |
| | | Amount | | | | | | | | | | |
| | Chip | Volume | | | | | | | | | | |
| | | Amount | | | | | | | | | | |
| | Snap-in | Volume | | | | | | | | | | |
| | | Amount | | | | | | | | | | |
| | Screw | Volume | | | | | | | | | | |
| | | Amount | | | | | | | | | | |
| | Dielectric Property | Volume | | | | | | | | | | |
| | | Amount | | | | | | | | | | |
| Tantalum | Manganese | Volume | 100% | 100% | 86% | 82% | 106% | 100% | 98% | 103% | 105% | |
| | | Amount | 100% | 103% | 88% | 80% | 111% | 103% | 100% | 109% | 108% | |
| | Dielectric Property | Volume | | | | | | | | | | |
| | | Amount | | | | | | | | | | |

*Korean Hyundai grew*

2. Orders received Examination                     *GM ↑      Ford*

(1) Orders received Result Analysis                                                      *Nichicon*

*[illegible] has not come in*

Vehicle installation-related  For Toyota  After April downward revision of forecast to ▲10%.  Sales adjustment by Toyota group in North America.
Products for industrial equipment (equipment-related) finally started to show some move.

(2) Future prospects

3. Equipment production trend topics                              *SONY [illegible] model  November MP*

*Please express 2009/2ⁿᵈ Half forecast against 2008/1ˢᵗ Half.

| | 2008/2ⁿᵈ Half | 2009/1ˢᵗ Half | 2009 forecast | Comment |
|---|---|---|---|---|
| (1) Flat Panel | 100% | | | |
| (2) Automobile | 100% | | | |
| (3) PC | 100% | | | |
| (4) Memory device | 100% | | | |
| (5) Office equipment | 100% | | | |
| (6) DSC, etc. photo | 100% | | | |
| (7) Home electric | 100% | | | |
| (8) Mobile phone | 100% | | | |
| (9) Mobile communication | 100% | | | |
| (10) Power source | 100% | | | |
| (11) Amusement | 100% | | | |
| (12) Other topics | 100% | | | |

*SANYO*

**CONFIDENTIAL**                                              MATSUO 00000458-CT006

MATSUO 00000458-CT005

*No 27-5*

Marketing Study Meeting Report                (        6        )
FY 2010 April                *Enter the number.                Submitted on: April 21, 2010

1. Orders received Status

*The status of each month is expressed as an index, with the 2009/1st Half as 100.

| | | | 2009/1st Half | 2009/2nd Half | Jan | Feb | Mar | Apr | May | Jun | 2010/1st Half Forecast | 2010/1st Half Compared to the plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aluminum | Overall AL | Volume | 100% | 18% | 7% | 4% | 2% | | | | | |
| | | Amount | 100% | 19% | 7% | 4% | 2% | | | | | |
| | 04 Type | Volume | 100% | 18% | 4% | 1% | 5% | | | | | |
| | | Amount | 100% | 17% | 3% | 2% | 8% | | | | | |
| | Chip | Volume | 100% | 22% | 10% | 7% | 5% | | | | | |
| | | Amount | 100% | 21% | 9% | 8% | 4% | | | | | |
| | Snap-in | Volume | 100% | | | | | | | | | |
| | | Amount | 100% | | | | | | | | | |
| | Screw | Volume | 100% | | | | | | | | | |
| | | Amount | 100% | | | | | | | | | |
| | Dielectric Property | Volume | 100% | 100% | 110% | 101% | 107% | 118% | 110% | 121% | | |
| | | Amount | 100% | 113% | 118% | 100% | 112% | 122% | 122% | 127% | | |
| Tantalum | Manganese | Volume | 100% | | | | | | | | | |
| | | Amount | 100% | | | | | | | | | |
| | Dielectric Property | Volume | 100% | 83% | 84% | 70% | 88% | 110% | 107% | 107% | | |
| | | Amount | 100% | 93% | 80% | 82% | 86% | 119% | 117% | 117% | | |

2. Orders received Examination

(1) Orders received Results Analysis

NB's Q1 has a good pace without a big drop due to the Lunar New Year, however, there are many uncertain factors such as excessive intake, parts shortage, and manpower shortage, etc., so the condition where it is difficult to read the far-off future has not changed.

*Tantalum poly  N-PC OK → Apple ↑   Overall it is very good.  Apple changed [illegible] from April.*
*[illegible] SP Cap D3 V is where we should go this year.*
*Shift from the low price to high price.*


(2) Future prospects


*Carson dialectic [illegible]—*


3. Equipment production trend topics

*Please express 2009/1st Half forecast against 2008/1st Half.

| | 2008/2nd Half | 2009/1st Half | 2009/1st Forecast | Comment |
|---|---|---|---|---|
| (1) Flat Panel | 100% | | | |
| (2) Automobile | 100% | | | |
| (3) PC | 100% | | | |
| (4) Memory device | 100% | | | |
| (5) Office equipment | 100% | | | |
| (6) DSC, etc. photo | 100% | | | |
| (7) Home electric | 100% | | | |
| (8) Mobile phone | 100% | | | |
| (9) Mobile communication | 100% | | | |
| (10) Power source | 100% | | | |
| (11) Amusement | 100% | | | |
| (12) Other topics | 100% | | | |

Marketing Study Meeting Report                (        7        )

**CONFIDENTIAL**                                **MATSUO 00000458-CT007**

MATSUO 00000458-CT008

No. 27-8

*Elna*

FY2010 April *Enter the number. Submitted on: April 21, 2010

1.Orders Received Status

| | | | 2009/1st Half | 2009/2nd Half | Jan | Feb | Mar | Apr | May | Jun | 2010-1st Half Forecast | 2010-1st Half Compared to the plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aluminum | Overall AL | Volume | 100% | 114% | 112% | 111% | 149% | 129% | 128% | 129% | 125% | |
| | | Amount | 100% | 115% | 124% | 120% | 153% | 143% | 143% | 147% | 132% | |
| | 04 Type | Volume | 100% | 112% | 122% | 113% | 140% | 131% | 131% | 129% | 118% | |
| | | Amount | 100% | 112% | 128% | 122% | 142% | 138% | 138% | 138% | 131% | |
| | Chip | Volume | 100% | 116% | 100% | 107% | 131% | 114% | 117% | 119% | 122% | |
| | | Amount | 100% | 118% | 119% | 122% | 162% | 138% | 140% | 142% | 131% | |
| | Snap-in | Volume | 100% | 106% | 125% | 101% | 106% | 100% | 120% | 120% | 103% | |
| | | Amount | 100% | 114% | 140% | 114% | 112% | 118% | 148% | 138% | 107% | |
| | Screw | Volume | 100% | | | | | | | | | |
| | | Amount | 100% | | | | | | | | | |
| | Dielectric property | Volume | 100% | 143% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| | | Amount | 100% | 122% | 133% | 208% | 318% | 345% | 321% | 354% | 182% | |
| Tantalum | Manganese | Volume | 100% | 20% | 10% | 21% | 16% | 18% | 8% | 8% | 14% | |
| | | Amount | 100% | 30% | 14% | 28% | 30% | 20% | 11% | 11% | 19% | |
| | Dielectric property | Volume | 100% | | | | | | | | | |
| | | Amount | 100% | | | | | | | | | |

*It may continue to stay this way until the end of the year.*

2. Orders received Examination

(1) Orders received Results Analysis

Full production on average regardless of the size.

Although temporarily, the vehicle production line stopped in EU due to the Iceland volcanic ash, which led to a break in factory operations.

*Despite the 2nd half 120% requirement, there is no production. We don't know what's going to happen due to [illegible]*

(2) Future prospects

As a future forecast, it might be maintained this way although there may be fluctuation.

