**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: C-14-03264-JD IN RE CAPACITORS ANTITRUST LITIGATION
MD-17-02801-JD In re Capacitors Antitrust Litigation (No. III)

**TRIAL SHEET**

| JUDGE: | PLAINTIFFS: | DEFENDANTS: |
|---|---|---|
| Hon. James Donato | Joseph Saveri, Christopher K.L. Young, Anupama K. Reddy, Steven Williams, Eric Cramer, Joshua P. Davis, James Dallal, Austin B. Cohen | Alexandra G. Calistri, Shawn N. Skolky, Ralph A. Campillo, Bruce Sokler, Breton Leone-Quick, Evan S. Nadel, Robert G. Kidwell, Joseph J. Bial, Farrah R. Berse, Roberto Finzi, David D. Cross, Bonnie Lau, Margaret A. Webb, Breton Leone-Quick |
| **JURY TRIAL DATE:** <br> March 4, 2020 | **REPORTER(S):** <br> Debbie Pas/Belle Ball | **CLERK:** <br> Lisa R. Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:10 a.m. | | | Court in session; out of the presence of the jury. Court reads note No. 1 from the jury. | |
| | | 9:16 a.m. | | | Court in session; all parties and jury present. Court reads jury note No. 1 in open court and responds to jury. | |
| | | 9:17 a.m. | | | Plaintiffs call witness Gene Krzywinski. | |
| 1 | | | X | X | Kanji Ohta Business Card | LRC |
| | | 9:46 a.m. | | | Cross-examination of Gene Krzywinski | |
| | | 10:07 a.m. | | | Re-direct of Gene Krzywinski | |
| | | 10:08 a.m. | | | Jury in recess. Court in session; outside the presence of the jury. | |
| | | | | | Jury note No. 2 read to the parties outside the presence of the jury. | |
| | | 10:17 a.m. | | | Court in session; all parties and jury present. Court reads jury note No. 2 in open court and responds to jury. | |
| | | | | | Court reads note No. 3 from the jury to Gene Krzywinski. | |
| | | | | | Witness excused. | |
| | | 10:21 a.m. | | | Plaintiffs call Dr. Adam Fontecchio. Witness accepted as an expert. | |
| | | 11:06 a.m. | | | Court in recess. | |
| | | 11:36 a.m. | | | Court in session; out of the presence of the jury. | |
| | | 11:39 a.m. | | | Court in session; all parties and jury present. Cross-examination of Dr. Adam Fontecchio. | |
| | | 11:56 a.m. | | | Re-direct of Dr. Adam Fontecchio | |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:59 a.m. | | | Court reads jury note No. 4. to Dr. Adam Fontecchio. | |
| | | 12:00 p.m. | | | Plaintiffs call Barry Reed Lubman | |
| | | 12:07 p.m. | | | Cross-examination of Barry Reed Lubman | |
| | | 12:15 p.m. | | | Re-direct of Barry Reed Lubman | |
| | | 12:19 p.m. | | | Plaintiffs play videotaped deposition of Kazuhiko Mitsuhori | |
| | | 12:47 p.m. | | | Court in recess. | |
| | | 1:08 p.m. | | | Court in session; all parties present outside the presence of the jury. Court reads jury note No. 5 to parties. | |
| | | 1:10 p.m. | | | Court in session; all parties and jury present. Court reads jury note No. 5 and responds to jury. Jury note No. 6 not read to parties or responded to by the Court. | |
| | | 1:13 p.m. | | | Continued playing of videotaped deposition of Kazuhiko Mitsuhori by plaintiffs. | |
| 8723 | | | X | X | Minutes of the September ECC Meeting 9/18/2002 ECC Group Meeting Minutes | LRC |
| 7164 | | | X | X | 12-18-2002 Meeting Minutes | LRC |
| 8253 | | | X | X | January ECC Presidential Conference Minutes (Translated Document) | LRC |
| 2562 | | | X | | Report On 10/22/2003 ATC Meeting (attachment to Exh 2561) | |
| 13316 | | | X | | 3/17/2004 March Meeting Minutes | |
| 2322 | | | X | | 2/24/2006 Email | |
| | | 1:45 p.m. | | | Jury in recess. Discussion with parties outside the presence of the jury. | |
| | | 1:51 pm | | | Jury excused for the day. Court in session; out of the presence of the jury. | |
| | | 2:10 pm | | | Court in recess. | |
| | | | | | Plaintiffs: 1651 Minutes; Defendants: 1754 Minutes. | |