UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: C-14-03264-JD IN RE CAPACITORS ANTITRUST LITIGATION
MD-17-02801-JD In re Capacitors Antitrust Litigation (No. III)

**TRIAL SHEET**

| JUDGE:<br>Hon. James Donato | PLAINTIFFS:<br>Joseph Saveri, Christopher K.L. Young, Anupama K. Reddy, Steven Williams, Eric Cramer, Joshua P. Davis, James Dallal, Austin B. Cohen | DEFENDANTS:<br>Alexandra G. Calistri, Shawn N. Skolky, Ralph A. Campillo, Bruce Sokler, Breton Leone-Quick, Evan S. Nadel, Robert G. Kidwell, Joseph J. Bial, Farrah R. Berse, Roberto Finzi, David D. Cross, Bonnie Lau, Margaret A. Webb, Breton Leone-Quick, Evan Nadel, Djordje Petkoski, Stephen Kam |
|---|---|---|
| **JURY TRIAL DATE:**<br>March 5, 2020 | **REPORTER(S):**<br>Debbie Pas/Belle Ball | **CLERK:**<br>Lisa R. Clark |
| **INTERPRETERS:**<br>Koko Peters/Cory Blandford | | |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:04 a.m. | | | Court in session; out of the presence of the jury. | |
| | | 9:16 a.m. | | | Court in session; all parties and jury present. | |
| | | 9:20 a.m. | | | Continued playing of video deposition of Kazuhiko Mitsuhori by plaintiffs. | |
| 2562 | | | X | X | Report on 10/22/2003 ATC Meeting (attachment to Exh. 2561) | LRC |
| 13316 | | | X | X | 3/17/2004 March Meeting Minutes | LRC |
| 2322 | | | X | X | 2/24/2006 Email | LRC |
| 5254 | | | X | X | 1/29/2003 Email | LRC |
| 1631 | | | X | X | 5/18/2003 ECC/EC Joint Meeting Minutes | LRC |
| 2572 | | | X | X | 6/17/2004 AT Statistics Presidents Meeting Minutes | LRC |
| 2574 | | | X | X | 11/11/2004 November AT Statistics Committee and President Meeting Minutes | LRC |
| | | 10:05 a.m. | | | Defendants play videotaped deposition of Kazuhiko Mitsuhori | |
| | | 10:14 a.m. | | | Court in recess. | |
| | | 10:19 a.m. | | | Plaintiffs call Satoshi Okubo. | |
| 106 | | | X | X | Bates Numbered Document | LRC |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 438 | | | X | X | 9/16/2010 Marketing Study Meeting Report | LRC |
| 439 | | | X | X | Report submitted to Market Study Group Meeting Reports (Submitted on 10/18/2020) | LRC |
| 440 | | | X | X | November 2010 Market Study Group Meeting report | LRC |
| 441 | | | X | X | December 2010 Market Study Group Meeting | LRC |
| 442 | | | X | X | Report submitted Market Study Group Meeting (Submitted on 1/21/2011) | LRC |
| 443 | | | X | X | 2/17/2011 Report submitted Market Study Group Meeting | LRC |
| 444 | | | X | X | 3/17/2011 March 2011 Market Study Group Meeting report | LRC |
| 445 | | | X | X | 4/19/2011 Market Study Group Meeting report | LRC |
| 446 | | | X | X | 5/20/2011 Market Study Group Meeting report | LRC |
| 447 | | | X | X | 6/17/2011 Report Market Study Group Meeting | LRC |
| 448 | | | X | X | 7/22/2011 Market Study Group Meeting report | LRC |
| 449 | | | X | X | 2011 Market Study Group Joint Meeting August 29-30, 2011 | LRC |
| 450 | | | X | X | 9/22/2011 Report submitted on 9/22/2001 to Market Study Group Joint Meeting | LRC |
| 451 | | | X | X | 10/24/2011 October 2011 Market Study Group Meeting report | LRC |
| 452 | | | X | X | 11/17/2011 November 2011 Market Study Group Meeting report | LRC |
