# EXHIBIT A

STIPULATION AND [PROPOSED] ORDER
NO. 3:19-CV-03296-JD

| Event | Deadline |
|---|---|
| Close of expert discovery (including depositions of Dr. Marx and Dr. Williams, respectively) | 5/15/2020 |
| Deadline for Avnet-Panasonic specific summary-judgment and *Daubert* motions | 6/8/2020 |
| Deadline for Avnet-Panasonic specific summary-judgment and *Daubert* oppositions | 6/29/2020 |
| Deadline for Avnet-Panasonic specific summary-judgment and *Daubert* reply briefs | 7/20/2020 |