*[Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The AASI Beneficiaries' Trust, by and Through Kenneth A. Welt, Liquidating Trustee, v. AVX Corp. et al.,* Case No. 3:17-cv-03472<br><br>*Avnet, Inc. v. Hitachi Chemical Co., Ltd., et al.,* Case No. 17-cv-7046<br><br>*Benchmark Electronics, Inc. et al. v. AVX Corp. et al.,* Case No. 17-cv-7047-JD<br><br>*Jaco Electronics, Inc. et al. v. Nippon Chemi-Con Corporation, et al.,* Case No. 3:19-cv-1902-JD<br><br>*Arrow Electronics, Inc. v. ELNA Co., Ltd. et al.*, No. 3:18-cv-02657-JD<br><br>*Flextronics International USA, Inc.'s Individual Action*, Case No. 3:14-cv-03264-JD | **Master File No. 3:17-md-02801-JD**<br><br>**JOINT STATUS REPORT REGARDING CONCURRENT EXPERT "HOT TUB"** |

## I. INTRODUCTION

At the April 17, 2020 status conference, the Court advised the parties that it would hold a concurrent expert "hot tub" proceeding (the "Hot Tub") and directed the parties to "meet and confer and submit joint proposals for the structure and format of the proceedings, including the number of proceedings that should be held and proposed dates."

Counsel have done so and have reached an agreement on a proposed date and format. The parties therefore jointly submit this status report setting forth their proposed Hot Tub schedule and format, and respectfully request that the Court enter an order setting the Hot Tub for August 11, 2020.

## II. TIMING AND FORMAT OF HOT TUB

During the April 17 status conference, the Court advised the parties of its intention to hold a Hot Tub in respect of Defendants' *Daubert* Motion concerning DAPs' expert, Dr. Leslie Marx and DAPs' *Daubert* Motions in respect of Nichicon's expert, Dr. Stephen Prowse, and Hitachi Chemical's expert, Dr. Michael Williams. The Court also suggested either August 4, 2020 or August 11, 2020 as the date(s) of the Hot Tub.

The parties agree that the arguments raised in DAPs' *Daubert* Motions of Dr. Prowse [D.E. 625] and Dr. Williams [D.E. 630] are not appropriate for a Hot Tub proceeding because those issues relate to legal rather than econometric issues. DAPs believe that the issues raised in Sections I & II of their *Daubert* motion with regard to Dr. Williams have been decided by the Court as part of the Direct Purchaser Class pretrial proceedings. *See* D.E. 1140 (Ruling on Defendants' Motion in Limine No. 1). Hitachi Chemical disagrees and does not believe the Court has decided any issue as to Dr. Williams' proffered testimony, which contains properly admissible expert rebuttal testimony responsive to Dr. Marx's purported economic conclusions.

The parties further agree that Section C of Defendants' *Daubert* motion [D.E. 652] also should not be part of the Hot Tub of Dr. Marx, as it too relates strictly to legal issues. The parties agree that these legal issues can be decided on the papers or by oral argument if the Court deems it to be helpful.

With respect to the timing of the Hot Tub for Dr. Marx, the parties respectfully request (if possible) that it be scheduled on August 11, 2020.

Consistent with intention expressed by the Court, the parties all would prefer that the Hot Tub take place in person. However, given the effects of the COVID-19 pandemic and General Order 72-3 of the Northern District of California, they agree that to avoid any delay, if the hearing cannot proceed in person, the parties will be prepared to proceed on August 11, 2020 via Zoom or similar videoconference technology.

Finally, as directed by the Court, Dr. Marx, Dr. Haider, and Dr. Prowse shall meet and confer to prepare a joint statement that lists the top five issues of disagreement by descending order of importance. This joint submission shall be filed by July 17, 2020.

