Sean P. Rodriguez (CA SBN 262437)
srodriguez@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000; Fax: (510) 574-1460

Stuart H. Singer (*pro hac vice*)
ssinger@bsfllp.com
Meredith L. Schultz (*pro hac vice*)
mschultz@bsfllp.com
Pascual Oliu (*pro hac vice*)
poliu@bsfllp.com
Corey P. Gray (*pro hac vice*)
cgray@bsfllp.com
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel: (954) 356-0011; Fax: (954) 356-0022

Philip J. Iovieno (*pro hac vice*)
piovieno@bsfllp.com
Anne M. Nardacci (*pro hac vice*)
anardacci@bsfllp.com
BOIES SCHILLER FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Tel: (518) 434-0600; Fax: (202) 237-6131

*Attorneys for Plaintiff Arrow Electronics, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ARROW ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELNA CO., LTD.; ELNA AMERICA INC.; MATSUO ELECTRIC CO., LTD.; TOSHIN KOGYO., LTD.; OKAYA ELECTRIC INDUSTRIES CO., LTD.; OKAYA ELECTRIC AMERICA INC.; TAITSU CORPORATION; TAITSU AMERICA, INC.; SHINYEI KAISHA; SHINYEI TECHNOLOGY CO., LTD.; SHINYEI CAPACITOR CO., LTD.; SHINYEI CORPORATION OF AMERICA, INC.; NITSUKO ELECTRONICS CORPORATION; NISSEI ELECTRIC CO., LTD.; SHIZUKI ELECTRIC CO., INC.; SOSHIN ELECTRIC CO., LTD.; SOSHIN ELECTRONICS OF AMERICA, INC.; NIPPON CHEMI-CON CORPORATION; and UNITED CHEMI-CON, INC., <br><br> Defendants. | **Master File No. 18-cv-02657-JD** <br><br> **MDL No. 17-md-2801-JD** <br><br><br> **ARROW ELECTRONICS, INC.'S NOTICE OF WITHDRAWAL OF WILLIAM A. ISAACSON** |

---

1

**Arrow Electronics, Inc.'s Notice Of Withdrawal Of William A. Isaacson; Master File No. 14-cv-02657.**


**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that WILLIAM A. ISAACSON, of the law firm BOIES SCHILLER FLEXNER LLP, pursuant to Rule 11-5(a), hereby requests the Court withdraw him as counsel of record in this matter on behalf of Plaintiff Arrow Electronics, Inc. Other members of the law firm BOIES SCHILLER FLEXNER LLP will continue to represent the plaintiff.

Accordingly, it is hereby requested that the Court remove Mr. Isaacson's name and e-mail address from the service list currently on file with the Court.

Dated:   June 22, 2020                                  Respectfully Submitted,

**BOIES SCHILLER FLEXNER LLP**

By:   /s/ *Meredith Schultz*

Stuart H. Singer
Meredith L. Schultz
Pascual Oliu
Corey P. Gray
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
Telephone:   (954) 356-0011
Facsimile:   (954) 356-0022
Email: ssinger@bsfllp.com
           mschultz@bsfllp.com
           poliu@bsfllp.com
           cgray@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES SCHILLER FLEXNER LLP
30 South Pearl Street, 11th Floor

2

**Arrow Electronics, Inc.'s Notice Of Withdrawal Of William A. Isaacson; Master File No. 14-cv-02657.**

Albany, NY 12207
Telephone:     (518) 434-0600
Facsimile:      (518) 434-0665
Email:  piovieno@bsfllp.com
             anardacci@bsfllp.com

Sean Phillip Rodriguez
BOIES SCHILLER FLEXNER LLP
44 Montgomery St
41st Floor
San Francisco, CA 94104
Telephone:  415 293 6820
 Email:        srodriguez@bsfllp.com

*Attorneys for Plaintiff, Arrow Electronics, Inc.*

**Arrow Electronics, Inc.'s Notice Of Withdrawal Of William A. Isaacson; Master File No. 14-cv-02657.**

# CERTIFICATE OF SERVICE

I, Meredith Schultz, one of the attorneys for Arrow Electronics, Inc. certifies that a copy was served of the foregoing PLAINTIFF ARROW ELECTRONICS, INC.'S NOTICE OF WITHDRAWAL OF WILLIAM A. ISAACSON on counsel of record, using the CM/ECF system on June 22, 2020.

By: */s/ Meredith Schultz*
Meredith Schultz

4

**Arrow Electronics, Inc.'s Notice Of Withdrawal Of William A. Isaacson; Master File No. 14-cv-02657.**