| | |
|---|---|
| Charles F. Rule (admitted *pro hac vice*) <br> Joseph J. Bial (admitted *pro hac vice*) <br> Eric R. Sega (admitted *pro hac vice*) <br> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> 2001 K Street, NW <br> Washington, DC 20006 <br> Telephone: (202) 223-7300 <br> Facsimile: (202) 223-7420 <br> rrule@paulweiss.com <br> jbial@paulweiss.com <br> esega@paulweiss.com | Roberto Finzi (admitted *pro hac vice*) <br> Farrah R. Berse (admitted *pro hac vice*) <br> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> 1285 Avenue of the Americas <br> New York, NY 10019 <br> Telephone: (212) 373-3000 <br> Facsimile: (212) 757-3990 <br> rfinzi@paulweiss.com <br> fberse@paulweiss.com <br> <br> *Counsel for Defendants Nippon Chemi-Con Corp. and United Chemi-Con, Inc.* |

Steven Kaufhold (SBN 157195)
KAUFHOLD GASKIN LLP
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 445-4621
Facsimile: (415) 874-1071
skaufhold@kaufholdgaskin.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION <br><br> This Document Relates to: <br><br> ALL ACTIONS | MDL Case No. 17-md-02801-JD <br><br> Case No. 14-cv-03264-JD <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

1  TO: The Clerk of the Court and to All Parties and Counsel of Record.

2  **PLEASE TAKE NOTICE THAT** Johan E. Tatoy will be on a temporary secondment away from Paul, Weiss, Rifkind, Wharton & Garrison, LLP and is hereby withdrawn as counsel for Defendants Nippon Chemi-Con Corporation and United Chemi-Con, Inc.  Mr Tatoy should be removed from the Court's service list with respect to this action.  Paul, Weiss, Rifkind, Wharton & Garrison, LLP continues to represent Defendants Nippon Chemi-Con Corporation and United Chemi-Con, Inc.  All future correspondence and papers in this action should continue to be directed to Charles F. Rule, Joseph J. Bial, Roberto Finzi, Farrah R. Berse, Eric R. Sega, and Steven Kaufhold.

Dated: August 6, 2020            Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____/s/ Joseph J. Bial_____
Joseph J. Bial (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
jbial@paulweiss.com
Telephone: (202) 223-7318
Facsimile: (202) 204-7378

Steven Shea Kaufhold
KAUFHOLD GASKIN LLP
388 Market St, Suite 1300
San Francisco, CA 94111
Telephone: (415) 445-4621
Facsimile: (415) 874-1071
skaufhold@kaufholdgaskin.com

*Counsel for Defendants Nippon Chemi-Con Corp. and United Chemi-Con, Inc.*