# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date:  September 17, 2020                                                                 Judge:  Hon. James Donato

Time:  9 Minutes

Case No.    **C-14-cv-03264-JD In re Capacitors Antitrust Litigation**
            **MD-17-02801-JD In re Capacitors Antitrust Litigation (No. III)**

Attorney(s) for Plaintiff(s):    Joseph R. Saveri
Attorney(s) for Defendant(s):    Jeffrey Kessler/Ian Papendick/Chris Johnstone/
                                 Robert Kidwell/Eric P. Enson/Gaspare J. Bono/
                                 Roxane Polidora/Luke Hasskamp/Allison A. Davis

Deputy Clerk:  Lisa R. Clark                                                   Court Reporter:  Debra Pas

### PROCEEDINGS

Motion Hearing - Held

### NOTES AND ORDERS

The Court holds a hearing on the DPPs' motion for final approval of class action settlements and motion for attorney's fees and reimbursement of expenses.  MDL Dkt. Nos. 1360, 1362.

Final approval is granted, with a written order to follow.

On the fees and costs request, the Court intends to adopt Special Master Monica Ip's report and recommendations.  MDL Dkt. No. 1397.  The attorney's fees percentage is higher than what the Court would normally award, especially when considered on a cumulative basis across the different rounds of settlements, but the Court finds it to be appropriate when compared to the usual benchmarks.  The Court also finds this case was especially hard-fought and litigated with skill on both sides, and presented significant risks to plaintiffs' counsel.

Only Matsuo, NCC and UCC remain as defendants in the DPPs' case.  The Court will set a status conference for those defendants and DPPs to discuss a new date for trial.  January 18, 2021, is a possible date to start the retrial, pending the public health situation and other external factors that may remain uncertain for some time.