Joseph W. Cotchett (State Bar No. 36324)
Adam J. Zapala (State Bar No. 245748)
Elizabeth T. Castillo (State Bar No. 280502)
James G. Dallal (State Bar No. 277826)
**COTCHETT PITRE & McCARTHY LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CAPACITORS ANTITRUST LITIGATION** | MDL No. 3:17-md-02801-JD<br>Case No. 3:14-cv-03264-JD |
| **THIS DOCUMENT RELATES TO:**<br>**ALL INDIRECT PURCHASER PLAINTIFF ACTIONS** | **JOINT STATUS UPDATE AND REQUEST TO EXTEND TIME**<br><br>Judge: Hon. James Donato |

Indirect Purchaser Plaintiffs ("IPPs"), Shinyei Kaisha, Shinyei Technology Co., Ltd., Shinyei Capacitor Co., Ltd. (together, "Shinyei"), and Taitsu Corporation ("Taitsu") (collectively, "Parties") respectfully submit this Joint Status Update and request to extend time.

## **JOINT STATUS UPDATE**

Since this Court issued its March 19, 2021 Order denying the IPPs' motion for preliminary approval of settlements with Shinyei and Taitsu and setting a deadline of May 3, 2021 for the submission of revised papers, ECF No. 1490, the Parties have met and conferred extensively and continue to make progress toward a final resolution of this Action. Notwithstanding their extensive efforts, the Parties are not yet in a position to present a revised preliminary approval motion or a revised settlement agreement to this Court. The Parties anticipate that they will be in a position to do so within 60 days in light of the Golden Week holidays in Japan.

Accordingly, the Parties agree that orderly administration as it concerns all remaining actively litigating parties would be best served by extending the deadline for submission of revised papers and holding the matter in abeyance for 60 days until July 2, 2021.

Dated: May 3, 2021

Respectfully Submitted,

*Adam J. Zapala*
Joseph W. Cotchett (State Bar No. 36324)
Adam J. Zapala (State Bar No. 245748)
Elizabeth T. Castillo (State Bar No. 280502)
James G. Dallal (State Bar No. 277826)
**COTCHETT PITRE & McCARTHY LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com

*Lead Counsel for the Indirect Purchaser Plaintiffs*

*/s/ Gaspare J. Bono*

Gaspare J. Bono
Leslie A. Barry
**DENTONS US LLP**
1900 K Street, NW Washington, DC 20006
Email: gap.bono@dentons.com
leslie.barry@dentons.com

Andrew S. Azarmi
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, CA 94105
andrew.azarmi@dentons.com

*Counsel for Defendants Shinyei Kaisha, Shinyei Technology Co., Ltd. and Shinyei Capacitor Co., Ltd.*


*/s/ Jarod M. Bona*
Jarod M. Bona
Aaron R. Gott
Alex Shear
Luke Hasskamp
**BONA LAW PC**
4275 Executive Square
Suite 200
La Jolla, CA 92037
jarod.bona@bonalawpc.com
aaron.gott@bonalawpc.com

*Counsel for Defendant Taitsu Corporation*

## ORDER

The joint request is approved.

Dated: May 5, 2021

IT IS SO ORDERED
Judge James Donato
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA