**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON, BRUSSELS,
DENVER, HONG KONG, LONDON,
LOS ANGELES, NEW YORK, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI,
SINGAPORE, TOKYO, WASHINGTON, D.C.

June 2, 2020

Writer's Direct Contact
+1 (415) 268.6511
BLau@mofo.com

Re: *In re Capacitors Antitrust Litigation*
    **Direct Purchaser Action**
    Nos. 17-MD-2801, 14-CV-3264 (N.D. Cal.)

Dear Judge Donato:

Defendants Matsuo Electric Co., Ltd., Nippon Chemi-Con Corp. and United Chemi-Con, Inc. write regarding the direct purchaser class trial in this matter, which has been postponed until either August 16, or November 29, 2021.

Defendants respectfully request that the Court set a trial date beginning on November 29. Defendants' expert, Dr. Laila Haider, is unavailable to attend trial in August 2021 due to prior personal commitments.  In addition, as the Court is aware, a number of witnesses reside in Japan, a jurisdiction from which their testimony cannot lawfully be taken remotely.  That prohibition leaves only the options of the witnesses traveling to the United States to testify live or traveling to another Asian country to give testimony from there.  Both options still present COVID-related difficulties at this time.  Access to vaccines is limited in Japan,[1] so Japanese witnesses may still be unvaccinated in August and therefore unable or unwilling to travel.  Further, Japan currently imposes a 14-day quarantine on all travelers entering the country,[2] which would place an additional burden on Japanese witnesses upon their return home.  Japan has begun to expedite its vaccine rollout,[3] so postponing the trial start date until November renders it more likely that witnesses from Japan will be able to travel safely.

---

[1] *See* https://www.bloomberg.com/news/articles/2021-06-01/japan-s-much-maligned-vaccine-campaign-quietly-gathers-speed (noting that "the percentage of Japan's total population that has received at least one dose of vaccine -- 7.8% -- still lags other developed countries").

[2] *See* https://www.mofa.go.jp/ca/fna/page4e_001053.html#section3; https://www.timeout.com/tokyo/news/japan-updates-its-quarantine-rules-and-extends-entry-restrictions-030421.

[3] *See* https://www.bloomberg.com/news/articles/2021-06-01/japan-s-much-maligned-vaccine-campaign-quietly-gathers-speed.

**MORRISON | FOERSTER**

June 2, 2020
Page Two

                Respectfully submitted,

                By:     */s/ Bonnie Lau*
                          Bonnie Lau

MORRISON & FOERSTER LLP
Bonnie Lau
Margaret Webb
425 Market Street
San Francisco, CA
blau@mofo.com
mwebb@mofo.com

David D. Cross
Mary G. Kaiser
2100 L Street, NW
Suite 900
Washington, DC 20037
dcross@mofo.com
mkaiser@mofo.com

Attorneys for Defendant
MATSUO ELECTRIC CO., LTD.

**MORRISON | FOERSTER**

June 2, 2020
Page Three

                                By:        */s/ Joseph J. Bial*
Joseph J. Bial
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Charles F. Rules
Joseph J. Bial
2001 K Street, NW
Washington, DC 20006-1047
rrule@paulweiss.com
jbial@paulweiss.com

Roberto Finzi
Farrah R. Berse
1285 Avenue of the Americas
New York, NY 10019-6064
rfinzi@paulweiss.com
fberse@paulweiss.com

KAUFHOLD GASKIN LLP
Steven Shea Kaufhold
388 Market St., Suite 1300
San Francisco, CA 94111
skaufhold@kaufholdgaskin.com

Attorneys for Defendants
NIPPON CHEMI-CON CORPORATION and UNITED CHEMI-CON, INC.