**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| *In re Capacitors Antitrust Litigation* | Case No. 17-md-02801-JD |
| *This document relates to:* | **PLAINTIFFS' NOTICE OF LEXECON WAIVER** |
| *Avnet, Inc., v. Hitachi Chemical Co., Ltd., et al.*, Case No. 17-cv-7046-JD | |
| *Benchmark Electronics, Inc. et al. v. AVX Corp. et al.*, Case No. 17-cv-7047-JD | |
| *Jaco Electronics, Inc., et al. v. Nippon Chemi-Con Co. et al.*, Case No. 19-cv-01902-JD | |
| *Arrow Electronics, Inc. v. Elna Co., Ltd., et al.*, Case No. 18-cv-02657-JD | |

## PLAINTIFFS AVNET, INC., BENCHMARK ELECTRONICS, INC., JACO ELECTRONICS, INC., AND ARROW ELECTRONICS, INC.'S NOTICE OF LEXECON WAIVER

Plaintiffs Avnet, Inc., Benchmark Electronics, Inc., Jaco Electronics, Inc., and Arrow Electronics, Inc. (collectively, "Plaintiffs"[1]), give notice pursuant to *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998) that they waive their rights to be remanded to the District of Arizona following the conclusion of pre-trial proceedings.

Plaintiffs respectfully request that the Court schedule a Status Conference at its convenience to discuss the logistics of Plaintiffs' trial in this District, including coordination with the other Direct Action Plaintiffs' cases that are set to be tried in this District.

---

[1] Plaintiffs include all plaintiffs in the associated actions.

1

Dated: August 3, 2021

Respectfully submitted,

**BILZIN SUMBERG BAENA
PRICE & AXELROD LLP**

By: /s/ *Scott N. Wagner*

Robert W. Turken (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
Lori P. Lustrin (*pro hac vice*)
Shalia M. Sakona (*pro hac vice*)
Ilana Drescher (*pro hac vice*)
BILZIN SUMBERG BAENA PRICE
& AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone:  305-374-7580
Facsimile:  305-374-7593
rturken@bilzin.com
swagner@bilzin.com
llustrin@bilzin.com
ssakona@bilzin.com
idrescher@bilzin.com

*Attorneys for Plaintiffs Avnet, Inc.,
Benchmark Electronics, Inc.,
and Jaco Electronics, Inc.*


**BOIES SCHILLER FLEXNER LLP**

By: /s/ *Stuart H. Singer*

Stuart H. Singer
Meredith L. Schultz
Pascual Oliu
Corey P. Gray
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
Telephone:   (954) 356-0011
Facsimile:   (954) 356-0022
Email: ssinger@bsfllp.com
          mschultz@bsfllp.com
          poliu@bsfllp.com
          cgray@bsfllp.com

*Attorneys for Plaintiff, Arrow Electronics, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was electronically served upon the parties and counsel of record system on August 3, 2021.

/s/ *Scott N. Wagner*
Scott N. Wagner