[Counsel for Defendants Listed on Signature Pages]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | Case No. Type No. 3:17-md-02801-JD |
| This Document Relates to: | **DEFENDANTS' NOTICE OF OBJECTION** |
| *Avnet, Inc. v Hitachi Chemical Co., Ltd., et at.,* Case No. 3:17-cv-07046-JD | |
| *Benchmark Electronics, Inc. et al. v. AVX Corp. et al.,* Case No. 3:17-cv-07047-JD | |
| *Jaco Electronics, Inc., et al. v. Nippon Chemi-Con Co. et al.,* Case No. 3:19-cv-01902-JD | |
| *Arrow Electronics, Inc. v. Elna Co., Ltd., et al.,* Case No. 3:18-cv-02657-JD | |

## DEFENDANTS' NOTICE OF OBJECTION TO PLAINTIFFS' *LEXECON* WAIVER

The undersigned Defendants[1] hereby give notice of their objection to Plaintiff Avnet, Benchmark, Jaco, and Arrow's purported waiver of remand to the District of Arizona and District of Colorado for trial proceedings. Plaintiff Avnet filed its action in the District of Arizona on August 22, 2016. Plaintiff Benchmark filed its action in the District of Arizona on June 28, 2017. Plaintiff Jaco, who is represented by the same counsel as Avnet and Benchmark, filed its action it the District of Arizona on March 13, 2019. Plaintiff Arrow filed its action in the District of Colorado on April

---

[1] "Defendants" are Elna Co., Ltd., Elna America, Inc., Hitachi Chemical Co., Ltd., Hitachi AIC Inc., Hitachi Chemical Co. America, Ltd., Holy Stone Enterprise Co., Ltd., Holy Stone Polytech Co. Ltd., Vishay Polytech Co., Ltd., Milestone Global Technology, Inc. (d/b/a HolyStone International), Nichicon Corporation, Nichicon (America) Corporation, Rubycon Corporation, and Rubycon America Inc. The Hitachi, Nichicon, and Rubycon Defendants join this objection only as to Avnet, Benchmark, and Jaco. Holy Stone and Vishay Defendants join this objection only as to Avnet and Benchmark.

16, 2018. The United States Judicial Panel for Multidistrict Litigation consolidated each action in the Northern District of California for pretrial proceedings only, with corresponding orders that the cases be remanded to Arizona and Colorado for trial.[2] The Plaintiffs' premature purported waiver of remand has been filed while *Daubert* and summary judgment motions are still pending.

Waiver of remand requires the consent of all parties. *See In re Delta Dental Antitrust Litig.*, 509 F.Supp.3d 1377, 1381 (J.P.M.L. 2020) (absent waiver by the parties, trial must occur in the transferor court); *In re Cessna 208 Series Aircraft Prods. Liab. Litig.*, 2009 U.S. Dist. LEXIS 12852, at *13 (D. Kan. Feb. 19, 2009) *(*"Absent consent of the parties, Court must remand cases which plaintiffs filed in other district courts."*)*; *In re New Motor Vehicles Canadian Export Antitrust Litig.*, 235 F.R.D. 127, 146 n.72 (D. Me. 2006) (absent parties consent, cases returned to their respective districts for trial), *vacated on other grounds*, 522 F.3d 6 (1st Cir. 2008); *In re Fosamax Prods. Liab. Litig.*, 2011 U.S. Dist. LEXIS 49679 at *89-93 (S.D.N.Y. April 27, 2011) (trial in transferee court appropriate with consent of both plaintiffs and defendants and noting, "a transferee court lacks authority to conduct a trial of an MDL member case not originally filed in the transferee court without the consent of the parties."); *In re Brand-Name Prescription Drugs Antitrust Litig.*, 264 F. Supp.2d 1372, 1377 n.4 (J.P.M.L. 2003) (parties must consent for MDL transferee court to retain case for trial). For the reasons above, Defendants do not consent to the waiver. For the same reasons, Defendants believe that a status conference regarding "trial proceedings" requested by Plaintiffs is unnecessary.

