Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Anupama K. Reddy (State Bar No. 324873)
Christopher K.L. Young (State Bar No. 318371)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:  (415) 500-6800
Facsimile:   (415) 395-9940
Email:     jsaveri@saverilawfirm.com
           swilliams@saverilawfirm.com
           areddy@saverilawfirm.com
           cyoung@saverilawfirm.com

*Lead Counsel for the Direct Purchaser Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: THE DIRECT PURCHASER CLASS ACTION | Master File No. 3:17-md-02801-JD<br>Case No. 3:14-cv-03264-JD<br><br>[PROPOSED] **ORDER REGARDING POST-DISTRIBUTION ACCOUNTING AND REQUEST FOR RELEASE OF ATTORNEYS' FEES** |

1       This matter is before the Court on the Direct Purchaser Class's Notice of Post-Distribution

2   Accounting and Request for Release of Attorneys' Fees. MDL ECF No. 1543. Having considered the

3   Post-Distribution Accounting, the Court orders:

4       1.      The release of the remaining $10,442,250 in attorneys' fees that was awarded by the

5   Court to Class Counsel, which had been withheld pending the completion of the Post-Distribution

6   Accounting as required by the Northern District of California's Procedural Guidance for Class Action

7   Settlement and further order of the Court. ECF No. 1423.

8

9   Date:   October 18      , 2021

10

11                                          HONORABLE JAMES DONATO
                                            United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Master File No. 3:17-md-02801-JD
Case No. 3:14-cv-03264-JD                          1

[PROPOSED] ORDER REGARDING POST-DISTRIBUTION ACCOUNTING AND REQUEST
FOR RELEASE OF ATTORNEYS' FEES