Ian L. Papendick (SBN 275648)
ipapendick@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Counsel for Defendants*
*Panasonic Corporation*
*Panasonic Corporation of North America*
*SANYO Electric Co., Ltd.*
*SANYO North America Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CAPACITORS ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Master File No. 3:17-md-02801-JD<br><br>Civil Action No. 3:14-cv-03264-JD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL IAN L. PAPENDICK** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that Ian L. Papendick hereby withdraws as counsel of record for Defendants Panasonic Corporation, Panasonic Corporation of North America, SANYO Electric Co., Ltd., and SANYO North America Corporation in this matter.

Panasonic Corporation, Panasonic Corporation of North America, SANYO Electric Co., Ltd., and SANYO North America Corporation will continue to be represented by Winston & Strawn LLP.


DATED: October 28, 2021

By: */s/ Ian L. Papendick*
　　Ian L. Papendick

Ian L. Papendick (SBN 275648)
ipapendick@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Counsel for Defendants*
*Panasonic Corporation*
*Panasonic Corporation of North America*
*SANYO Electric Co., Ltd.*
*SANYO North America Corporation*