THOMAS MUELLER (admitted *Pro Hac Vice*)
thomas.mueller@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

CHRIS JOHNSTONE (CA SBN 242152)
chris.johnstone@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6147
Facsimile: (650) 858-6100

*Attorneys for Defendants ELNA Co. Ltd. and ELNA America, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:17-md-02801-JD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL HEATHER S. NYONG'O** |

**NOTICE OF WITHDRAWAL OF COUNSEL**
**CASE NO. 3:17-MD-02801-JD**

To the Clerk of this Court and all parties of record:

    Please take notice that Heather Nyong'o hereby withdraws as counsel of record for Defendants ELNA Co. Ltd. and ELNA America, Inc. in the above captioned case and all associated cases.  ELNA Co. Ltd. and ELNA America, Inc. will continue to be represented by Wilmer Cutler Pickering Hale and Dorr LLP.

Dated: November 16, 2021        Respectfully submitted,

                                        */s/ Heather S. Nyong'o*
                                        Heather S. Nyong'o

                                        Thomas Mueller (admitted *Pro Hac Vice*)
                                        thomas.mueller@wilmerhale.com
                                        WILMER CUTLER PICKERING
                                            HALE AND DORR LLP
                                        1875 Pennsylvania Avenue, NW
                                        Washington, D.C. 20006
                                        Telephone: (202) 663-6000
                                        Facsimile: (202) 663-6363

                                        Chris Johnstone (CA SBN 242152)
                                        chris.johnstone@wilmerhale.com
                                        WILMER CUTLER PICKERING
                                            HALE AND DORR LLP
                                        2600 El Camino Real, Suite 400
                                        Palo Alto, CA 94306
                                        Telephone:  (650) 858-6147
                                        Facsimile:  (650) 858-6100