UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | MDL Case No. 3:17-md-02801-JD<br><br>Case No. 14-cv-03264-JD<br><br>**PROPOSED VERDICT FORM** |

The Court proposes to use this verdict form for the direct purchaser class jury trial. Any objections or concerns may be raised in court on December 13, 2021.

**IT IS SO ORDERED.**

Dated: December 10, 2021

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | MDL Case No. 3:17-md-02801-JD <br><br> Case No. 14-cv-03264-JD <br><br> **VERDICT FORM** |

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous.

We, the jury, unanimously agree to the answers to the following questions submitted to us, and we return them as our verdict in this case:

**Question No. 1:**

Did the Direct Purchaser Plaintiffs prove, by a preponderance of the evidence and in accordance with the instructions given to you, that defendant Nippon Chemi-Con Corporation (NCC) knowingly participated in a conspiracy to fix, raise, maintain, or stabilize the prices of aluminum, film and/or tantalum capacitors?

   \_\_\_\_\_YES  \_\_\_\_\_NO

**Question No. 2:**

Did the Direct Purchaser Plaintiffs prove, by a preponderance of the evidence and in accordance with the instructions given to you, that defendant United Chemi-Con Inc. (UCC) knowingly participated in a conspiracy to fix, raise, maintain, or stabilize the prices of aluminum, film and/or tantalum capacitors?

    \_\_\_\_\_YES  \_\_\_\_\_NO

**If you answered "Yes" to either Question 1 or Question 2, then continue to Question 3. If you answered "No" to both Question 1 and Question 2, then do not answer any other questions; go to the end of the form.**

**Question No. 3:**

Did the Direct Purchaser Plaintiffs prove, by a preponderance of the evidence and in accordance with the instructions given to you, that they paid more for aluminum, film and/or tantalum capacitors in the United States than they would have without the conspiracy?

    \_\_\_\_\_YES  \_\_\_\_\_NO

**If you answer "Yes," then continue to Question 4. If you answer "No," then do not answer any other questions; go to the end of the form.**

**Question No. 4:**

What is the amount of damages the Direct Purchaser Plaintiffs proved, by a preponderance of the evidence and in accordance with the instructions given to you, that they are entitled to recover?

    $_____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the courtroom deputy that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: _____  Signed:

_____
Presiding Juror