Charles E. Tompkins (admitted pro hac vice)
**BRYAN CAVE LEIGHTON PAISNER LLP**
1155 F Street NW, Suite 700
Washington, DC 20004
Phone: (202) 508-6000
Fax: (202) 508-6200
charles.tompkins@bclplaw.com

Ashley Hyun-Jeong Kim (admitted pro hac vice)
Evan P. Boyle (admitted pro hac vice)
**BRYAN CAVE LEIGHTON PAISNER LLP**
161 North Clark Street, Suite 4300
Chicago, IL 60601
Phone: (312) 602-5000
Fax: (312) 602-5050
ashley.kim@bclplaw.com
evan.boyle@bclplaw.com

Joseph James Poppen (CA SBN 239282)
**BRYAN CAVE LEIGHTON PAISNER LLP**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Phone: (415) 675-3400
Fax: (415) 675-3434
joseph.poppen@bclplaw.com

*Counsel for Plaintiff Flextronics International USA, Inc.*

[Additional Counsel Listed on Signature Page]

BRYAN CAVE LEIGHTON PAISNER LLP
1155 F STREET, NW
WASHINGTON, DC 20004-1357

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE CAPACITORS ANTITRUST LITIGATION

THIS DOCUMENT APPLIES TO:

FLEXTRONICS INTERNATIONAL USA, INC.'S ACTION

Master File No. 3:14-cv-03264-JD

MDL No. 3:17-md-02801-JD

Hon. James Donato

**STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL WITH PREJUDICE BY FLEXTRONICS INTERNATIONAL USA, INC. AND AVX CORPORATION**

Plaintiff Flextronics International USA, Inc. ("Flex") and Defendant AVX Corporation ("AVX"), by and through undersigned counsel, stipulate and agree that Flex hereby dismisses with

BRYAN CAVE LEIGHTON PAISNER LLP
1155 F STREET, NW
WASHINGTON, DC 20004-1357

prejudice all claims being asserted against AVX in the above-captioned actions pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(2). In support of this stipulation of dismissal, the parties state as follows:

1. Flex and AVX seek the dismissal of this action with prejudice.
2. This stipulation does not affect the rights or claims Flex may have against any other Defendant or alleged Co-Conspirator in this litigation.
3. Each party shall bear its own costs, expenses, and attorneys' fees.
4. The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

WHEREFORE, the parties respectfully request that the Court issue the [Proposed] Order of Dismissal.

**IT IS SO STIPULATED.**

Dated: March 17, 2022

Respectfully submitted,

By: */s/ Charles E. Tompkins*

Charles E. Tompkins (admitted pro hac vice)
**BRYAN CAVE LEIGHTON PAISNER LLP**
1155 F Street NW, Suite 700
Washington, DC 20004
Phone: (202) 508-6000
Fax: (202) 508-6200
charles.tompkins@bclplaw.com

Ashley Hyun-Jeong Kim (admitted pro hac vice)
Evan P. Boyle (admitted pro hac vice)
**BRYAN CAVE LEIGHTON PAISNER LLP**
161 North Clark Street, Suite 4300
Chicago, IL 60601
Phone: (312) 602-5000
Fax: (312) 602-5050
ashley.kim@bclplaw.com
evan.boyle@bclplaw.com

Joseph James Poppen (CA SBN 239282)

**BRYAN CAVE LEIGHTON PAISNER LLP**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Phone: (415) 675-3400
Fax: (415) 675-3434
joseph.poppen@bclplaw.com

*Counsel for Plaintiff Flextronics International USA, Inc.*

By: */s/ Robert G. Kidwell*

Robert G. Kidwell (admitted pro hac vice)
Bruce D. Sokler (admitted pro hac vice)
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
555 12th Street NW
Suite 1100
Washington, DC 20004
Phone: (202) 661-8752
rgkidwell@mintz.com

Evan S. Nadel
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Phone: (415) 434-7300
enadel@mintz.com

*Counsel for Defendant AVX Corporation*

BRYAN CAVE LEIGHTON PAISNER LLP
1155 F STREET, NW
WASHINGTON, DC 20004-1357

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BY FLEX AND AVX

3

CASE NO 3:14-CV-03264-JD
CASE NO 3:17-MD-02801-JD

BRYAN CAVE LEIGHTON PAISNER LLP
1155 F STREET, NW
WASHINGTON, DC 20004-1357

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHER DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | Civil Case No. 3:14-cv-03264-JD<br>MDL No. 3:17-md-02801-JD |
| THIS DOCUMENT RELATES TO:<br>FLEXTRONICS INTERNATIONAL USA, INC.'S INDIVIDUAL ACTION | Hon. James Donato<br>**~~[PROPOSED]~~ ORDER** |

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation and upon good cause, the Court ORDERS the following:

Pursuant to Rules 41(a)(1)(A)(ii) and 41(a)(2) of the Federal Rules of Civil Procedure, all claims asserted in the above-captioned action by Plaintiff Flextronics International USA, Inc. against Defendant AVX Corporation are DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees. The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: ~~March 22, 2022~~

**HONORABLE JAMES DONATO**
**UNITED STATES DISTRICT JUDGE**

BRYAN CAVE LEIGHTON PAISNER LLP
1155 F STREET, NW
WASHINGTON, DC 20004-1357

**ATTESTATION**

In accordance with Rule 5-1(h)(3) of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, I, Charles E. Tompkins, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: March 17, 2022

*/s/ Charles E. Tompkins*
Charles E. Tompkins

*Counsel for Flextronics International USA, Inc.*

**CERTIFICATE OF SERVICE**

In accordance with Rule 5-5 of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Charles E. Tompkins, hereby certify under penalty of perjury under the laws of the United States of America that on March 17, 2022, a true copy of the above document was filed through the Court's Case Management/Electronic Case Filing ("CM/ECF") System and served by that System upon all counsel of record registered for the System and deemed to have consented to electronic service in the above-captioned case.

*/s/ Charles E. Tompkins*
Charles E. Tompkins

*Counsel for Flextronics International USA, Inc.*