Jeffrey L. Kessler (*pro hac vice*)
jkessler@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY  10166-4193
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700

*Counsel for Defendants*
*Panasonic Corporation*
*Panasonic Corporation of North America*
*SANYO Electric Co., Ltd.*
*SANYO North America Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CAPACITORS ANTITRUST LITIGATION (NO. III)**<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:17-md-02801-JD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FRANK S. RESTAGNO** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Please take notice that Frank S. Restagno hereby withdraws as counsel of record for Defendants Panasonic Corporation and Panasonic Corporation of North America in this matter.

Panasonic Corporation and Panasonic Corporation of North America will continue to be represented by Winston & Strawn LLP.


DATED: April 15, 2022

By: /s/ Frank S. Restagno
Frank S. Restagno

Jeffrey L. Kessler (*pro hac vice*)
jkessler@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700

*Counsel for Defendants*
*Panasonic Corporation*
*Panasonic Corporation of North America*
*SANYO Electric Co., Ltd.*
*SANYO North America Corporation*