# Exhibit 3

**EXHIBIT 3**

*In re: Capacitors Antitrust Litigation*
Case No. 3-14-cv-03264-JD

Capacitors Antitrust Litigation Fund

EXPENSE REPORT - July 24, 2020 to June 23, 2022

| | | |
|---|---|---:|
| Accounting Costs | $ | 34,555.86 |
| Consultation | $ | 497,011.95 |
| Copying | $ | 266,091.15 |
| Court Reporter/Transcripts | $ | 65,705.84 |
| Deposition | $ | 64,592.04 |
| Expert Witness | $ | 1,240,415.56 |
| Other | $ | 9,816.52 |
| Professional Fees | $ | 253,487.83 |
| Translation Services | $ | 632,018.97 |
| Travel | $ | 148.20 |
| Taxes | $ | (6,272.66) |
| **Total:** | **$** | **3,057,571.26** |