# Exhibit 11

Jason S. Hartley (CA Bar No. 192514)
HARTLEY LLP
101 W. Broadway, Suite 820
San Diego, CA 92101
Telephone:    619-400-5822
Facsimile:    619-400-5832
Email:        *hartley@hartleyllp.com*

*Class Counsel for the Direct Purchaser Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | Master File No. 3:17-md-02801-JD |
| | Case No. 3:14-cv-03264-JD |
| THIS DOCUMENT RELATES TO:<br>ALL DIRECT PURCHASER ACTIONS | **DECLARATION OF JASON HARTLEY IN SUPPORT OF CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES SUBMITTED ON BEHALF OF HARTLEY LLP** |

I, Jason Hartley declare as follows:

      1.    I am the founding partner of Hartley LLP (the "Firm"). I submit this declaration in support of class counsels' application for attorneys' fees for services rendered to the proposed class and for reimbursement of expenses reasonably incurred in the course of such representation. I make this declaration pursuant to 28 U.S.C. § 1746. The time expended in preparing this declaration is not included in the application for attorneys' fees.

      2.    I have reviewed the Court's October 31, 2014 Order Appointing Interim Lead Class Counsel (ECF No. 319) ("Order"), including in particular the Order's provisions regarding fees, costs, and expenses. The Firm has adhered to those provisions.

3.    The Firm has acted as class counsel to the Direct Purchaser Class (the "Class") in this class action. Since we submitted our last declaration in support of an award of attorneys' fees and reimbursement of expenses, the Firm has been involved in the following activities on behalf of the Class at the request and under the direction of Lead Counsel:

- Analyzing testimony and preparing evidence proffers in support of the admissibility of specific deposition testimony at trial;

- Analyzing and contributing to the trial witness list;

- Assisting on drafting of various motions, including the Motion for Judgment as a Matter of Law against certain Defendants, Motion for Judgment as a Matter of Law Concerning Import Commerce under the Foreign Trade Antitrust Improvements Act, and Motion for UCC and NCC to be Declared a Single Entity, including incorporation of evidence entered while trial was ongoing;

- Drafting oppositions to, and assisting with analysis of, various Motions in Limine;

- Drafting memoranda on issues in preparation for trial, including evidence of worldwide pricing by Defendants and identification of documents to be authenticated by Defendant AVX's custodian;

- Drafting responses to Supplemental Trial Briefs;

- Analysis and designation of deposition testimony of several witnesses for use at trial, drafting the counter-designation of Defendants' deposition testimony for those witnesses at trial, and drafting objections to Defendants' deposition designations and counter-designations;

- Analysis of proposed jury instructions;

- Drafting outlines and questions for the cross-examination of trial witnesses;

- Drafting outlines and analyzing and compiling exhibits for the direct examination of trial witnesses;

- Responding to Defendants' objections to trial exhibits, including research and drafting memoranda about the legal basis for such objections, meeting and conferring with Defendants, and drafting memoranda about those objections for use by lead counsel during trial;

- Analyzing, selecting, and condensing videotaped deposition evidence for use at trial;

- Analyzing arguments regarding the possibility of mistrial after the trial was paused;

- Conferring with Defendant AVX regarding authentication of documents;

- Attending status conferences and pre-trial conferences;

- Attending and assisting lead counsel in-person at trial including preparation of closing argument; and

- Analyzing the potential settlement with the final Defendant NCC/UCC and conferring with lead counsel regarding that settlement.

4.    During the period from January 1, 2020 through March 31, 2022, the Firm performed 535.60 hours of work in connection with this litigation. Based upon the historical hourly rates charged by the Firm, the lodestar value of the time is $424,893.00. Attached as **Exhibit A** is a chart that indicates the attorneys, paralegals and staff who worked on this litigation, the number of hours worked, the categories of their work, and their respective lodestar values. Exhibit A was prepared from contemporaneous, daily time records regularly prepared and maintained by the Firm, and they have been provided to Lead Counsel for review.

5.    All of the services performed by the Firm in connection with this litigation were reasonably necessary in the prosecution of this case. There has been no unnecessary duplication of services for which the Firm now seeks compensation. The lodestar calculations exclude time spent reading or reviewing work prepared by others or other information concerning this case unless related to preparation for, or work on, a matter specifically assigned to the Firm by Lead Counsel. The rates at which the Firm seeks compensation are its usual and customary hourly rates charged for similar work.

