UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  July 14, 2022                                                   Judge:  Hon. James Donato

Time:  5 minutes

Case Nos.:  3:14-cv-03264-JD, 3:17-md-02801-JD
Case Name:  In re Capacitors Antitrust Litigation

Attorney(s) for Plaintiff(s):  Charles Tompkins, Evan Boyle
Attorney(s) for Defendant(s):  Joseph Bial, Leah Hibbler, Steven Kaufhold

Court Reporter:  Ruth Ekhaus
Deputy Clerk:  Bhavna Sharma

PROCEEDINGS

Status Conference -- Held (by remote access)

NOTES AND ORDERS

The remaining parties in the Flextronics action report that a settlement in principle has been reached.  The parties expect that a notice of dismissal will be filed by July 26, 2022.

The pretrial filings deadline is suspended pending further order.  The 7/28/22 pretrial conference and 8/15/22 jury trial will go forward as scheduled, in the event the case does not settle.