**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
Robert W. Turken (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
Lori P. Lustrin (*pro hac vice*)
Shalia M. Sakona (*pro hac vice*)
Ilana Drescher (*pro hac vice*)
1450 Brickell Avenue
Suite 2300
Miami, FL 33131-3456
Telephone: (305) 374-7580
Email: rturken@bilzin.com
Email: swagner@bilzin.com
Email: llustrin@bilzin.com
Email: ssakona@bilzin.com
Email: idrescher@bilzin.com

*Attorneys for Benchmark*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Capacitors Antitrust Litigation* | **Case No. 3:17-md-2801-JD** |
| *This document relates to:* | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| *Benchmark Electronics, Inc., et al. v. AVX Corporation, et al.*, Case No. 17-md-2801-JD | |

Plaintiffs Benchmark Electronics, Inc., Benchmark Electronics Huntsville, Inc., Benchmark Electronics Manufacturing Solutions (Moorpark), Inc., Benchmark Electronics Manufacturing Solutions, Inc., Benchmark Electronics Phoenix, Inc., Benchmark Electronics Tijuana, S. de R. L. de C. V., Benchmark Electronics De Mexico S. de R. L. de C.V. (collectively, "Benchmark") and Defendant AVX Corporation ("AVX"), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal of the present action with prejudice and state as follows:

1. Benchmark and AVX seek the dismissal of this action against AVX with prejudice.

2. Benchmark and AVX agree that each party shall bear its own costs and attorneys' fees in connection with this action.

3. This stipulation does not affect the rights or claims of Benchmark against any other defendant or alleged co-conspirator in this action.

WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal against AVX only.

/s/ Scott N. Wagner
Robert W. Turken (admitted *pro hac vice*)
Scott N. Wagner (admitted *pro hac vice*)
Lori P. Lustrin (admitted *pro hac vice*)
Shalia M. Sakona (admitted *pro hac vice)*
Ilana Drescher (admitted *pro hac vice*)
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone:  305-374-7580
rturken@bilzin.com
swagner@bilzin.com
llustrin@bilzin.com
ssakona@bilzin.com
idrescher@bilzin.com

*Attorneys for Benchmark*

/s/ Robert G. Kidwell
Evan S. Nadel
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: (415) 432-6000
Facsimile: (415) 432-6001
enadel@mintz.com

Bruce D. Sokler (admitted *pro hac vice*)
Robert G. Kidwell (admitted *pro hac vice*)
701 Pennsylvania Avenue NW, Suite 900
Washington, DC 2004
Telephone: (202) 434-7300
Facsimile: (202) 434-7400
Bdsokler@mintz.com
Rgkidwell@mintz.com

*Attorneys for Defendant AVX Corporation*

**ECF ATTESTATION**

I, Scott N. Wagner, an ECF User whose ID and Password are being used to file STIPULATION AND [PROPOSED] ORDER OF DISMISSAL.

In compliance with Civil Local Rule 5-1, I hereby attest that counsel for AVX has concurred in this filing.

DATED: August 12, 2022

By: ___*/s/ Scott N. Wagner*___
Scott N. Wagner

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: _____          _____
4                                                                    UNITED STATES DISTRICT JUDGE