UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CAPACITORS ANTITRUST LITIGATION | MDL Case No. 3:17-md-02801-JD <br><br> Case No. 17-cv-07046-JD <br><br> **VERDICT FORM** |

The Court will use this verdict form for the *Avnet* trial, Case No. 17-cv-7046.

**IT IS SO ORDERED.**

Dated: May 17, 2023

_____
JAMES DONATO
United States District Judge


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE CAPACITORS ANTITRUST LITIGATION | MDL Case No. 3:17-md-02801-JD |
|---|---|
| | Case No. 17-cv-07046-JD |
| | **VERDICT FORM** |

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form.  Your answer to each question must be unanimous.

We, the jury, unanimously agree to the answers to the following questions submitted to us, and we return them as our verdict in this case:

**Question No. 1:**

Did Avnet prove, by a preponderance of the evidence and in accordance with the instructions given to you, that defendant Nippon Chemi-Con Corporation (NCC) knowingly participated in the alleged conspiracy to fix, raise, maintain, or stabilize the prices of aluminum and/or tantalum capacitors in the United States?

    \_\_\_\_\_YES  \_\_\_\_\_NO

**Question No. 2:**

Did Avnet prove, by a preponderance of the evidence and in accordance with the instructions given to you, that defendant United Chemi-Con Inc. (UCC) knowingly participated in the alleged conspiracy to fix, raise, maintain, or stabilize the prices of aluminum and/or tantalum capacitors in the United States?

    \_\_\_\_\_YES  \_\_\_\_\_NO

**If you answered "Yes" to either Question 1 <u>or</u> Question 2, then continue to Question 3.**

**If you answered "No" to both Question 1 <u>and</u> Question 2, then do not answer any other questions; go to the end of the form.**

**Question No. 3:**

Did Avnet prove, by a preponderance of the evidence and in accordance with the instructions given to you, that it paid more for aluminum and/or tantalum capacitors in the United States than it would have without the conspiracy?

    \_\_\_\_\_YES  \_\_\_\_\_NO

**If you answered "Yes" to Question 3, then continue to Question 4.**

**If you answered "No" to Question 3, then do not answer any other questions; go to the end of the form.**

**Question No. 4:**

What is the amount of damages Avnet proved, by a preponderance of the evidence and in accordance with the instructions given to you, that it is entitled to recover?

$_____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations.  The Presiding Juror should then sign and date the verdict form in the spaces below and notify the courtroom deputy that you have reached a verdict.  The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: _____           Signed:

_____
Presiding Juror