UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL MINUTE ORDER**

Case No. 17-cv-07046-JD & 17-MD-02801-JD

Case Name: IN RE CAPACITORS ANTITRUST LITIGATION

Date: May 22, 2023                                    Time: 24 Minutes

**The Honorable James Donato**

**Clerk**: LISA R. CLARK                             **Court Reporter**: Belle Ball

**COUNSEL FOR PLTF**:        Robert Turken, Scott Wagner, Lori Lustrin, Illana Dresher

**COUNSEL FOR DEFT**:        Roberto Finzi, Farrah Berse, Joseph Bial, Leah Hibbler

Trial Began: May 9, 2023                             Further Trial:

**TRIAL MOTIONS HEARD**:                             **DISPOSITION:**

1.
2.
3.

**OTHER:**

See Trial Sheet Attached.

**VERDICT:**

For plaintiff.  See verdict for specifics.

**DISPOSITION OF EXHIBITS:**

Civil CSA