UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:17-cv-07046-JD Avnet Incorporated v. Hitachi Chemical Company Limited et al
  3:17-md-02801-JD In re Capacitors Antitrust Litigation (No. III)

**EXHIBIT and WITNESS LIST**

| JUDGE:<br>Hon. James Donato | PLAINTIFF'S ATTORNEY:<br>Scott Wagner<br>Robert Turken<br>Lori Lustrin<br>Illana Dresher | DEFENSE ATTORNEY:<br>Farrah Berse<br>Joseph Bial<br>Roberto Finzi<br>Leah Hibbler |
|---|---|---|
| TRIAL DATE:<br>May 22, 2023 | REPORTER(S):<br>Belle Ball | CLERK:<br>Lisa Clark |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:10 am | | | Jury deliberating. | |
| | | 11:09 am | | | Court in session; out of the presence of the jury. | |
| | | | | | Court reads question #20 from the jury to the parties and discusses the response. | |
| | | 11:13 am | | | Court in session; all parties and jury present. | |
| | | | | | Court reads question #20 to the jury and answers. | |
| | | 11:16 am | | | Court in recess.  Jury continues to deliberate | |
| | | 4:11 pm | | | Court in session; all parties and jury present.<br>Jury has reached a verdict. | |
| | | 4:12 pm | | | Court reads the verdict. | |
| | | 4:17 pm | | | Court discusses the judgment with the parties. | |
| | | 4:18 pm | | | Court in recess. | |