**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
Robert W. Turken (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
Lori P. Lustrin  (*pro hac vice*)
Ilana Drescher (*pro hac vice*)
1450 Brickell Avenue
Suite 2300
Miami, FL 33131-3456
Telephone: (305) 374-7580
Email: rturken@bilzin.com
Email: swagner@bilzin.com
Email: llustrin@bilzin.com
Email: idrescher@bilzin.com

*Attorneys for Plaintiff Avnet, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Capacitors Antitrust Litigation* | **Case No. 3:17-md-2801-JD** |
| *This document relates to:* <br><br> *Avnet, Inc., v. Hitachi Chemical Co., Ltd., et al.*, Case No. 3:17-cv-07046-JD | **PLAINTIFF AVNET, INC.'S SATISFACTION OF JUDGMENT AGAINST DEFENDANTS UNITED CHEMI-CON, INC. AND NIPPON CHEMI-CON CORPORATION** |

Plaintiff Avnet, Inc. ("Avnet") hereby acknowledges that the Judgment entered in favor of Avnet against Defendants United Chemi-Con, Inc. and Nippon Chemi-Con Corporation (collectively, the "Chemi-Con Defendants") has been satisfied and nothing remains unpaid (MDL ECF No. 1953).

WHEREFORE, Avnet hereby releases the Judgment against the Chemi-Con Defendants and requests that the Clerk of Court enter said satisfaction.

Dated: September 6, 2023

/s/ Scott N. Wagner
Robert W. Turken (admitted *pro hac vice*)
Scott N. Wagner (admitted *pro hac vice*)
Lori P. Lustrin (admitted *pro hac vice*)
Ilana Drescher (admitted *pro hac vice*)
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
rturken@bilzin.com
swagner@bilzin.com
llustrin@bilzin.com
idrescher@bilzin.com

*Attorneys for Plaintiff Avnet, Inc.*

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was served via e-mail through the CM/ECF system for the Northern District of California on all counsel of record on September 6, 2023.

/s/ Scott N. Wagner
Scott N. Wagner