*[illegible] Iceland, Hungary*

3. Equipment production trend topics

↘ → ↗

| | [illegible] Half | 2009/1st Half | [illegible] Forecast | Comment |
|---|---|---|---|---|
| (1) Flat Panel | 100% | ↗ | | |
| (2) Automobile | 100% | ↗ | → | Good pace has still been maintained. Vehicle sales in newly emerging countries are doing well. |
| (3) PC | 100% | → | ↗ | |
| (4) Memory device | 100% | | | |
| (5) Office equipment | 100% | | | |
| (6) DSC, etc. photo | 100% | → | | |
| (7) Home electric | 100% | | | |
| (8) Mobile phone | 100% | ↗ | → | Korean manufacturers doing well. |
| (9) Mobile communication | 100% | | | |
| (10) Power source | 100% | | | |
| (11) Amusement | 100% | → | | |
| (12) Other topics | 100% | | | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | Master File No. 3:17-md-02801-JD Civil Action No. 3:14-cv-03264-JD |
| THIS DOCUMENT RELATES TO: | |
| THE DIRECT PURCHASER CLASS ACTION | Date:       March 2, 2020 Time:       9:00 a.m. Courtroom:  11, 19th Floor Judge:      Honorable James Donato |

# TRIAL EXHIBIT # 2397

From: ELNA Imai
To: T.TATAI; ELNA-INOUE; s.kinoshita@elna.co.jp
Sent: 10/18/2009 13:47:39
Subject: Re: 本日の経営会議および第一回予算会議の件

多田井B殿

NEC-TOKIN
マンガンAサイズ 24ドル台に戻る。年内一杯はFULL。このぐらいの値段になるとAVXがちょっかいかけてきた。
導電性 11月で注残解消。 松下SPコンは12円台(330UF 9mオーム)で攻めてきている。
ルビコン
円高は正、不採算商品は値上げ。特に水系の安いところはその影響もありNCCへ注文回っている。
Wiiが落ちておりWiiだよりの導電性昨年下期比でもDOWN
ケミ
昨年上期比較で95%まで回復しておりシェア一拡大基調にあり。
ポリマーでは三洋、水系・電源コンではルビのシェアーを食っている。 一番危険である。
松尾
売り上げ約75億中トヨタ関連比25%。 7月以降の車載回復により注文増。
三洋
NOTE市場でも勝ち組負け組みが出てきた(Quanta,Compalは勝ち組、Wistronは負け組み)今後
Foxcomm(5兆企業)がどこまでこの市場に入り込んでくるのか静観しいる。(Sonyと少量Dell,HP向け
を生産)
大阪工場は閉鎖し佐賀と中国に全面移管予定。未だ若干特殊品が大阪工場に生産残っている。
今回の170名のリストラの大半が大阪工場から。
日立
マンガンが好調。昨年より不採算品の値上げを実施し一時は注文も激減したが日立向け車載を中心
に回復。
導電性は不調である。 三星Japanの購買機能(CR)が韓国に全面戻る?(役目が終わった)

以上
********************
HIROYUKI IMAI
ELNA CO.LTD
TEL: +81 45 470-7254
********************
----- Original Message -----
From: T.TATAI
To: ELNA-INOUE ; ELNA Imai ; s.kinoshita@elna.co.jp
Sent: Saturday, October 17, 2009 7:24 PM
Subject: Re: 本日の経営会議および第一回予算会議の件


井上、木下両君

井上さん、マーケット研究会の定例資料を纏めて下さい。
前回分も未だ貰ってないよな、、、
内容は、空港で今井に聞きます。

マーケット研究会後、戻って貰って C事会議の報告内容レクチャーしたかったが、、、



Confidential - Attorneys' Eyes Only

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
TRIAL EXHIBIT 2397
MDL CASE NO. 17-md-02801-JD
CASE NO. CASE NO. 14-cv-03264-JD
DATE ENTERED
BY
DEPUTY CLERK

ID00887888
ELNA_NDCAL-00046868

先のメールで理解されたい。

高嶋さん、何かと言うだろうが 木下と対応されたい。

宜しく頼む。　　多田井
------ Original Message ------
From: ELNA-INOUE
To: ELNA Imai ; s.kinoshita@elna.co.jp
Cc: 多田井 部長
Sent: Saturday, October 17, 2009 6:44 PM
Subject: Re: 本日の経営会議および第一回予算会議の件


了解しました。

井上
------ Original Message ------
From: ELNA Imai
To: 海外G Mr.Inoue ; s.kinoshita@elna.co.jp
Cc: 多田井 部長
Sent: Saturday, October 17, 2009 9:43 AM
Subject: Re: 本日の経営会議および第一回予算会議の件


井上K殿

10月19日現在の売りと10月納期注文残確認下さい。
11月のROバランスはどうなっていますか？

海外への代理店売りが勝負となります。特にB&M。
懸念はNewbelleとInterlink。

今井
********************
HIROYUKI  IMAI
ELNA CO.LTD
TEL: +81 45 470-7254
********************
------ Original Message ------
From: 平岩 正行
To: 辻 社長 ; 面田 社長 ; 畠山 ; 石井主事 ; 佐野 主事 ;
s.kinoshita@elna.co.jp ; 今井 弘之 ; 岩野 部長
Cc: 水島 事業本部長 ; 木村 副本部長 ; 多田井 部長
Sent: Friday, October 16, 2009 4:45 PM
Subject: 本日の経営会議および第一回予算会議の件


1.経営会議での指摘事項について
3Qの業績説明のあと、10月度の見通しを説明。(営業利益－12百万円)これに対し、高嶋取よ

ID00887888
ELNA_NDCAL-00046869

り、10月度は売上がピーク？、11月度も10月同様、各社は注残解消の為、フル生産。よって、10月・11月は黒字と認識していた。12月は売上減は理解するが、10・11月は納得できないとのこと。
　　　各社は事業本部会議に下記内容の報告をお願いします。
　　　①各社の11月・12月度の収益予測(成り行きベースでの利益と改善後の利益を出してください)11月・12月の受注はSPIのデータを使用してください。
　　　②4Qの収益改善対策を出してください。(各社は注残解消の対策、その他の合理化施策を検討ください)
　　　③工場の9/末の注残を明確化し、解消月度も明確に。

　　　2.予算会議
　　　2010年の営業利益：上期-339、下期-51百万円
　　　次回11/6までに見直し
　　　見直し内容は①トップラインの精査②工場の増産に伴う人員増の精査③工場のコスト合理化をどのように織り込んだか？
　　　工場としては②、③の報告を10/24までに提出願います。

Confidential - Attorneys' Eyes Only



City of New York, State of New York, County of New York

I, Angela Lo, hereby certify that the document "ELNA_NDCAL-00046868_EN -
ELNA_NDCAL-00046870_EN" is, to the best of my knowledge and belief, a true and
accurate translation from Japanese into English.

Angela Lo, Project Assistant

Sworn to before me this
September 8, 2016

Signature, Notary Public

ALITASHA YOUNGER
Notary Public - State of New York
No. 01YO6335137
Qualified in KING County
Commission Expires Dec 28, 2019

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

| From: | ELNA Imai |
|---|---|
| To: | T. TATAI; ELNA-INOUE; s.kinoshita@elna.co.jp |
| Sent: | 10/18/2009 1:47:39 PM |

**Subject:** Re: Today's management meeting and first budget meeting

Tatai B,

NEC-TOKIN

Manganese A size is returning to the 24-dollar level. Everything is full until the end of the year. If the price gets to this level, then AVX will make a pass at it.

Back orders for electrolytics will be gone by November. Matsushita's SP capacitor is making an attack at the 12-yen level (330UF 9m ohm).

Rubycon

High yen price correction, price increase for unprofitable products. In particular, this effect is present where aqueous is cheap as well, and orders are returning to NCC.

Wii is on the way down, the Wii electrolytic is down compared to the second half of last year as well

Chemi

Recovered by 95% compared to the first half of last year, and there's a basis for market share increases.

Regarding polymers, Sanyo's aqueous and power supply capacitors are eating up Rubycon's market share. This is the most dangerous.

Matsuo

Among sales of around 750 million, Toyota related takes up 25%. Increase in orders from July due to recovery of vehicle-relateds.

Sanyo

The winners and losers have emerged in the notebook market as well (Quanta and Compal are winners and Wistron is a loser), carefully watching how far Foxcomm (5 trillion company) will step into the market. (Production for Sony and small volumes for Dell and HP)

The Osaka factory is planned to be closed and everything will be moved to Saga and China. Even now, a certain number of special products are being manufactured at the Osaka Factory. The majority of the 170 employees who were restructured were from the Osaka factory.

Hitachi

Manganese is doing well. Price increases have been implemented since last year for unprofitable products, orders were stimulated, however, the recovery was mainly focused on vehicle-related products for Hitachi.

Electrolytics is not doing well. Samsung Japan's purchasing function (CR) to be completely reverted to South Korea? (Role fulfilled)

Regards
*****************
HIROYUKI IMAI
ELNA CO.LTD
TEL: +81 45 470-7254
*****************

----- Original Message -----
From: T. TATAI
To: ELNA-INOUE; ELNA Imai; s.kinoshita@elna.co.jp
Sent: Saturday, October 17, 2009 7:24 PM
Subject: Re: Today's management meeting and first budget meeting

Inoue and Kinoshita,

Inoue, please summarize the regular materials from the market study meeting.
I haven't received those from the last time either...
I'll ask Imai about the contents at the airport.

After the market study meeting, I wanted you to come back and I wanted to give a lecture on the details of the C meeting but...

Confidential – Attorneys' Eyes Only

ID0087888_EN
ELNA_NDCAL-00046868_EN

I want it to be understood as per the previous e-mail.

Takashima, whatever the case, I want it to be handled with Kinoshita

Thanks.          Tatai
----- Original Message -----
From: ELNA-INOUE
To: Overseas G Mr. Inoue; s-kinoshita@elna.co.jp
Cc: Department Chief Tatai
Sent: Saturday, October 17, 2009 6:44 PM
Subject: Re: Today's management meeting and first budget meeting

Understood

Inoue
----- Original Message -----
From: ELNA Imai
To: Overseas G Mr. Inoue; s.kinoshita@elna.co.jp
Cc: Department Chief Tatai
Sent: Saturday, October 17, 2009 4:43 AM
Subject: Re: Today's management meeting and first budget meeting

Inoue K,

Please confirm the sales as of October 19 and the remaining orders for delivery in October.
What's going on with the RO balance for November?