| 453 | | | X | X | 12/19/2011 December 2011 Market Study Group Meeting report | LRC |
| 454 | | | X | X | 1/20/2012 January 2012 Market Study Group Meeting report | LRC |
| 455 | | | X | X | 2/20/2012 February 2012 Market Study Group Meeting report | LRC |
| 456 | | | X | X | 3/21/2012 March 2012 Market Study Group Meeting report | LRC |
| 457 | | | X | X | 4/23/2012 April 2012 Market Study Group Meeting report | LRC |
| 458 | | | X | X | 5/21/2012 May 2012 Market Study Group Meeting report | LRC |
| 459 | | | X | X | 6/19/2012 June 2012 Market Study Group Meeting report | LRC |
| 460 | | | X | X | 7/17/2012 July 2012 Market Study Group Meeting report | LRC |
| 461 | | | X | X | | LRC |
| 462 | | | X | X | 9/18/2012 September 2012 Market Study Group Meeting report | LRC |
| 463 | | | X | X | 10/22/2012 October 2012 Market Study Group Meeting report | LRC |
| 464 | | | X | X | 11/19/2012 November 2012 Market Study Group Meeting report | LRC |
| 465 | | | X | X | 12/19/2012 December 2012 Market Study Group Meeting report | LRC |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 466 | | | X | X | 1/25/2013 January 2013 Market Study Group Meeting report | LRC |
| 467 | | | X | X | 2/12/2013 February 2013 Market Study Group Meeting report | LRC |
| 468 | | | X | X | 3/19/2013 March 2013 Market Study Group Meeting report | LRC |
| 469 | | | X | X | 4/16/2013 April 2013 Market Study Group Meeting report | LRC |
| 470 | | | X | X | 5/21/2013 May 2013 Market Study Group Meeting report | LRC |
| 471 | | | X | X | 6/18/2013 June 2013 Market Study Group Meeting report | LRC |
| 472 | | | X | X | 7/23/2013 July 2013 Market Study Group Meeting report | LRC |
| 473 | | | X | X | Report on 2013 Market Study Group Joint Meeting August 1-2, 2013 | LRC |
| | | 10:52 a.m. | | | Court in recess. | |
| | | 11:20 am | | | Court in session; out of the presence of the jury. | |
| | | 11:29 a.m. | | | Court in session; all parties and jury present. Continued direct examination of Satoshi Okubo. | |
| 110 | | | X | X | 2008 August MD Group Joint Meeting Minutes | LRC |
| 8964 | | | X | X | 9/22/1998 Email | LRC |
| | | 12:35 p.m. | | | Court in recess. | |
| | | 1:03 p.m. | | | Court in session; out of the presence of the jury. | |
| | | 1:05 p.m. | | | Court in session; all parties and jury present. Cross-examination of Satoshi Okubo. | |
| | 1003 | | X | X | Undated – Record of the info exchange meeting held btw Matsuo and Holy Stone on 8/11/2010 | |
| | | 1:29 p.m. | | | Cross-examination of Satoshi Okubo by AVX. | |
| | | 1:31 p.m. | | | Re-direct of Satoshi Okubo. | |
| | | 1:43 p.m. | | | Court reads juror question No. 6 and responds. | |
| | | 1:45 p.m. | | | Court reads juror question No. 7 and responds. | |
| | | 1:46 p.m. | | | Plaintiffs' reading of deposition of Hiroyuki Imai | |
| 8973 | | | X | | | |
| | | 2:02 p.m. | | | Court in recess; jury excused for the day. | |
| | | | | | Court has discussion with parties outside the presence of the jury. | |
| | | | | | Court in recess. | |
| | | | | | Plaintiffs: 1480 minutes left. Defendants: 1721 minutes left. | |