Dated: June 19, 2020

| | |
|---|---|
| /s/ Robert W. Turken<br>Robert W. Turken<br>**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**<br>Robert W. Turken (*pro hac vice*)<br>Scott N. Wagner (*pro hac vice*)<br>Lori P. Lustrin (*pro hac vice*)<br>Shalia M. Sakona (*pro hac vice*)<br>Jerry R. Goldsmith (*pro hac vice*)<br>Ilana A. Drescher (*pro hac vice*)<br>1450 Brickell Ave., Suite 2300<br>Miami, Florida 33131-3456<br>Telephone:   (305) 374-7580<br>Facsimile:   (305) 374-7593<br><br>*Attorneys for Plaintiffs Avnet, Inc.; The AASI Beneficiaries' Trust, by and Through Kenneth A. Welt, Liquidating Trustee; Jaco Electronics, Inc.; and Benchmark Electronics, Inc.* | /s/Charles E. Tompkins<br>Charles E. Tompkins (*pro hac vice*)<br>**WILLIAMS MONTGOMERY & JOHN LTD.**<br>1200 18th Street NW, Suite 325<br>Washington, D.C. 20036<br>Telephone: (202) 791-9951<br>Facsimile: (312) 630-8586<br>Email: cet@willmont.com<br><br>Paul J. Ripp (*pro hac vice*)<br>Ashley Hyun-Jeong Kim (*pro hac vice*)<br>**WILLIAMS MONTGOMERY & JOHN LTD**.<br>233 S. Wacker Drive, Suite 6800<br>Chicago, IL 60606<br>Telephone: (312) 443-3200<br>Facsimile: (312) 630-8500<br>Email: pjr@willmont.com<br>ahk@willmont.com |
| /s/Meredith Schultz<br>Stuart H. Singer (*pro hac vice*)<br>Meredith Schultz (*pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>401 East Las Olas Blvd.<br>Suite 1200<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 356-0011<br>Facsimile: (954) 356-0022<br>Email: ssinger@bsfllp.com<br>Email: mschultz@bsfllp.com<br><br>Philip J. Iovieno<br>Anne M. Nardacci<br>**BOIES SCHILLER FLEXNER LLP**<br>30 South Pearl Street, 11th Floor<br>Albany, NY 12207<br>Telephone: (518) 434-0600<br>Facsimile: (518) 434-0665<br><br>Kyle Smith<br>**BOIES SCHILLER FLEXNER LLP**<br>1401 New York Ave., NW<br>Washington, DC 20005<br>Telephone: (202) 237-2727<br>*Attorneys for Plaintiff Arrow Electronics, Inc.* | Whitney E. Street (State Bar No. 223870)<br>**BLOCK & LEVITON LLP**<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (415) 968-1852<br>Facsimile: (617) 507-6020<br>Email: wstreet@blockesq.com<br><br>*Counsel for Plaintiff Flextronics International USA, Inc.* |

| | |
|---|---|
| **WILSON SONSINI GOODRICH & ROSATI**<br>Professional Corporation | **K&L GATES LLP** |
| *s/ Jonathan M. Jacobson*<br>Jonathan M. Jacobson<br>Chul Pak (admitted *pro hac vice*)<br>Jeffrey C. Bank (admitted *pro hac vice*)<br>Justin A. Cohen (admitted *pro hac vice*)<br>1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019<br>Telephone: (212) 497-7758<br>Facsimile: (212) 999-5899<br>jjacobson@wsgr.com<br>cpak@wsgr.com<br>jbank@wsgr.com<br>jcohen@wsgr.com<br><br>Jeff VanHooreweghe (Bar No. 313371)<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, California 94105<br>Telephone: (415) 947-2046<br>Facsimile: (415) 947-2099<br>jvanhooreweghe@wsgr.com<br><br>*Counsel for Defendants Hitachi Chemical Co., Ltd., Hitachi AIC Inc., and Hitachi Chemical Co. America, Ltd.* | *s/ Michael E. Martinez*<br>Michael E. Martinez<br>(admitted *pro hac vice*)<br>Scott M. Mendel (admitted *pro hac vice*)<br>Steven M. Kowal (admitted *pro hac vice*)<br>Lauren N. Donahue (admitted *pro hac vice*)<br>Brian J. Smith (admitted *pro hac vice*)<br>70 West Madison Street, Suite 3300<br>Chicago, Illinois 60602<br>Telephone: (312) 372-1121<br>Facsimile: (312) 827-8000<br>michael.martinez@klgates.com<br>scott.mendel@klgates.com<br>lauren.donahue@klgates.com<br>brian.j.smith@klgates.com<br><br>Daniel W. Fox (Bar No. 268757)<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California 94111<br>Telephone: (415) 882-8200<br>Facsimile: (415) 882-8220<br>daniel.fox@klgates.com<br><br>Philip Van Der Weele<br>(admitted *pro hac vice*)<br>One S.W. Columbia Street, Suite 1900<br>Portland, Oregon 97258<br>Telephone: (503) 228-3200<br>Facsimile: (503) 553-6227<br>Phil.vanderweele@klgates.com<br><br>*Counsel for Defendants Nichicon Corporation and Nichicon (America) Corporation.* |