DATED: September 23, 2021          Respectfully Submitted,

By: *s/ Djordje Petkoski*

**SHEARMAN AND STERLING LLP**
Djordje Petkoski (admitted *pro hac vice*)
Todd M. Stenerson (admitted *pro hac vice*)
401 9th St. NW
Washington, DC 20004
Telephone: (202) 508-8000
Facsimile: (202) 508-8100
djordje.petkoski@shearman.com
todd.stenerson@shearman.com

---

[2] See *In re: Capacitors Antitrust Litigation (No. III)*, Case MDL No. 2801, Orders dated December 5, 2017 (ECF 92), May 2, 2018 (ECF 101), and April 5, 2019 (ECF 127)

2

Defendants' Notice of Objection to Plaintiffs' *Lexecon* Waiver

| | |
|---|---|
| | John Cove (SBN 212213)<br>535 Mission Street, 25th Floor<br>San Francisco, California 94105<br>Telephone: (415) 616-1139<br>Facsimile: (415) 616-1199<br>john.cove@shearman.com<br>*Counsel for Defendants Rubycon Corporation and Rubycon America Inc.* |
| **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>*s/ Heather S. Nyong'o*<br>Heather S. Nyong'o (CA SBN 222202)<br>1 Front Street, Suite 3500<br>San Francisco, California 94111<br>Telephone: (628) 235-1000<br>Facsimile: (628) 235-1001<br>heather.nyongo@wilmerhale.com<br><br>Thomas Mueller (admitted *pro hac vice*)<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br>thomas.mueller@wilmerhale.com<br><br>Chris Johnstone (CA SBN 242152)<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br>chris.johnstone@wilmerhale.com<br><br>*Counsel for Defendants Elna Co., Ltd. and Elna America, Inc.* | **WILSON SONSINI GOODRICH & ROSATI**<br>*s/ Jeffrey C. Bank*<br>Jeffrey C. Bank (admitted *pro hac vice*)<br>1700 K Street NW, 5th Floor<br>Washington, DC 20006<br>Telephone: (212) 497-7761<br>Facsimile: (212) 999-5899<br>jbank@wsgr.com<br><br>Jonathan M. Jacobson<br>Chul Pak (admitted *pro hac vice*)<br>1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019<br>Telephone: (212) 497-7758<br>Facsimile: (212) 999-5899<br>jjacobson@wsgr.com<br>cpak@wsgr.com<br><br>Jeff VanHooreweghe (Bar No. 313371)<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, California 94105<br>Telephone: (415) 947-2046<br>Facsimile: (415) 947-2099<br>jvanhooreweghe@wsgr.com<br><br>*Counsel for Defendants Hitachi Chemical Co., Ltd., Hitachi AIC Inc., and Hitachi Chemical Co. America, Ltd.* |

| | |
|---|---|
| **JONES DAY** | **K&L GATES LLP** |
| *s/ Eric P. Enson* | *s/ Michael E. Martinez* |
| Eric P. Enson (State Bar No. 204447) | Michael E. Martinez (admitted *pro hac vice*) |
| Jeffrey A. LeVee (State Bar No. 125863) | Scott M. Mendel (admitted *pro hac vice*) |
| Kelly M. Ozurovich (State Bar No. 307563) | Steven M. Kowal (admitted *pro hac vice*) |
| 555 South Flower Street, Fiftieth Floor | Lauren N. Donahue (admitted *pro hac vice*) |
| Los Angeles, California 90071 | Brian J. Smith (admitted *pro hac vice*) |
| Telephone: (213) 489-3939 | 70 West Madison Street, Suite 3300 |
| Facsimile: (213) 243-2539 | Chicago, Illinois 60602 |
| jlevee@JonesDay.com | Telephone: (312) 372-1121 |
| epenson@JonesDay.com | Facsimile: (312) 827-8000 |
| kozurovich@jonesday.com | michael.martinez@klgates.com |
| | scott.mendel@klgates.com |
| *Counsel for Defendants Holy Stone Enterprise Co., Ltd., Milestone Global Technology, Inc. (d/b/a HolyStone International), and Vishay Polytech Co., Ltd.* | steven.kowal@klgates.com |
| | lauren.donahue@klgates.com |
| | brian.j.smith@klgates.com |
| | |
| | Daniel W. Fox (SBN 268757) |
| | 4 Embarcadero Center, Suite 1200 |
| | San Francisco, California 94111 |
| | Telephone: (415) 882-8200 |
| | Facsimile: (415) 882-8220 |
| | daniel.fox@klgates.com |
| | |
| | Philip Van Der Weele (admitted *pro hac vice*) |
| | One SW Columbia Street, Suite 1900 |
| | Portland, Oregon 97258 |
| | Telephone: (503) 228-3200 |
| | Facsimile: (503) 553-6227 |
| | phil.vanderweele@klgates.com |
| | |
| | *Counsel for Defendants Nichicon Corporation and Nichicon (America) Corporation* |