6.    Attached as **Exhibit B** is a chart summarizing $174,707.50 of reasonable and necessary expenses the firm has incurred during the period January 1, 2020 through March 31, 2022 in connection with this litigation for which it has not yet been reimbursed. Expense documentation has been provided to Lead Counsel for audit and review.

7.    The expenses incurred are reflected on the books and records of the Firm. These books and records are prepared from checks and expense vouchers that are regularly kept and maintained by the Firm and accurately reflect the expenses incurred.

8.    The Firm's compensation for the services rendered on behalf of the class is wholly

contingent. Any fees and reimbursement of expenses will be limited to such amounts as approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on: June 16, 2022 at San Diego, California.

By:    /s/ Jason S. Hartley

DECLARATION OF JASON HARTLEY ISO CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES SUBMITTED ON BEHALF OF HARTLEY LLP

# Exhibit A

**EXHIBIT A**

**HARTLEY LLP**
**TIME SUMMARY**
**1/1/2020 through 3/31/2022**

| Name | Rate | Hours | Activity | Amount |
|------|------|-------|----------|--------|
| Jason S. Hartley | 875.00 | 1.5 | L230 Court Mandated Conferences | 1312.50 |
| Jason S. Hartley | 875.00 | 1.1 | L250 Other Written Motions and Submissions | 962.50 |
| Jason S. Hartley | 875.00 | 100.30 | L440 Other Trial Preparation | 87762.50 |
| Jason S. Hartley | 875.00 | 86.50 | L450 Trial and Hearing Attendance | 75687.50 |
| Jason S. Hartley | 895.00 | 0.3 | L160 Settlement/Non-Binding ADR | 268.50 |
| Jason S. Hartley | 895.00 | 0.5 | L190 Other Case Assessment | 447.50 |
| Jason S. Hartley | 895.00 | 53.6 | L440 Other Trial Preparation | 47972.00 |
| Jason S. Hartley | 895.00 | 56.0 | L450 Trial and Hearing Attendance | 50120.00 |
| **TOTAL Jason S. Hartley** | | **303.10** | | **267436.50** |
| Jason M. Lindner | 710.00 | 24.4 | L250 Other Written Motions and Submission | 17324.00 |
| Jason M. Lindner | 710.00 | 24.1 | L410 Fact Witnesses | 17111.00 |
| Jason M. Lindner | 710.00 | 127.6 | L440 Other Trial Preparation | 90596.00 |
| Jason M. Lindner | 750.00 | 6.0 | L250 Other Written Motions and Submission | 4500.00 |
| Jason M. Lindner | 750.00 | 23.0 | L440 Other Trial Preparation | 17250.00 |
| **TOTAL Jason M. Lindner** | | **205.10** | | **146781.00** |

| | | | | |
|---|---|---|---|---|
| Fatima Brizuela | 455.00 | 24.4 | L120 Analysis/Strategy | 11102.00 |
| Fatima Brizuela | 455.00 | 4.4 | L460 Post-Trial Motions and Submissions | 2002.00 |
| **TOTAL Fatima Brizuela** | | **28.80** | | **13104.00** |
| Tina J. Glover | 250.00 | 1.2 | L250 Other Written Motions and Submissions | 300.00 |
| Tina J. Glover | 250.00 | .70 | L440 Other Trial Preparation | 175.00 |
| **TOTAL Tina J. Glover** | | **1.90** | | **475.00** |
| **TOTAL LODESTAR** | | **535.60** | | **424893.00** |

# Exhibit B

**EXHIBIT B**

**HARTLEY LLP**
**EXPENSE SUMMARY**
**1/1/2020 through 3/31/2022**

| Expense | Amount |
|---|---|
| Meals | 801.03 |
| Ground Transportation | 748.27 |
| Lodging | 1920.90 |
| Airfare | 553.96 |
| Online Research (PACER AND WESTLAW) | 463.57 |
| Court Reporting/Transcripts | 112.35 |
| Miscellaneous (office equipment during DPP trial in S.F.) | 107.42 |
| Cost Fund Assessments | 170,000.00 |
| **TOTAL EXPENSES 2020-2022** | **174,707.50** |