The overseas sales to distributors will be a challenge. Particularly those to B&M.
Newbelle and Interlink are worries.

Imai
****************
HIROYUKI IMAI
ELNA CO.LTD
TEL: +81 45 470-7254
****************

----- Original Message -----
From: Masayuki Hiraiwa
To: President Tsuji; President Omota; Hatayama; Director Ishii; Director Sano;
s.kinoshita@elna.co.jp; Hiroyuki Imai; Department Chief Iwano
Cc: Business Headquarters Chief Mizushima; Deputy Department Chief Kimura; Department Chief Tatai
Sent: Friday, October 16, 2009 4:45 PM
Subject: Re: Today's management meeting and first budget meeting

1. Regarding the matters pointed out at the management meeting
After the explanation of the 3Q results, an explanation of the October forecast. (Operating profit – 12
million yen) Compared to this, as I've heard from Director Takashima, will sales peak in October?

Confidential – Attorneys' Eyes Only

ID0087888_EN
ELNA_NDCAL-00046869_EN

November is the same as October, all companies are at full production in order to clear back orders. As such, it's been recognized that October and November will be profitable. The decrease in sales in December is understandable, but decreases in October and November are not acceptable.

I would like to ask each company to report on the following details at the business headquarters meeting.

(1) The November and December profit forecast of each company (please provide profit based on the final result and profit after improvements) please use SPI data for November and December orders

(2) Please provide profit improvement measures for 4Q. (I would like to ask each company to consider measures for clearing back orders as well as other rationalization measures)

(3) Clarify the factory back orders at the end of September, as well as the month in which they will be cleared.

2. Budget meeting

2010 operating profit: first half-339 million yen, second half-51 million yen

To be revised by 11/6 for next time

Regarding the content for revision (1) Examination of the top line (2) examination of personnel increases due to factory production increases (3) How to incorporate factory cost rationalization?

For factories, please submit reports for (2) and (3) by 10/24.

Confidential – Attorneys' Eyes Only

ID0087888_EN
ELNA_NDCAL-00046870_EN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE CAPACITORS
ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

THE DIRECT PURCHASER
CLASS ACTION

Master File No. 3:17-md-02801-JD
Civil Action No. 3:14-cv-03264-JD


Date:          March 2, 2020
Time:          9:00 a.m.
Courtroom:     11, 19th Floor
Judge:         Honorable James Donato

# TRIAL EXHIBIT # 8316

ECC委員会議事録

記:林 幸利

日 時 2000. 7. 19   13:30～17:30
場 所 友愛会館
出席者 C: 丸山、伊澤   N: 田井   M: 出雲井   E: 加藤、高村   S: 西山
　　　 日通工; 和泉   R: 林

1. 値上状況について
　1) 解決メーカー
　　 a: S社　 5L　5%　　 その他　3%　7月1日より
　　 b: セガ　 5%　　　　　　　　 7月1日より

　2) 値上価格提出済み　ほぼOK
　　 a: パイオニア　3～5%　　　　 8月1日より

2. 今後の値上方法について
　 現状を見ると全ての部品が値上ムードである。
　 よって、全メーカー値上交渉を進める。
　　 値上案
　　 ・一律3%以上の値上要求を出す。
　　 ・獲得目標、加重で2%
　　 ・各メーカーの状況があるため、2社以上の納入メーカーについては個々に連絡を取り合う。

3. 主要メーカーの値上について
　　 a: JVC　　 (M社)が価格案を作成　10月1日から価格改定
　　 b: クラリオン　今回はやらない。　 5月に値上済み
　　 c: 東芝　　 (C社)で価格案を作成　一般04型　5%　ボトム　1.36 → 1.45
　　　　　　　　　　　　　　　　　　 LB　10%　　登録品名全て
　　 d: ミツミ
　　 e: キャノン　 (N社)で価格案を作成　個別で
　　 f: 日立　　 (C社)で価格案を作成
　　 g: リコー　　 (C社) 東北・九州リコー　LBその他一律10%
　　 h: エプソン　 (R社)が価格案を作成
　　 i: シャープ　 (N社)　個別で
　　 j: NEC長野　　　 C社、N社で提出済み　R社返事をする。
　　 k: ケンウッド (E社)　3%
　　　 ＊8月初までに提出　10/1より実施出来るように

4. 全体について
　　 a: 西日本の値上が進んでいない。
　　 b: 名古屋・大阪地区へ計画を出すよう依頼する。

5. 値上のセールストークへ下記の項目を入れる。

|  | '99. 4月 | 2000. 4月市況 |
|---|---|---|
| エチレングリコール | 100 | 195 |
| クラフトパルプ(紙) | 100 | 136 |
| アルミ地金 | 100 | 114 |
| 石油(ナフタ) | 100 | 179 |

(松下電器の調査)

6. その他
　　 1) 11月の社長会　日程　11/16、17に変更
　　　　 N社より連絡する。

　　 2) エアコンは非常に忙しい。松下は生産中止
　　　　 各社へ2倍で見積りを出している。



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT 8316

CASE NO. MDL CASE NO. 17-MD-02801-JD
CASE NO. 14-CV-03264-JD

DATE ENTERED
BY
　　　DEPUTY CLERK



EXHIBIT
8316
2/13/19
tabbies

RUB_003328943

**certified**translate

www.certifiedtranslate.com

## Minutes of ECC Committee

By: Yukitoshi Hayashi

| | |
|---|---|
| Date | 2000. 7. 19    13:30-17:30 |
| Venue: | Yuai Hall |
| Attendees: | C: Maruyama, Isawa N; Tai    M: Izumoi    E: Kato, Komura    S: Nishiyama |
| | Nitsuko: Izumi    R: Hayashi |

1. Status of price increase

1) Manufacturers settled with

a: Company S   5L   5%      Others   3%           From July 1

b: Sega        5%                                 From July 1

2) Increased prices submitted – almost OK

a: Pioneer   3-5%                     From August 1

2. How to increase prices in the future

Looking at the current situation, all components are in a price increase atmosphere.

Therefore, will proceed with price increase negotiations with all manufacturers.

Price increase plan:

· Request a price increase of more than 3% across the companies

· Aiming to achieve a weighted average of 2% increase.

· Each manufacturer has its own situation, so manufacturers to whom 2 or more companies deliver will be contacted individually.

3. Major manufacturer price increases

a: JVC:        Company M preparing a price plan.          To revise prices from October 1

b: Clarion: Not going to increase the prices this time.    Already increased prices in May.

c: Toshiba: Company C preparing a price plan              General 04 type: 5%    Bottom: 1.36 --> 1.45

                                                          LB  10%      All registered product names

d: Mitsumi

e: Canon: Company N preparing a price plan               Individually

f: Hitachi : Company C preparing a price plan

g Ricoh: Company C – Ricoh Tohoku/Kyushu   LB and others: across-the-board 10%

h: Epson; Company R preparing a price plan

i: Sharp   Company N   Individually

J: NEC Nagano         Company C and Company N have already submi Company R will reply

k: Kenwood   Company E   3%

* To submit by the beginning of August to implement from October 1

4. Overall

a: The price increase in West Japan has not made much progress.

b: To request Nagoya and Osaka distriots to put out a plan.

5. Include the below items in the price increase sales pitch

| Market situation in: | Apr–99 | April 2000 |
|---|---|---|
| Ethylene glycol | 100 | 195 |
| Kraft pulp (paper) | 100 | 136 |
| Aluminum ingot | 100 | 114 |
| Oil (naphtha) | 100 | 179 |

([Source:] survey by Matsushita Electric)

6. Other

1) The date of the President Meeting in November to change to November 16 or 17.

Company N to contact.

2) Air conditioners are very busy. Matsushita has stopped production.

Submitting doubled estimates to all companies.



**certifiedtranslate**
A LANGUAGE FISH LLC COMPANY

info@certifiedtranslate.com   2425 Olympic Blvd., Suite 4000W   usa  1-888-856-2228
www.certifiedtranslate.com    Santa Monica, CA 90404             int  +1-310-684-3153
                                                                  fax  +1-310-564-1944

## CERTIFIED TRANSLATION

A member of the American
Translators Association
ATA Member Number: 248719

*Documents Translated For:*

| Name:  | James Dallal            | Street Address: 601 California Street, Ste. 1000 |
|--------|-------------------------|--------------------------------------------------|
| Firm:  | Joseph Saveri Law Firm  | City/State/Zip:  San Francisco / CA / 94108      |

*Description of Document(s):*

| Minutes of the ECC Committee |
|------------------------------|
| July 19, 2000                |
| RUB_003328943                |

| Source Language:  **JAPANESE** | Target Language:   **ENGLISH** |
|--------------------------------|--------------------------------|

WITH REFERENCE TO THE ABOVE MENTIONED MATERIALS/DOCUMENTS, we at Language Fish LLC (doing business as www.certifiedtranslate.com), a professional document translation company, attest that the language translation completed by Language Fish's certified professional translators, represents, to the best of our judgment, an accurate and correct interpretation of the terminology/content of the source document(s). **This is to certify the correctness of the translation only.** We do not guarantee that the original is a genuine document or that the statements contained in the original document(s) are true.