| | | |
|---|---|---|
| 1 | **JONES DAY** | **MORRISON & FOERSTER LLP** |
| 2 | *s/ Jeffrey A. LeVee* | *s/ Bonnie Lau* |
| 3 | Jeffrey A. LeVee (Bar No. 125863) | Bonnie Lau |
|   | Erick P. Enson (Bar No. 204447) | 425 Market Street |
| 4 | Kelly M. Ozurovich (Bar No. 307563) | San Francisco, California 94105 |
|   | 555 South Flower Street, Fiftieth Floor | Telephone: (415) 268-6511 |
| 5 | Los Angeles, California 90071 | Facsimile: (415) 268-7522 |
|   | Telephone: (213) 489-3939 | BLau@mofo.com |
| 6 | Facsimile: (213) 243-2539 | |
| 7 | jlevee@jonesday.com | *Counsel for Defendant Matsuo Electric* |
|   | epenson@jonesday.com | *Co., Ltd.* |
| 8 | kozurovich@jonesday.com | |

*Counsel for Defendants Holy Stone Enterprise Co., Ltd., Milestone Global Technology, Inc. (d/b/a HolyStone International), and Vishay Polytech Co., Ltd.*

| | |
|---|---|
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| *s/ Charles Rule* | *s/ Heather S. Nyong'o* |
| Charles "Rick" Rule (admitted *pro hac vice*) | Heather S. Nyong'o (Bar No. 222202) |
| Joseph J. Bial (admitted *pro hac vice*) | One Front Street, Suite 3500 |
| 2001 K Street, N.W. | San Francisco, California 94111 |
| Washington, D.C. 20006 | Telephone: (628) 235-1000 |
| Telephone: (202) 223-7300 | Facsimile: (628) 235-1001 |
| Facsimile: (202) 223-7430 | heather.nyongo@wilmerhale.com |
| rrule@paulweiss.com | Thomas Mueller (admitted *pro hac vice*) |
| jbial@paulweiss.com | 1875 Pennsylvania Avenue, N.W. |
| | Washington, D.C. 20006 |
| Johan E. Tatoy (admitted *pro hac vice*) | Telephone: (202) 663-6000 |
| Sara E. Hershman (admitted *pro hac vice*) | Facsimile: (202) 663-6363 |
| 1285 Avenue of the Americas | thomas.mueller@wilmerhale.com |
| New York, New York 10128 | |
| Telephone: (212) 373-3830 | Chris Johnstone (Bar no. 242152) |
| Facsimile: (212) 757-3990 | 950 Page Mill Road |
| jtatoy@paulweiss.com | Palo Alto, California 94304 |
| shershman@paulweiss.com | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |
| **KAUFHOLD GASKIN LLP** | |
| | *Counsel for Defendant Elna Co., Ltd. And Elna America, Inc.* |
| Steven Kaufhold (Bar No. 157195 | |
| 388 Market Street, Suite 1300 | |
| San Francisco, California 941111 | |
| Telephone: (415) 445-4621 | |
| Facsimile: (415) 874-1071 | |
| skaufhold@kaufholdgaskin.com | |
| | |
| *Counsel for Defendants Nippon Chemi-Con Corporation and United Chemi-Con, Inc.* | |

| | | |
|---|---|---|
| 1 | **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.** | **SHEARMAN AND STERLING LLP** |
| 2 | | |
| 3 | *s/ Evan S. Nadel* | *s/ Djordje Petkoski* |