IN WITNESS WHEREOF, Language Fish LLC has caused the Certificate to be signed by its duly authorized officer(s).

**By:**   Sean Kirschenstein, Director                **Date:**   April 17, 2018

A copy of the translated version(s) is attached to this statement of certification.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On ___April 17, 2018___ before me, ___Kristin Gail Chamberlain___, Notary Public, appeared ___Sean Kirschenstein___, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

KRISTIN GAIL CHAMBERLAIN
Commission # 2141380
Notary Public - California
Los Angeles County
My Comm. Expires Feb 7, 2020

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>THE DIRECT PURCHASER CLASS ACTION | Master File No. 3:17-md-02801-JD<br>Civil Action No. 3:14-cv-03264-JD<br><br><br>Date:          March 2, 2020<br>Time:          9:00 a.m.<br>Courtroom:     11, 19th Floor<br>Judge:         Honorable James Donato |

# TRIAL EXHIBIT # 8981

No.71-①

2014.1.25

# 1 月度ﾏｰｹﾃｨﾝｸﾞ 研究会報告

## ルビコン

- ・ 12月としては、海外の旧正月前の取り込みで、増加となった。
- ・ 導電性アルミは35V品以上で、苦戦が続いている。
- ・ 家電関係は、4KTV向けの受注が上がらないが、4Kのハンディカム向けで
  引き合いが入る。
- ・ ソニーモバイル向けの、携帯電話カメラレンズモジュールが受注好調。
- ・ 白モノ関連については、消費税 UP 前の取り込みが12月で一段落してしまった。

## 日本ケミコン

- ・ 全体としては、前年は上回る状態は維持できているものの、海外の特に中国向けで
  製造業 PMI が12月より50を割っている状況で、14年以降は3月までは需要は
  上がらないと予測している。
- ・ 昨年後半に出てきたインド向けの引き合いに関しては、14年2Q あたりから形に
  なる見込み。（ローカル品の置き換え）
- ・ 今後に関しては、中国のインフラ（基地局）向けの受注をとる方が、携帯電話
  そのものよりも、長期的に安定しているので、そちらへ注力。

## エルナー

- ・ 12月は、欧米メーカーの価格の決着と、旧正月の取り込みも重なり久々に
  前月比で15％以上の増加となった。
- ・ 14年度の車載は、VW800万台　CAS 社600万台　を予測。良くなる事を期待。

## ホリストンポリテック

- ・ 全体としては、昨年に比べても20％以上減少。導電性はノート PC 向けで
  員数が減少した事で、受注の減少が加速する一方。
- ・ このままでは、国内の工場がいつまで稼働させることがでできるかとった状態。

## その他（今後関して）

- ・ 参加できない所が、多くなる中、今後に関しては今までの様な報告会という形は
  続けて行く事が難しいと言う事になった。
- ・ ただ、顔合わせは継続させて行くべきであると言う事になり、2月以降は
  『幹事会社の順に店を決めて、携帯電話で連絡をとって集まる』事になった。
  （2月はルビコン、3月は日ケミ、4月以降は3月の時に日程含めて話し合い）

以上



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT 8981

MDL CASE NO. 17-md-02801-JD
CASE NO.  CASE NO. 14-cv-03264-JD
DATE ENTERED
BY
DEPUTY CLERK

EXHIBIT  8981
Shin Kinoshita
2/24/20
Ashley Soevyn CSR# 12019

CONFIDENTIAL

MATSUO 0000095

No. 71・②

マーケティング研究会報告　　　（　　2　　）　　　提出日 ： 2014年　1月 21日
＊番号をご記入ください。

2014年　1月

## 1.受注状況

・12/下を100として各月の状況を指数として表現する。

| | | | 12下 | 13上 | 10月 | 11月 | 12月 | 1月 | 2月 | 3月 | 13上予測 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| アルミ | AL全体 | 数量 | 100% | 119% | 107% | 114% | 106% | 95% | 110% | 111% | 107% | |
| | | 金額 | 100% | 128% | 119% | 119% | 119% | 110% | 117% | 119% | 119% | |
| | O4型 | 数量 | 100% | 118% | 105% | 112% | 105% | 83% | 111% | 112% | 106% | |
| | | 金額 | 100% | 119% | 112% | 119% | 118% | 108% | 118% | 119% | 116% | |
| | チップ | 数量 | 100% | 124% | 117% | 121% | 112% | 108% | 107% | 114% | 113% | |
| | | 金額 | 100% | 133% | 129% | 133% | 110% | 113% | 116% | 124% | 122% | |
| | スナップイン | 数量 | 100% | 127% | 108% | 113% | 101% | 96% | 93% | 102% | 102% | |
| | | 金額 | 100% | 148% | 122% | 128% | 118% | 110% | 113% | 121% | 120% | |
| | ネジ | 数量 | 100% | 223% | 185% | 190% | 185% | 185% | 194% | 204% | 183% | |
| | | 金額 | 100% | 260% | 210% | 196% | 190% | 195% | 205% | 213% | 204% | |
| | 導電性 | 数量 | 100% | 83% | 91% | 74% | 115% | 70% | 58% | 57% | 79% | |
| | | 金額 | 100% | 96% | 103% | 98% | 126% | 114% | 72% | 70% | 98% | |
| タンタル | マンガン | 数量 | 100% | | | | | | | | | |
| | | 金額 | 100% | | | | | | | | | |
| | 導電性 | 数量 | 100% | | | | | | | | | |
| | | 金額 | 100% | | | | | | | | | |

## 2.受注考察　　→35Vｱﾙﾐ.　　F03ｷ：ﾋﾟﾝ（空気びれ）

**（1）.受注実績分析**

＊12月は旧正月前の取り込み増（短納期対応品）で、好調に推移しました。

＊1月につきましては、アジア圏を先に旧正月の影響で、踊込みとなっております。

＊O4型の受注状況はあまりよくない傾向となっている。

**（2）.今後の見通し**

＊白物家電については消費税増税前の取り込みが一段落となり、その反動が2～3月からか。

＊アルミ電解については、短納期対応品が増加してきており、LT短縮の話が多い。

＊価格については、円安がらみの交渉案件が増えており厳しい状況です。

＊中国のエネルギー・環境対策による投資進展に期待。

## 3.機器生産動向トピックス　　4Kﾊﾝﾃﾞｨ ｶﾑ ⇒ 2Kでも直しっ0？ 　1200？

・13/下予測は、12/下に対して表現します。

| | 12下 | 13／上 | 13/下予測 | コ　メ　ン　ト |
|---|---|---|---|---|
| (1)薄型パネル | 100% | | → | 4KTVの台数が、増えてこない |
| (2)自動車 | 100% | | → | |
| (3)PC | 100% | | ↘ | |
| (4)記憶装置 | 100% | | ↘ | |
| (5)事務機 | 100% | | → | |
| (6)DSC他フォト | 100% | | ↘ | 1月受注が底。レンズモジュールは好調。（ソニー 多少ﾍﾘ） |
| (7)家電 | 100% | | ↗ | |
| (8)携帯電話 | 100% | | → | LTE基地局 （フェーラウﾞﾝﾀﾞﾝｷﾞ） |
| (9)モバイル通信 | 100% | | ↗ | |
| (10)電源 | 100% | | → | |
| (11)アミューズ | 100% | | | |
| (12)その他トピックス | 100% | | | |

ソニー 寄ってたかり （TV・衣食住いる） 1800光

MATSUO 0000095

No.71-③

マーケティング研究会報告　　　（　　　3　　　）　　　提出日 : 2014年1月24日
　　　　　　　　　　　　　　　　＊番号をご記入ください。

2014年　1月

・12ヶ月を100として各月の状況を指数として管理する。

| | | | 12/下 | 1G上 | 10月 | 11月 | 12月 | 1月 | 2月 | 3月 | 13下予想 | 13下計画比 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| アルミ | AL全体 | 数量 | 100% | 105% | 110% | 105% | 104% | 105% | 88% | 105% | 105% | |
| | | 金額 | 100% | 116% | 128% | 123% | 123% | 123% | 119% | 135% | 122% | |
| | 04型 | 数量 | 100% | 113% | 110% | 103% | 108% | 105% | 95% | 107% | 100% | |
| | | 金額 | 100% | 116% | 124% | 120% | 119% | 121% | 111% | 122% | 120% | |
| | チップ | 数量 | 100% | 112% | 122% | 111% | 107% | 114% | 110% | 110% | 112% | |
| | | 金額 | 100% | 114% | 128% | 120% | 116% | 124% | 120% | 121% | 122% | |
| | スナップイン | 数量 | 100% | 105% | 136% | 124% | 126% | 124% | 120% | 130% | 124% | |
| | | 金額 | 100% | 127% | 105% | 132% | 136% | 137% | 126% | 140% | 136% | |
| | ネジ | 数量 | 100% | 118% | 118% | 110% | 114% | 105% | 117% | 110% | 116% | |
| | | 金額 | 100% | 117% | 122% | 121% | 132% | 117% | 116% | 123% | 121% | |
| | 導電性 | 数量 | 100% | 87% | 80% | 100% | 101% | 88% | 81% | 97% | 93% | |
| | | 金額 | 100% | 105% | 106% | 110% | 113% | 112% | 90% | 105% | 101% | |
| タンタル | マンガン | 数量 | 100% | | | | | | | | | |
| | | 金額 | 100% | | | | | | | | | |
| | 導電性 | 数量 | 100% | | | | | | | | | |
| | | 金額 | 100% | | | | | | | | | |