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

*s/ Evan S. Nadel*
Evan S. Nadel
44 Montgomery Street, 36th Floor
San Francisco, California 94104
Telephone: (415) 432-6000
Facsimile: (415) 432-6001
enadel@mintz.com

Bruce D. Sokler (admitted *pro hac vice*)
Robert G. Kidwell (admitted *pro hac vice*)
701 Pennsylvania Avenue, N.W., Suite 900
Washington, D.C. 20004
Telephone: (202) 434-7300
Facsimile: (202) 434-7400
bdsokler@mintz.com
rgkidwell@mintz.com

*Counsel for Defendant AVX Corporation*

SHEARMAN AND STERLING LLP

*s/ Djordje Petkoski*
Djordje Petkoski (admitted *pro hac vice*)
David A. Higbee (admitted *pro hac vice*)
Ryan Shores (admitted *pro hac vice*)
Todd M. Stenerson (admitted *pro hac vice*)
Deke Shearon (admitted *pro hac vice*)
401 9th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 508-8000
Facsimile: (202) 508-8100
djordje.petkoski@shearman.com
david.higbee@shearman.com
ryan.shhores@shearman.com
todd.stenerson@shearman.com
deke.shearon@shearman.com

John Cove (Bar No. 212213)
535 Mission Street, 25th Floor
San Francisco, California 94105
Telephone: (415) 616-1139
Facsimile: (415) 616-1199
john.cove@shearman.com

*Counsel for Defendant Rubycon Corporation and Rubycon America Inc.*

| | | |
|---|---|---|
| 1 | **BONA LAW PC** | **DENTONS US LLP** |
| 2 | *s/ Jarod M. Bona* | *s/ Gaspare J. Bono* |
| 3 | Jarod M. Bona | Gaspare J. Bono |
|  | Aaron R. Gott | Claire M. Maddox |
| 4 | 4275 Executive Square, Suite 200 | Leslie A. Barry |
|  | La Jolla, California 92037 | 1900 K Street, N.W. |
| 5 | jarod.bona@bonalawpc.com | Washington, D.C. 20006 |
|  | aaron.gott@bonalawpc.com | gap.bono@dentons.com |
| 6 | | claire.maddox@dentons.com |
| 7 | *Counsel for Defendants Taitsu Corporation and Taitsu America, Inc.* | leslie.barry@dentons.com |
| 8 | | Andrew S. Azarmi |
|  | | One Market Plaza |
| 9 | | Spear Tower, 24th Floor |
|  | | San Francisco, California 94105 |
| 10 | | andrew.azarmi@dentons.com |
| 11 | | *Counsel for Defendants Shinyei Kaisha, Shinyei Technology Co., Ltd., Shinyei Capacitor Co., Ltd. and Shinyei Corporation of America, Inc.* |

**BAKER & HOSTETLER LLP**

*s/ C. Dennis Loomis*
C. Dennis Loomis (Bar No. 82359)
11601 Wilshire Blvd., Suite 1400
Los Angeles, California 90025-0509
Telephone: 310. 820.8800
Facsimile: 310.820.8859
cdloomis@bakerlaw.com

John R. Fornaciari (admitted pro hac vice)
Danyll W. Foix (admitted pro hac vice)
1050 Connecticut Ave. N.W., Suite 1100
Washington, D.C. 20036
Telephone: 202.861.1500
Facsimile: 202.861.1783
jfornaciari@bakerlaw.com
dfoix@bakerlaw.com

*Counsel for Defendants Soshin Electric Co., Ltd.
and Soshin Electronics of America Inc.*

## ATTESTATION STATEMENT

Pursuant to Civil L.R. 5-1(i)(3), I attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 19, 2020

                                          */s/ Robert W. Turken*
                                             Robert W. Turken *(pro hac vice)*

                                          **BILZIN SUMBERG BAENA PRICE
                                          & AXELROD LLP**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was electronically served upon the parties and counsel of record using the CM/ECF system on June 19, 2020.

                                             /s/ *Robert W. Turken*
                                             Robert W. Turken