## 2.受注考察

### (1)受注実績分析

日本: 企業部門について、内需の増加を受けて生産活動水準も堅やかに回復している。企業設備投資内需による輸出設備の向上と内需回復は背景に改善している。企業マインドも改善している。
　　輸出は自動車中心に法面向けの需要用途が堅調で中国向けも増加するなど、持ち直しつつある。輸入は国内向需要の拡大などもあり増加し、貿易収支は赤字になっている。
米国: 設備需給は11月～1月、3(10月)：96、4)とも3ヶ月連続で上昇し、受注も好調が続いている。自動車向上や、省エネルギー部門で増産基調が見られている。11月の縦工業生産性(FRB)は
　　前月比+1.1%(10月同+0.3%)と大幅な増加となった。鉱工業全体の11月の現場累計で79%にと上昇しており、製品累計の現場は売上76.2%(10月+79.1%)にと上昇している。
欧州: 需給低迷が続いたと言える。ユーロ関係景気の回復テンポは弱いものであり、10～12月期も緩やかに回復が続いたと見られる。ユーロ圏合成PMIからみると、12月(速報値)が52.1(自月同)比+0.6)と良くない
　　10～12月実で均衡し、9(統計)とっ0.5pt)と47.9%から小幅な改善に留まった。各国の貿易取引が一律ではなく、特にドイツとフランスの改善傾向が顕著かり良点である。
中国: 景気の持ち直し傾向は続くが順調に回復している。11月の製造業PMIは、51.4とり0ヶ月も横ばいだった。生産指数が小幅に上昇した一方、新規受注や原材料在庫は減少しており、
　　需要持ち直しの勢いがが一服したものとみられる。

### (2)今後の見通し

日本: 先行きの日本経済は、年度末にかけて回復が続いた後、消費増税後は一時的に落ち込むと見られる。輸出は海外経済の緩やかな回復と円安を背景に緩やかに増加する見通しである。
　　鉱工業生産も予測期は、12月同比+2.8%、3月が同+4.6%と増産テンポが新ぐと予想すると見られるとなっている。海外経済の回復と円安を背景に輸出は持ち直すと見られる。輸工製品重工業代に向けて
米国: 11月の縦じで需要分が上した企業景況は、12月にも小幅な改善が続いたようだ。前四期末でけFRB限度は緩やかなままだが、AU改善では設備投資は増強12ヶ月連続でマイナス圏域している。
　　先行きの見通し、6ヶ月先の需況に関する指標向は10月から3ヶ月連続で高まり、さらに設備投資規模(同)は2、8月圏より若干下降小化している。
欧州: 当面の生産活動期は、緩やかな回復ペースが続くとみられる。先行指数のユーロ圏製材給法(大型乗用車登録数)が2ヶ月ぶり高水準に推計し、もぁ3指数が好んだが、12月にかけてユーロ圏設備需給MIの改善が続く
　　輸出回復力が持続するところもとなると言えば回復は弱くにずれ持ち直していくと見られる。
中国: 7～9月期のこぶれを延ばし、2013-2014の景気見通しの中かも低しと堅実に。もっとも、足元の持ち直しの基調は緩慢で、インフラ投資による下支えが続いており、自立的な回復力が依然続い。
　　需要の回復ペースが緩慢な一方で、鉱解やル学など材は刃付けなどによる在庫の急増が顕がみられ、足元て在庫を抑制に投資している、設実需給投計、在産能力過剰問題から輸出の持ち直しペースの持力力強さを欠く集込みだ。

## 3.機器生産動向トピックス

・12/上予測は、11/上に対して要望願います。

| | 11/上 | 11/下 | 12/下予測 | コ　メ　ン　ト |
|---|---|---|---|---|
| (1)薄型パネル | 100% | | | |
| (2)自動車 | 100% | | | |
| (3)PC | 100% | | | |
| (4)設備機器 | 100% | | | |
| (5)家電品 | 100% | | | |
| (6)OSC放てん | 100% | | | |
| (7)発電 | 100% | | | |
| (8)産業機器 | 100% | | | |
| (9)ミゲバル品販売 | 100% | | | |
| (10)重設 | 100% | | | |
| (11)ブラ:ユー | 100% | | | |
| (12)その他ビジネス | 100% | | | |

中国マーケット、PM1 50かも、
パワーコンディショナー

2Q 7-9 から主に入れて、
Q1は物いい

マーケティング研究会報告　（　4　）
※番号をご記入ください。

No.71-④

提出日 ： 2014年1月24日

2014年 | 1月 |

## 1.受注状況

・12/下を100として各月の状況を指数として表現する。

| | | | 12/下 | 13/上 | 10月 | 11月 | 12月 | 1月 | 2月 | 3月 | 13下予測 | 13下計画比 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| アルミ | AL全体 | 数量 | | | | | | | | | | |
| | | 金額 | | | | | | | | | | |
| | O4型 | 数量 | | | | | | | | | | |
| | | 金額 | | | | | | | | | | |
| | チップ | 数量 | | | | | | | | | | |
| | | 金額 | | | | | | | | | | |
| | スナップイン | 数量 | | | | | | | | | | |
| | | 金額 | | | | | | | | | | |
| | ネジ | 数量 | | | | | | | | | | |
| | | 金額 | | | | | | | | | | |
| | 導電性 | 数量 | | | | | | | | | | |
| | | 金額 | | | | | | | | | | |
| タンタル | マンガン | 数量 | 100% | 101% | 110% | 98% | 95% | 99% | 89% | 99% | 99% | |
| | | 金額 | 100% | 105% | 110% | 108% | 100% | 102% | 91% | 102% | 103% | |
| | 導電性 | 数量 | 100% | 257% | 222% | 186% | 204% | 213% | 186% | 213% | 218% | |
| | | 金額 | 100% | 244% | 184% | 150% | 164% | 168% | 146% | 168% | 188% | |

## 2.受注考察

(1)受注実績分析
・ 11月度のマンガン関係は、当初見込んだクリスマス向けの見込みに対して、ほぼ受注も上がらず減少傾向が続く。
　堅調なのは、鉄道設備向けのみ。 車載も海外工場向けで、12月のクリスマス休暇の調整が掛かり前月に比べ減少。
・ 鉄道と併せて、宇宙関連が、海外商用衛星向けで注文が続いており、なんとか12下の水準を上回っている状況。

(2)今後の見通し
・ タンタルマンガンでは、産業・設備関係での回復への動きが全く見られず、車載もタンタル使用の車種は横ばいの状態。
・ 民生関係に関しては、もともと比率が少ない上に、セラミック化が進み減少が加速。
・ 導電性については、ユーザーからの価格の急落要求に対してついていけない状況。

## 3.機器生産動向トピックス

・10/下予測は、09/上に対して表現。

| | 12/下 | 13/上 | 13下予測 | コ　メ　ン　ト |
|---|---|---|---|---|
| (1)薄型パネル | 100% | → | ↘ | |
| (2)自動車 | 100% | ↗ | ↗ | |
| (3)PC | 100% | ↘ | ↘ | |
| (4)記憶装置 | 100% | ↘ | ↘ | |
| (5)事務機 | 100% | → | → | |
| (6)DSC他フォト | 100% | ↘ | ↘ | |
| (7)家電 | 100% | ↗ | ↗ | |
| (8)携帯電話 | 100% | ↗ | → | |
| (9)モバイル通信 | 100% | ↗ | ↗ | |
| (10)電源 | 100% | ↗ | → | |
| (11)アミューズ | 100% | → | → | |
| (12)その他トピックス | 100% | | | |

CONFIDENTIAL

No.71 -⑤

マーケティング研究会報告　　（　　7　　）

提出日 ：2014年1月17日

2014年 [ 1 ]

## 1.受注状況

| | | 12/下 | 13/上 | 10月 | 11月 | 12月 | 1月 | 2月 | 3月 | 13/下予測 | 12/下計画比 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| アルミ | AL全体 | 数量 | 100% | 115% | 105% | 95% | 106% | 97% | 93% | 104% | 100% |
| | | 金額 | 100% | 125% | 128% | 123% | 110% | 130% | 119% | 132% | 125% |
| | 04型 | 数量 | 100% | 122% | 104% | 107% | 105% | 108% | 93% | 101% | 103% |
| | | 金額 | 100% | 130% | 135% | 136% | 120% | 142% | 125% | 138% | 133% |
| | チップ | 数量 | 100% | 110% | 106% | 86% | 108% | 89% | 92% | 105% | 98% |
| | | 金額 | 100% | 122% | 124% | 101% | 129% | 112% | 115% | 128% | 118% |
| | スナップイン | 数量 | 100% | 103% | 65% | 103% | 83% | 108% | 85% | 88% | 89% |
| | | 金額 | 100% | 117% | 78% | 109% | 75% | 107% | 93% | 96% | 93% |
| | ネジ | 数量 | 100% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| | | 金額 | 100% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| | 導電性 | 数量 | 100% | 75% | 110% | 108% | 82% | 88% | 86% | 105% | 101% |
| | | 金額 | 100% | 87% | 124% | 113% | 100% | 108% | 103% | 120% | 112% |
| タンタル | マンガン | 数量 | 100% | 47% | 36% | 73% | 9% | 18% | 0% | 0% | 23% |
| | | 金額 | 100% | 108% | 21% | 78% | 29% | 28% | 0% | 0% | 26% |
| | 導電性 | 数量 | 100% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| | | 金額 | 100% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |

## 2.受注考察

（1）.受注実績分析

12月販売は、旧正月の前倒し納品等も重なり、予測より大幅の売り増となる。反動で2月は低調と見る。
それ以降は、車載中心の堅調な受注を予測する。

（2）.今後の見通し

車載関連は、全体として上向き傾向であり、今期も昨期より成長を見込む。

## 3.機器生産動向トピックス

| | 12/下 | 13/上 | 13/下予測 | |
|---|---|---|---|---|
| （1）薄型パネル | 100% | | ↘ | |
| （2）自動車 | 100% | | ↗ | VW (92万) 16か?3 (98%) 1500 (13万) (9月2ヶ5万%) |
| （3）PC | 100% | | ↘ | |
| （4）記憶装置 | 100% | | | |
| （5）事務機 | 100% | | | |
| （6）DSC他フォト | 100% | | ↘ | |
| （7）家電 | 100% | | ↗ | |
| （8）携帯電話 | 100% | | → | |
| （9）モバイル通信 | 100% | | | |
| （10）電源 | 100% | | | |
| （11）アミューズ | 100% | | → | |
| （12）その他トピックス | 100% | | | |

CONFIDENTIAL

No. 71- ⑥

マーケティング研究会報告　　　　　　　　　　　　　　提出日 ： 2014年1月24日

2014年　1月　　　　　　　　　　　　　(9)

## 1.受注状況

☆12／下基準

| | | | '12/上 | '12/下 | 10月 | 11月 | 12月 | 1月 | 2月 | 3月 | 13下予測 | 13下計画比 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| アルミ | AL全体 | 数量 | | | | | | | | | | |
| | | 金額 | | | | | | | | | | |
| | O4型 | 数量 | | | | | | | | | | |
| | | 金額 | | | | | | | | | | |
| | チップ | 数量 | | | | | | | | | | |
| | | 金額 | | | | | | | | | | |
| | スナップイン | 数量 | | | | | | | | | | |
| | | 金額 | | | | | | | | | | |
| | ネジ | 数量 | | | | | | | | | | |
| | | 金額 | | | | | | | | | | |
| | 導電性 | 数量 | | | | | | | | | | |
| | | 金額 | | | | | | | | | | |
| タンタル | マンガン | 数量 | | | 100% | 134% | 127% | 113% | 100% | 99% | 105% | 128% | 101% |
| | | 金額 | | | 100% | 124% | 119% | 108% | 96% | 86% | 98% | 120% | 97% |
| | 導電性 | 数量 | | | 100% | 67% | 62% | 58% | 44% | 40% | 60% | 66% | 88% |
| | | 金額 | | | 100% | 55% | 49% | 44% | 35% | 31% | 44% | 54% | 82% |

## 2.受注考察

(1).受注実績分析

・タンタル　MnO2・Polymer共に'14年1-2月ボトムと予測、3月以降に期待　→ 割合 4期 (3割)

・アルミ　1-tPc の 回復以X

(2).今後の見通し

## 3.機器生産動向トピックス

| | '12/上 | 12/下 | 13/上 | |
|---|---|---|---|---|
| (1)薄型パネル | 100% | | | |
| (2)自動車 | 100% | | | |
| (3)PC | 100% | | | |
| (4)記憶装置 | 100% | | | |
| (5)事務機 | 100% | | | |
| (6)DSC他ワット | 100% | | | |
| (7)家電 | 100% | | | |
| (8)携帯電話 | 100% | | | |
| (9)モバイル通信 | 100% | | | |
| (10)電源 | 100% | | | |
| (11)アミューズ | 100% | | | |
| (12)その他トピックス | 100% | | | |

CONFIDENTIAL



City of New York, State of New York. County of New York

I, Magdalena Kawalkowski, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the below documents from Japanese into below.

**TransPerfect Project:** TPT764984
**File:** MATSUO 00000951
**Language:** English

Magdalena Kawalkowski

Sworn to before me this

Friday, November 20, 2015

Signature, Notary Public

SENIDA KULJANCIC
Notary Public - State of New York
No. 01KU6322856
Qualified in KING County
Commission Expires April 13, 2019

Stamp, Notary Public

MATSUO 00000951-CT001

[handwritten:] No. 71-1

1.25.2014

[seal:] [illegible] 14.1.25

## January Market Study Group Memo

RUBYCON Corporation

- In December, there was an increase due to receipt of overseas pre-Chinese New Year orders.
- We are continuing to face a difficult situation with regard to more than 35V types of conductive aluminum.
- Regarding home electronics-related products, orders for 4KTV have not increased, but there has been an inquiry for products for 4K Handycams.
- Orders for mobile phone camera lens modules for Sony Mobile are strong.
- Regarding home appliance-related business, in December, we lost the orders received prior to the increase in consumption tax.

NIPPON CHEMI-CON Corporation

- Overall, performance continues to be better than last year, but the overseas manufacturing industry PMI for China in particular has been less than 50 since December, and we project that demand will not increase in 2014 until March.
- Regarding the India-related inquiries from the second half of last year, we project that there will be activity around Q2 2014 (replacement of local parts).
- With regard to the future, receiving orders for Chinese infrastructure (base stations) would provide greater long-term stability than mobile phones themselves, so we are focusing our effort there.

ELNA Co., Ltd.

- In December, thanks to the finalization of prices by European manufacturers and the receipt of orders for Chinese New Year, performance was 15% better than the previous month for the first time in quite a while.
- With regard to vehicle-related business in 2014, we predict 8 million VW units and 6 million CAS units. We hope the situation will improve.

Holy Stone Polytech

- Overall, there has been a decrease of more than 20% since last year. The number of conductives for notebook PCs has decreased, and the decrease in orders is accelerating.
- If things keep going this way, it is not clear how long domestic factories will be able to continue to operate.

Other (regarding the future)

- As the number of companies that cannot participate increases, it is becoming difficult to continue to hold the report meeting in the same form as before.
- However, because we feel that we should continue to meet in person, the decision has been made to "make contact via mobile phone and gather together at locations decided by each of the managing companies in turn" (RUBYCON for February, NIPPON CHEMI-CON for March, schedule, etc. for April and afterward to be determined at the March meeting).

End

**CONFIDENTIAL**                    **MATSUO 00000951-CT001**

MATSUO 00000951-CT002

[handwritten:] *No. 71-2*

Marketing Research Meeting Report ( 2 )

\* Please enter number.    **Submission date: 1/21/2014**

2014 January
## 1. Order status

· Express status for each month as an index, with the first half of 2012 as 100.

| | | | 2nd half/2012 | 1st half/2013 | October | November | December | January | February | March | Projected 1st half/2013 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aluminum | AL overall | Qty. | 100% | 119% | 107% | 114% | 106% | 95% | 110% | 111% | 107% | |
| | | Amount | 100% | 128% | 119% | 128% | 119% | 110% | 117% | 119% | 119% | |
| | 04 model | Qty. | 100% | 119% | 105% | 112% | 105% | 93% | 111% | 112% | 106% | |
| | | Amount | 100% | 119% | 112% | 119% | 118% | 106% | 118% | 119% | 116% | |
| | Chip | Qty. | 100% | 124% | 117% | 121% | 112% | 106% | 107% | 114% | 113% | |
| | | Amount | 100% | 133% | 129% | 133% | 119% | 113% | 116% | 124% | 122% | |
| | Snap-in | Qty. | 100% | 127% | 108% | 113% | 101% | 96% | 93% | 102% | 102% | |
| | | Amount | 100% | 148% | 122% | 128% | 118% | 116% | 113% | 121% | 120% | |
| | Screw | Qty. | 100% | 223% | 185% | 160% | 165% | 185% | 184% | 204% | 183% | |
| | | Amount | 100% | 260% | 210% | 196% | 199% | 195% | 205% | 213% | 204% | |
| | Conductive | Qty. | 100% | 83% | 91% | 74% | 115% | 79% | 58% | 57% | 79% | |
| | | Amount | 100% | 96% | 103% | 98% | 126% | 114% | 72% | 70% | 98% | |
| Tantalum | Manganese | Qty. | 100% | | | | | | | | | |
| | | Amount | 100% | | | | | | | | | |
| | Conductive | Qty. | 100% | | | | | | | | | |
| | | Amount | 100% | | | | | | | | | |

[handwritten:] 35V [illegible]    [handwritten:] *Fost:*

[illegible]

## 2. Order observations

(1). Order condition analysis

* In December, performance took a turn toward the positive due to the increase in orders prior to Chinese New Year (products with short lead times).
* In January, performance was weak due to the impact of Chinese New Year among Asian clients.
* Orders for 04 models were not strong.

(2). Future expectations

* There will be a slowing in the number of orders received for household appliances prior to the increase in consumption tax, and a rebound may begin in February or March.
* With regard to aluminum electrolytic capacitors, the number of products with short lead times has increased, and we are receiving many inquiries mentioning short lead times.
* With regard to prices, negotiations related to the low-valued yen are increasing, and the situation is difficult.
* We are expecting increased investment due to Chinese energy and environmental policies.

## 3. Device production trend topics

[handwritten:] *4K Handycam ->* [illegible] *up for 2K also*

· Express 2nd half/2013 projections relative to 2nd half/2012.    [handwritten:] *2006*



| | 2nd half/2012 | 1st half/2013 | Proj. 2013 | COMMENTS |
|---|---|---|---|---|
| ( 1 ) Thin panels | 100% | | → | The number of 4KTV units has not increased. |
| ( 2 ) Automotive | 100% | | → | |
| ( 3 ) PC | 100% | | → | |
| ( 4 ) Storage devices | 100% | | → | |
| ( 5 ) Office machines | 100% | | → | |
| ( 6 ) DSC and other photo | 100% | | → | Orders reached the bottom in January. Lens module performance is strong. [handwritten:] *Sony* [illegible] |
| ( 7 ) Household electronics | 100% | | → | |
| ( 8 ) Cellular telephones | 100% | | → | [handwritten:] *LTE base stations* [illegible] |
| ( 9 ) Mobile communications | 100% | | → | |
| ( 10 ) Power supply | 100% | | → | |
| ( 11 ) Amusement | 100% | | | |
| ( 12 ) Other topics | 100% | | | |

[handwritten:] *Sony* [illegible] *(TV* [illegible]*)* [illegible]

**CONFIDENTIAL**    **MATSUO 00000951-CT002**

[handwritten:] *No. 71-3*

Marketing Research Meeting Report  (  3  )
* Please enter number.

Submission date: 1/21/2014

2014 January

• Express status for each month as an index, with the second half of 2012 as 100.

| | | | 2nd half/2012 | 1st half/2013 | October | November | December | January | February | March | Projected 2nd half/2013 | 2nd half/2013 Planned ratio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aluminum | AL overall | Qty. | 100% | 109% | 110% | 105% | 104% | 105% | 99% | 105% | 105% | |
| | | Amount | 100% | 118% | 128% | 123% | 122% | 123% | 119% | 125% | 123% | |
| | 04 model | Qty. | 100% | 113% | 110% | 102% | 108% | 105% | 95% | 107% | 105% | |
| | | Amount | 100% | 118% | 124% | 120% | 119% | 121% | 111% | 122% | 120% | |
| | Chip | Qty. | 100% | 112% | 122% | 111% | 107% | 114% | 110% | 110% | 112% | |
| | | Amount | 100% | 114% | 128% | 120% | 116% | 124% | 120% | 121% | 122% | |
| | Snap-in | Qty. | 100% | 125% | 126% | 124% | 126% | 124% | 120% | 128% | 124% | |
| | | Amount | 100% | 127% | 135% | 132% | 139% | 137% | 135% | 140% | 136% | |
| | Screw | Qty. | 100% | 118% | 119% | 110% | 114% | 113% | 117% | 120% | 116% | |
| | | Amount | 100% | 117% | 122% | 121% | 122% | 117% | 119% | 123% | 121% | |
| | Conductive | Qty. | 100% | 97% | 90% | 100% | 101% | 98% | 31% | 97% | 95% | |
| | | Amount | 100% | 105% | 106% | 110% | 113% | 112% | 30% | 105% | 100% | |
| Tantalum | Manganese | Qty. | 100% | | | | | | | | | |
| | | Amount | 100% | | | | | | | | | |
| | Conductive | Qty. | 100% | | | | | | | | | |
| | | Amount | 100% | | | | | | | | | |

## 2. Order observations

**(1) Order condition analysis**

Japan: With regard to corporate [illegible], production activity is gradually recovering due to increased internal demand. Corporate earnings are improving due to better export [illegible] thanks to the low-valued yen and the recovery in internal demand, and corporate mindsets are improving as well. With regard to exports, at the [illegible] for [illegible] continues, Chinese exports are increasing, and a recovery is underway. Imports have increased with the expansion of [illegible], and [illegible].

United States: The [illegible] ISM index increased to 57.3 for November (October: 56.4) [illegible], and performance is continuing to improve. With regard to production activities, an increase in production [illegible] was seen in the [illegible] energy department. The industrial production index (FRB) for November rose 1.1% over the previous month (+0.1% in October), a significant increase. The [illegible] for industrial production overall increased 79% in November, and the [illegible] for [illegible] increased to 76.2% as well (75.1% in October).

Europe: The economic [illegible] has [illegible], and the pace of the Eurozone economic recovery remains slow. It appears that a [illegible] recovery continued from October to December as well. The Eurozone composite PMI was 52.1 for December (illegible]) (an increase of 0.4 points over the previous month), and there was a small improvement over the previous period in October to December, with a result of 51.9 (an increase of 0.4 points over the previous quarter). Different economic trends are occurring in different countries, and in particular, economic [illegible] in Germany and France are [illegible].

China: Current economic indices are [illegible]. The [illegible] PMI for November [illegible] from October to 51.4. As production indices increased slightly, new orders and [illegible] inventory decreased, and the economic recovery seems to have [illegible].

**(2) Future expectations**

Japan: Regarding the future of the Japanese economy, the recovery will continue until the end of the year, and then consumer [illegible] seems set to decline temporarily. We project that exports will [illegible] increase thanks to the gradual recovery of foreign economies and the [illegible] of the low-valued yen. We project that the Indices of Industrial Production will increase 2.8% over the previous month in December and 4.6% in January, with the pace of production increasing. It appears that exports will recover thanks to the recovery of foreign economies and the [illegible] of the low-valued yen, and the Indices of Industrial Production will [sentence truncated] until the end of the year.

United States: Corporate [illegible] in November overall decreased [illegible], and small improvements continued in December as well. With regard to [illegible] indices, PHL [illegible] has been good, but in NY [illegible], the [illegible] index [illegible] negatively in February [illegible]. Looking to the future, the [illegible] Of that will [illegible] to [illegible] in June and onward will continue to decrease for two months beginning in October, and the [illegible] has also been on the decline since August and September.

Europe: The production [illegible] in [illegible] seems to be on a gradual path to recovery. Eurozone [illegible] orders in [illegible] [excluding illegible]) decreased continually for two months, but the Eurozone [illegible] PMI improvements will [sentence truncated] through December. Based on the fact that it appears that the recovery in export capacity will [illegible], the industrial production index should gradually recover.

China: Reflecting the higher-than-expected increase in the July-September quarter, economic projections for 2013 and 2014 were revised slightly upward. Most significantly, the current recovery is [illegible] and support from infrastructure investment continues, so the independent ability to recover is still [illegible]. The [illegible] pace of the recovery is [illegible] and there are signs that the [illegible] of production is [illegible] in [illegible] and chemistry, and the current prices are transitioning to [illegible]. Regarding [illegible], we project that problems with production capacity and the pace of the recovery in [illegible] will continue to lack strength.

## 3. Device production trend topics

• Express 1st half/2012 projections relative to 1st half/2011.

| | 1st half/2011 | 1st half/2011 | Proj. 2012 | COMMENTS |
|---|---|---|---|---|
| (1) Thin panels | 100% | | | |
| (2) Automotive | 100% | | | |
| (3) PC | 100% | | | |
| (4) Storage devices | 100% | | | |
| (5) Office machines | 100% | | | |
| (6) DSC and other photo | 100% | | | |
| (7) Household electronics | 100% | | | |
| (8) Cellular telephones | 100% | | | |
| (9) Mobile communications | 100% | | | |
| (10) Power supply | 100% | | | |
| (11) Amusement | 100% | | | |
| (12) Other topics | 100% | | | |

[handwritten:] *Chinese smartphones*        *PMI breaks 50*                    *Q2 [illegible]*
                                          *Power conditioner*

CONFIDENTIAL

MATSUO 00000951-CT004

[handwritten:] *No. 71-4*

Marketing Research Meeting Report    (   4   )

* Please enter number.          Submission date: 1/24/2014

2014 January

## 1. Order status

• Express status for each month as an index, with the first half of 2012 as 100.

| | | | 2nd half/2012 | 1st half/2013 | October | November | December | January | February | March | Projected 1st half/2013 | 2nd half/2013 Planned ratio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aluminum | AL overall | Qty. | | | | | | | | | | |
| | | Amount | | | | | | | | | | |
| | 04 model | Qty. | | | | | | | | | | |
| | | Amount | | | | | | | | | | |
| | Chip | Qty. | | | | | | | | | | |
| | | Amount | | | | | | | | | | |
| | Snap-in | Qty. | | | | | | | | | | |
| | | Amount | | | | | | | | | | |
| | Screw | Qty. | | | | | | | | | | |
| | | Amount | | | | | | | | | | |
| | Conductive | Qty. | | | | | | | | | | |
| | | Amount | | | | | | | | | | |
| Tantalum | Manganese | Qty. | 100% | 101% | 110% | 98% | 95% | 99% | 89% | 99% | 99% | |
| | | Amount | 100% | 105% | 110% | 108% | 100% | 102% | 91% | 102% | 103% | |
| | Conductive | Qty. | 100% | 257% | 222% | 186% | 204% | 213% | 186% | 213% | 218% | |
| | | Amount | 100% | 244% | 184% | 150% | 164% | 168% | 146% | 168% | 188% | |

## 2. Order observations

(1). Order condition analysis

* In November, manganese orders barely increased at all and a downward trend continues, in contrast with the initial Christmas predictions. Only the railroad equipment business is strong. In onboard business as well, adjustments for the Christmas vacation have taken effect and there has been a decrease over the previous month for overseas factories.

* In conjunction with railroads, we continue to receive orders for aerospace-related business and overseas commercial satellites, and these have barely exceeded the level of the second half of 2012.

(2). Future expectations

* Regarding manganese tantalum, there have been no signs of recovery in industrial and equipment-related business. In onboard-related business as well, vehicles that use tantalum have remained at the same level.

* With regard to consumer-related business, in addition to the fact that the proportion was low to begin with, the transition to ceramics will accelerate the reduction.

* With regard to conductives, we are unable to keep up with the requests for drastic price reductions from users.

## 3. Device production trend topics



• Express 2nd half/2010 projections relative to 1st half/2009.

| | 2nd half/2012 | 1st half/2013 | Proj. 2013 | COMMENTS |
|---|---|---|---|---|
| ( 1 ) Thin panels | 100% | | | |
| ( 2 ) Automotive | 100% | | | |
| ( 3 ) PC | 100% | | | |
| ( 4 ) Storage devices | 100% | | | |
| ( 5 ) Office machines | 100% | | | |
| ( 6 ) DSC and other photo | 100% | | | |
| ( 7 ) Household electronics | 100% | | | |
| ( 8 ) Cellular telephones | 100% | | | |
| ( 9 ) Mobile communications | 100% | | | |
| ( 10 ) Power supply | 100% | | | |
| ( 11 ) Amusement | 100% | | | |
| ( 12 ) Other topics | 100% | | | |

CONFIDENTIAL

MATSUO 00000951-CT004

MATSUO 00000951-CT005

[handwritten:] *No. 71-5*

Marketing Research Meeting Report    (    7    )

**Submission date: 1/17/2014**

2014 January
## 1. Order status

• Express status for each month as an index, with the first half of 2012 as 100.

| | | | 2nd half/2012 | 1st half/2013 | October | November | December | January | February | March | Projected 2nd half/2013 | 2nd half/2012 Planned ratio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aluminum | AL overall | Qty. | 100% | 115% | 105% | 95% | 106% | 97% | 93% | 104% | 100% | |
| | | Amount | 100% | 125% | 128% | 123% | 119% | 130% | 119% | 132% | 125% | |
| | 04 model | Qty. | 100% | 122% | 104% | 107% | 105% | 108% | 93% | 101% | 103% | |
| | | Amount | 100% | 130% | 135% | 136% | 120% | 142% | 125% | 138% | 133% | |
| | Chip | Qty. | 100% | 110% | 106% | 86% | 109% | 89% | 92% | 108% | 98% | |
| | | Amount | 100% | 122% | 124% | 101% | 129% | 112% | 115% | 128% | 118% | |
| | Snap-in | Qty. | 100% | 103% | 65% | 103% | 83% | 109% | 85% | 88% | 89% | |
| | | Amount | 100% | 117% | 78% | 109% | 75% | 107% | 93% | 96% | 93% | |
| | Screw | Qty. | 100% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | |
| | | Amount | 100% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | |
| | Conductive | Qty. | 100% | 75% | 110% | 108% | 92% | 88% | 86% | 105% | 101% | |
| | | Amount | 100% | 87% | 124% | 113% | 100% | 108% | 103% | 120% | 112% | |
| Tantalum | Manganese | Qty. | 100% | 47% | 36% | 73% | 9% | 18% | 0% | 0% | 23% | |
| | | Amount | 100% | 108% | 21% | 78% | 29% | 28% | 0% | 0% | 26% | |
| | Conductive | Qty. | 100% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | |
| | | Amount | 100% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | |

## 2. Order observations

(1). Order condition analysis

\* Products with accelerated deadlines for Chinese New Year overlapped with December sales for an increase in sales that was much larger than projected.
We project that a rebound will occur and there will be a decrease in February.
After this, we project that orders will be strong, particularly in onboard-related business.

(2). Future expectations

In onboard-related business, the overall trend is toward an increase, and we project higher growth this quarter than last.

## 3. Device production trend topics



| | 2nd half/2012 | 1st half/2013 | Proj. 2013 | |
|---|---|---|---|---|
| ( 1 ) Thin panels | 100% | | → | |
| ( 2 ) Automotive | 100% | | → | [Handwritten:] *VW (Europe) 16 price (Illegible] 1500 (Illegible] (China 2001$ [illegible])* |
| ( 3 ) PC | 100% | | → | |
| ( 4 ) Storage devices | 100% | | | |
| ( 5 ) Office machines | 100% | | | |
| ( 6 ) DSC and other photo | 100% | | → | |
| ( 7 ) Household electronics | 100% | | → | |
| ( 8 ) Cellular telephones | 100% | | → | |
| ( 9 ) Mobile communications | 100% | | | |
| ( 10 ) Power supply | 100% | | | |
| ( 11 ) Amusement | 100% | | → | |
| ( 12 ) Other topics | 100% | | | |

MATSUO 00000951-CT006

[handwritten:] *No. 71-6*

## Marketing Research Meeting Report

**Submission date: 1/24/2014**

2014 January

( 9 )

### 1. Order status

\* Based on the 2nd half of 2012.

| | | | 1st half/2012 | 2nd half/2012 | October | November | December | January | February | March | Projected 2nd half/2013 | 2nd half/2013 Planned ratio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aluminum | AL overall | Qty. | | | | | | | | | | |
| | | Amount | | | | | | | | | | |
| | 04 model | Qty. | | | | | | | | | | |
| | | Amount | | | | | | | | | | |
| | Chip | Qty. | | | | | | | | | | |
| | | Amount | | | | | | | | | | |
| | Snap-in | Qty. | | | | | | | | | | |
| | | Amount | | | | | | | | | | |
| | Screw | Qty. | | | | | | | | | | |
| | | Amount | | | | | | | | | | |
| | Conductive | Qty. | | | | | | | | | | |
| | | Amount | | | | | | | | | | |
| Tantalum | Manganese | Qty. | | 100% | 134% | 127% | 113% | 100% | 99% | 105% | 128% | 101% |
| | | Amount | | 100% | 124% | 119% | 108% | 96% | 95% | 98% | 120% | 97% |
| | Conductive | Qty. | | 100% | 67% | 62% | 58% | 44% | 40% | 50% | 68% | 88% |
| | | Amount | | 100% | 55% | 49% | 44% | 35% | 31% | 44% | 54% | 82% |

### 2. Order observations

(1). Order condition analysis

*Tantalum:   Both Mn02 and polymer are projected to hit bottom in January or February 2014, and we are looking forward to a recovery from March onward. [handwritten:] *proportion* [illegible]  [handwritten:] * [illegible]   [illegible] *of notebook PCs*

(2). Future expectations

### 3. Device production trend topics

| | 1st half/2012 | 2nd half/2012 | Proj. 2013 | |
|---|---|---|---|---|
| ( 1 ) Thin panels | 100% | | | |
| ( 2 ) Automotive | 100% | | | |
| ( 3 ) PC | 100% | | | |
| ( 4 ) Storage devices | 100% | | | |
| ( 5 ) Office machines | 100% | | | |
| ( 6 ) DSC and other photo | 100% | | | |
| ( 7 ) Household electronics | 100% | | | |
| ( 8 ) Cellular telephones | 100% | | | |
| ( 9 ) Mobile communications | 100% | | | |
| ( 10 ) Power supply | 100% | | | |
| ( 11 ) Amusement | 100% | | | |
| ( 12 ) Other topics | 100% | | | |